**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER JAYNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-856C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT CERTIFICATION OF MEETING OF COUNSEL

The parties hereby certify that a meeting of counsel was held on July 31, 2006, pursuant to the Rules of the United States Court of Federal Claims, Appendix A, ¶ 13 and this Court's order of July 6, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Donald Byron Scaramastra
Donald Byron Scaramastra
Garvey, Schubert & Barer
Second & Seneca Building
1191 Second Avenue, 18th Floor
Seattle, WA 98101
dscar@gsblaw.com

Attorneys for Plaintiffs

August 7, 2006

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

August 7, 2006

CERTIFICATE OF FILING

I hereby certify that on this 7th day of August, 2006, a copy of the foregoing "JOINT CERTIFICATION OF MEETING OF COUNSEL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice