**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER JAYNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-856C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER TO THIRD AMENDED COMPLAINT OUT OF TIME**

Pursuant to Rule 6(b), defendant, the United States, respectfully requests leave to file its answer to the third amended complaint out of time. Defendant has contacted counsel for the plaintiffs, who has indicated that they do not oppose this motion.

Plaintiff filed its original amended complaint on July 2, 2004. On August 13, 2004, the United States filed an answer to the amended complaint. After this Court denied reconsideration of plaintiffs' motion for class certification on October 19, 2005, on March 31, 2006 plaintiffs sought leave to file a third amended complaint adding additional plaintiffs to this suit, correcting typographical errors, and clarifying the relief sought. The Court granted this motion of April 7, 2006.

At the time of the grant of this motion, defendant was unaware that plaintiffs had made additional minor textual additions to the complaint. During the course of pretrial preparation, counsel for the defendant was made aware of this oversight, and that the Government had not responded to these additions by filing an answer to the third amended complaint. Accordingly, the Government respectfully requests leave of Court to

file its answer to the third amended complaint out of time. The Government has not asserted any new affirmative defenses, and the filing of its answer out of time will not prejudice the plaintiffs.

For these reasons, the Government respectfully requests leave of Court to file its answer to the third amended complaint out of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

JOHN D. NOEL
Senior Trial Attorney
Department of the Navy
720 Kennon Street, S.E., Room 233
Washington, D.C. 20374-5013

STEVEN L. SEATON
Puget Sound Naval Shipyard
1440 Farragut Avenue
Bremerton, Washington 98314-5001

August 21, 2006

CERTIFICATE OF FILING

I hereby certify that on this 21st day of August, 2006, a copy of the foregoing "Defendant's Unopposed Motion for Leave to File" and Answer to the Third Amended Complaint was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice