**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER JAYNES, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-856C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to the Rules of the United States Court of Federal Claims, Appendix A, ¶ 15, the United States submits the following list of witnesses for the accord and satisfaction trial.

At trial on accord and satisfaction, the Government anticipates calling the following witnesses, to testify as follows:

(1) Lynnette Niemi,
Administrative Officer, Production Department
Puget Sound Naval Shipyard
1400 Farragut Avenue
Bremerton, WA 98314-5001
(360) 476-6597

Lynnette Niemi has been the Administrative Officer for the Production Department at Puget Sound Naval Shipyard, Bremerton, Washington ("PSNS") since November 2000. Prior to this position, she was a Personnel Management Specialist assigned to PSNS. It was in this job that she processed grievances and worked on the management team that investigated the high pay grievance. Ms. Niemi would be able to testify regarding policies and procedures regarding the payment of environmental

differential pay for high work, the human resource activities on PSNS, the grievance process and the actions taken to resolve the subject high pay grievance. The Government estimates that Ms. Niemi's direct testimony will take between two to three hours.

(2) Mary Jane Tallman
Superintendent, Shops 64 and 57
Puget Sound Naval Shipyard
1400 Farragut Avenue
Bremerton, WA 98314-5001
(360) 476-6597

Mary Jane Tallman has worked at PSNS for more than 26 years. She currently is the Supervisor of several trade Shops, including Shop 64. She was Superintendent of Shop 64 when 99 employees filed the subject high work grievance. Ms. Tallman was the management official responsible for signing the settlement agreement. Ms. Tallman would be able to testify regarding Shipwright duties, the role of management in the grievance process, and the specifics of the agreement which resolved the subject high pay grievance. The Government estimates that Ms. Tallman's direct testimony will take between two to three hours.

(3) Mark Winkler
Superintendent Shop 71
Puget Sound Naval Shipyard
1400 Farragut Avenue
Bremerton, WA 98314-5001
(360) 476-6597

Mark Winkler is currently the Superintendent of painters in Shop 71 of PSNS. Prior to assuming his current position he held several other jobs, including Senior Process Manager for Shop 64. Winkler was the General Foreman in Shop 64 in charge of the

Shipwrights during the time of the Shipwright grievance that sparked in this litigation. Mr. Winkler has over 20 years of experience in the Shipwright trade. Mr. Winkler would be able to testify regarding Shipwright duties and procedures, the high pay grievance, the agreement that resolved it. The Government estimates that Mr. Winkler's direct testimony will take between two to three hours.

(4) Rodney J. Witcher
Shipwright Process Manager for Shop 64
Puget Sound Naval Shipyard
1400 Farragut Avenue
Bremerton, WA 98314-5001
(360) 476-6597

Rodney Whitcher is Shipwright Process Manager for Shop 64 at PSNS. His current duties include the management of all Shipwrights and other employees doing Shipwright work in Shop 64. Before assuming his current position in October 2000, Mr. Whitcher was a Shipwright Supervisor and a Journeyman Shipwright. Mr. Whitcher would be able to testify regarding the current and past practices of Shop 64, Shipwright duties and procedures, and the settlement of the grievance. The Government estimates that Mr. Witcher's direct testimony will take approximately one to two hours.

(5) Barry Joe Aiken
9645 Brownsville Highway Northeast
Bremerton, Washington
Home phone: (360) 692-2996
Work phone: (360) 476-8028.

Mr. Aiken has been an employee of PSNS for approximately 29 years. He served as the Union Steward of Record for the United Brotherhood of Carpenters and Joiners,

Local 2317, part of the Bremerton Metal Trades Council, was one of the two union officials designated to represent the grievants in connection with the high pay grievance, and acted as the lead representative for the high pay grievance. Mr. Aiken would be able to testify regarding the grievance process and the actions taken to settle the high pay grievance. The Government estimates that Mr. Aiken's direct testimony will take between two to three hours.

(6) Joseph L. Hamel
9321 72nd Avenue East
Puyallup, Washington
(253) 445-6511.

Mr. Hamel has served as chief steward of the Bremerton Metal Trades Council, and was one of the two union officials designated to represent the grievants in connection with the high pay grievance. Mr. Hamel would be able to testify regarding the grievance process and the actions taken to settle the high pay grievance. The Government estimates that Mr. Hamel's direct testimony will take between two to three hours.

(7) A. Rodger Brown
Puget Sound Naval Shipyard
Supervisory Management Analyst
1400 Farragut Avenue
Bremerton., WA 98314-5001
(360) 476-4434

Mr. Brown is a Deputy Production Resource Manager at PSNS. He would be able to testify regarding the settlement of the Mascioli grievance, and the grievance process in general. The Government estimates that Mr. Ray's direct testimony will take approximately one hour.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

JOHN D. NOEL
Senior Trial Attorney
Department of the Navy
720 Kennon Street, S.E., Room 233
Washington, D.C. 20374-5013

STEVEN L. SEATON
Puget Sound Naval Shipyard
1400 Farragut Avenue
Bremerton, Washington 98314-5001

August 21, 2006

CERTIFICATE OF FILING

I hereby certify that on this 21st day of August, 2006, a copy of the foregoing "Witness List" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice