**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER JAYNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-856C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S EXHIBIT LIST**

Pursuant to the Rules of the United States Court of Federal Claims, Appendix A, ¶ 16, the United States submits the following exhibit list.

Ex. Document description

1. Collective Bargaining Agreement October 1987

2. Collective Bargaining Agreement June 2003

3. Employee Grievance 05153-K (April 13, 1999)

4. Employee's Designation of Representation (grievance and list of grievants) (April 13, 1999)

5. Memorandum from Mark Winkler to Mary Jane Tallman re: situations in which shop 64 pays high pay to shipwrights (April 1999)

6. E-mail from Mary Walls to Joe Hamel re: moving the high pay grievance to second step (May 14, 1999)

7. E-mail from Mary Walls to William Ellis re: moving the high pay grievance to second step (May 17, 1999)

8. E-mail from Mary Jane Tallman to Joe Hamel et al. re: grievance hearing on high pay(May 17, 1999)

9. Council Grievance (CG-05162-K) (May 13, 1999)

10. E-mail from Joe Hamel to Mary Jane Tallman re: procedures for grievance hearing on high pay (May 18, 1999) (with handwritten notes)

11. E-mail from William Ellis to Mary Jane Tallman et al. re: discussions after grievance hearing on high pay (May 18, 1999).

12. E-mail from Mary Jane Tallman to Joe Hamel re: witnesses for grievance hearing on high pay (May 19, 1999)

13. Handwritten notes re: high pay grievance hearing (May 20, 1999) (J0000780)

14. Handwritten notes by Mary Walls re: high pay grievance hearing (May 20, 1999) (See, e.g., J00059158)

15. Typewritten meeting notes (Grievance 05153-K) (May 20, 1999)

16. Grievance Exhibit A CFR Alleged Violated - Note

17. Grievance Exhibit B - docking log 1/1/991 - 12/31/98

18. Grievance Exhibit C - Position Descriptions

19. Grievance Exhibit E - EDP back pay 6 yr limitations

20. Grievance Exhibit F - Email from Winkler re: fall protection briefing

21. Grievance Exhibit G – Civilian Leave and Earning Statement: Bradley Boals

22. Grievance Exhibit H - Attendance Sheet: Jamer Saez

23. Grievance Exhibit I - Note re: definitions

24. Grievance Brief (BMTC000050)

25. Table of Contents (BMTC 000003)

26. Exhibit E to Grievance Brief (BMTC000143-154)

27. Request for Information from Joe Hamel (May 25, 1999)

28. E-mail from Mary Jane Tallman, Joe Hamel, Lynette Niemi et. al (June 4, 1999)

29. E-mail from Mary Jane Tallman to Lynette Niemi (July 23, 1999)

30. Memorandum High Pay Grievance– Shipwright work (undated) (See, e.g., J0000730)

31. Memorandum High Pay Grievances – Work operations identified by BMTC as warranting high pay (See, e.g., J0000728)

32. Request for Information from Joe Hamel (November 16, 1999)

33. E-mail from Mary Walls to Joe Hamel and Barry Joe Aiken (November 22, 1999)

34. E-mail from Mary Walls to Mary Jane Tallman (November 22, 1999)

35. E-mail from Mary Walls to Joe Hamel and Barry Joe Aiken (November 23, 1999)

36. E-mail from William Ellis to Mary Jane Tallman (December 7, 1999)

37. E-mail from Lynette Niemi to William Ellis et al. (December 13, 1999)

38. Council Grievance 05273 (January 7, 2000)

39. E-mail from Lisa Ames to Joe Hamel (January 7, 2000)

40. E-mail from Lisa Ames to Lynette Niemi (January 7, 2000)

41. Memorandum re: Council Grievance 05273 (undated) (See, e.g., J006067)

42. E-mail from Lisa Ames to Mary Jane Tallman, Lynette Niemi et al. (January 14, 2000?)

43. Settlement Agreement/Employee Grievance Decision packet, Shipwright High pay Grievance 05153-K (January 18, 2000)

44. Draft Settlement Agreement/Employee Grievance Decision, Shipwright High pay Grievance 05153-K (undated) (with notes)

45. Draft Settlement Agreements/Employee Grievance Decisions, Shipwright High pay Grievance 05153-K (undated)

46. Draft Settlement Agreements/Employee Grievance Decisions, Shipwright High pay Grievance 05153-K (undated)

47. Draft Settlement Agreements/Employee Grievance Decisions, Shipwright High pay Grievance 05153-K (undated)

48. E-mail from Mark Winkler to Lisa Ames and Lynnette Niemi (April 19, 2000)

49. E-mail from Lisa Ames to Bruce Farman (June 14, 2000)

50. E-mail from Jeanette Mitchell to Lynnette Niemi (June 14, 2000)

51. E-mail from Lynnette Niemi to Lisa Ames (June 20, 2000)

52. High pay calculation sheets (J0001035, J0001067, J0002488-2548 J0002551-3255, J0004213-4352, A91-94.)

53. Detail sheets (J0003596-3704)

54. Letter to Congressman Norman Dicks from Joseph Hamel re: payment for settlement of high pay grievance (July 7, 2000)

55. E-mail from Joseph Hamel to Barry Joe Aiken, Dean Beaton, et. al. re: Letter to Congressman Norman Dicks regarding payment for settlement of high pay grievance (July 7, 2000)

56. Unfair Labor Practices Charge (August 22, 2000)

57. Letter regarding Unfair Labor Practice Charge (September 11, 2000)

58. Withdrawal of Unfair Labor Practice Charge (January 30, 2001)

59. High Pay Grievance 05154-K – Insulator Grievance (April 13, 1999)

60. Insulator Grievance meeting notes (June 4, 1999)

61. Mark Mascoli Grievance (November 8, 2001)

62. Mark Mascoli Grievance settlement (July 8, 2002)

63. Grievance Decision AR-2370

64. Jefferey Dostie Grievance and Decision (January 11, 2001)

65. Issac Garris Grievance and Decision (January 11, 2001)

66. Instruction 12532.1 (August 18, 1989) (with notes)

67. Instruction 12532.1A (October 18, 1991)

68. Instruction 12532.4 (September 5, 2001)

69. Declaration of Barry Joe Aiken

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

JOHN D. NOEL
Senior Trial Attorney
Department of the Navy
720 Kennon Street, S.E., Room 233
Washington, D.C. 20374-5013

STEVEN L. SEATON
Puget Sound Naval Shipyard
1400 Farragut Avenue
Bremerton, Washington 98314-5001

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

August 21, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of August, 2006, a copy of the foregoing "Exhibit List" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice