# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WALTER JAYNES, et al., Plaintiffs, | ) | No. 04-856C |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | Filed August 23, 2006 |

**ORDER**

On August 21, 2006, defendant filed a motion to file its answer to plaintiffs' third amended complaint out of time. Defendant represents that it has contacted plaintiffs' counsel, and further represents that plaintiffs' counsel does not oppose its motion. Concurrently with its motion, defendant submitted for filing its answer to plaintiffs' third amended complaint. Plaintiffs filed their third amended complaint on April 7, 2006. Defendant avers that it was unaware of certain minor textual additions made to the complaint by plaintiffs which required defendant's answer. Defendant further avers that its answer does not assert any new affirmative defense and that filing its answer out of time will not prejudice the plaintiffs.

In light of the foregoing, defendant's motion to file an answer to plaintiffs' third amended complaint is GRANTED. The clerk shall accept for filing Defendant's Answer to Plaintiffs' Third Complaint.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge