**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

WALTER JAYNES; PAUL S. SCOTT; DAVID S. PETERSON; DONALD BAKER; GORDON D. HANBERG; et al.,

Plaintiffs,

vs.

THE UNITED STATES,

Defendant.

No. 04-856C

Judge Miller

Electronically Filed on 09/11/06

**PLAINTIFFS' LIST OF TRIAL EXHIBITS**

Plaintiffs expect to offer the following as trial exhibits:

| **Plaintiff Trial Ex. #** | **Bates Range** | **Dep. Ex. #** | **Description/Title** |
|---|---|---|---|
| 1 | | 8 | Puget Sound Naval Shipyard [Collective Bargaining Agreement/CBA] |
| 2 | | 13 | Federal wage system, S8-6, S8-7 and S8-8 |
| 3 | | 14 | Appendix J schedule of environmental differentials paid for exposure to various degrees of hazards, physical hardships, and working conditions of an unusual nature. |
| 4 | J0001860-1873 | 19 | NAVSHIPYDPUGET instruction 12532.1A environmental differential pay plan under the federal wage system. |
| 5 | J0001056-1066 | | Employee grievance 05153-K |
| 6 | J0001039-1052 | 69 | Employee grievance, 05153-K |
| 7 | | 18 | Employee grievance decision, shipwright highpay grievance No. 05153-K. [signed by Aiken and Tallman] |
| 8 | J0000626-627 | 70 | Employee grievance decision, shipwright highpay grievance No. 05153-K. Signed by Tallman |
| 9 | J0000724-725 | 71 | Employee grievance decision, shipwright highpay grievance No. 05153-K. Unsigned |
| 10 | J0000722-723 | 72 | Employee grievance decision, shipwright highpay grievance No. 05153-K. unsigned with marginalia. |
| 11 | J0000707-708 | 74 | Employee grievance decision, shipwright highpay grievance No. 05153-K. Signed by Tallman |
| 12 | J0060717-718 | 96 | Employee grievance 05518-K. Insulator asking to be added to grievance. |
| 13 | J0060716 | | Extension of time limits for Insulator grievance 05518-K |

| **Plaintiff Trial Ex. #** | **Bates Range** | **Dep. Ex. #** | **Description/Title** |
|---|---|---|---|
| 14 | J0001019 | | [Email explaining the delay in the Mascioli grievance 05518-K (insulator) decision] |
| 15 | J0001017 | 89 | Mascioli grievance 05518-K resolution. |
| 16 | J0001016 | | Mascioli grievance 05518-K [Pay scale for that time period] |
| 17 | J0001329 | 43 | Settlement agreement on - behalf - of (OBO) grievance No. 03875E. |
| 18 | J0000628 | 17 | High pay for shipwrights. |
| 19 | J0060759 | 106 | Council grievance, Insulator and Shipwrights 05153-K, 05154-K |
| 20 | J0000776 | 55 | FYI employee grievances 05153-K, 05154-K. [It is my fault on the EG's.] |
| 21 | J0000922-923 | 57 | FYI employee grievances 05153-K, 05154K [We are going shop now.] |
| 22 | J0000775 | 56 | Meeting on EG05153 and EG05154. |
| 23 | J0000770 | 58 | Meeting on EG05153 and EG05154. |
| 24 | J0000925 | 59 | FYI meeting on EG 05153-K and EG0 5154-K |
| 25 | J0000773 | 60 | EG05154 Meeting. [We will acquiesce on the 2 supervisors.] |
| 26 | J0000772 | 61 | EG 05153-K, 05154-K extension. [Confirm agreement made on 06/04/1999.] |
| 27 | J0000768 | 103 | High pay grievances 05153-K, 05154K [Names of POC's.] |
| 28 | J0000936-937 | 64 | Joseph Brown. [Will send the decision letter, grievances 05153-K, 05154K]. |
| 29 | J0000933 | 105 | EG's 05153-K 05154-K. [6 Month time extension time frame.] |
| 30 | J0000918 | 68 | Shipwright grievance / meeting for 05153-K. [Scheduled for 01/14/0000 in Mary Jane's office.] |
| 31 | J0000920 | 67 | Shipwright grievance / meeting for 05153-K. [Only day I am available is 01/14/2000.] |
| 32 | BMTC000056 | 107 | [Miscellaneous handwritten notes.] RE Paul Scott's call to Hamel |
| 33 | BMTC000062 | 108 | Shipwright lawsuit. [Talked with the union and let them know we are preparing an answer.] |
| 34 | BMTC000057 | 77 | High pay grievance issue, 05153-K. |
| 35 | J0059103-104 | 76 | Grievance No. 05153-K, Walter Jaynes and Paul Scott. [Response to letter dated 02/14/2000 regarding legal issues.] |
| 36 | J0000624 | 73 | Fax transmittal |
| 37 | J0000625 | 48 | [Letter re memo from shipwright general foreman] |
| 38 | J0001034 | 94 | High pay. [Completed list to be submitted to payroll for the shop 64 high pay for 05153-K] |
| 39 | J0001053 | 95 | Missing high pay. [Changes to the list I sent you, for 05153-K] |
| 40 | J0059105-112 | | Fax transmittal [re interest payment on 05153-K] |

| **Plaintiff Trial Ex. #** | **Bates Range** | **Dep. Ex. #** | **Description/Title** |
|---|---|---|---|
| 41 | | 11 | High pay grievance - shipwright work. Unsigned decision 05153-K |
| 42 | J0000781-792 | 3 | EG meeting Minutes. Attended by Aiken, Hamel, Tallman, Jaynes, Niemi for 05153-K |
| 43 | J0000780 | 21 | [Miscellaneous handwritten notes for 05153-K] |
| 44 | J0000935 | 63 | Request for information for 05153-K |
| 45 | J0060767 | | Council grievance No. 05273-K. |
| 46 | J0060768 | 104 | BMTC control No. 05273-K PSNS job order No. 9701-23-GRVU. [Meeting to discuss grievance has been scheduled for 01/19/2000.] |
| 47 | J0060766 | 98 | Council grievance for #05273-K |
| 48 | J0004253 | 25 | Planning schedule - 1999. |
| 49 | J0004236-244 | 22 | [Numerical ranking of workers for high-pay calculations for 05153-K] |
| 50 | J0002508-513 | 23 | [List of personal names, badge number, and social security numbers with numerical ranking for high-pay calculations for 05153-K] |
| 51 | J0004279-282 | 27 | [Numerical ranking of workers for high-pay calculations for 05153-K] |
| 52 | J0002514-517 | 28 | [Numerical ranking of workers for high-pay calculations for 05153-K] |
| 53 | J0002488-499 | 24 | [Numerical ranking of workers for high-pay calculations for 05153-K] |
| 54 | J0004287-290 | 29 | [Numerical ranking of workers for high-pay calculations for 05153-K] |
| 55 | J0002492-495 | 30 | [Name, badge, social security number, and total hours for high pay calculations]. |
| 56 | J0001035-038 | 31 | [Name, badge, social security number, and total hours for high pay calculations]. |
| 57 | J0004171-175 | | [More calculations] |
| 58 | J0001281-285 | | Employee grievance, Insulators 05154-K |
| 59 | J0000702 | | Employee's designation of representation for Insulator grievance, 05154-K |
| 60 | J0000728-729 | 10 | High pay grievance work operations identified by BMTC as warranting high pay, 05154-K. |
| 61 | J0001288-290 | | High pay grievance insulators 0515-K. [Work situations cited.] |
| 62 | J0001277-280 | | High pay grievance - shop 64 insulator work, 05154-K |
| 63 | J0000733-747 | | [Meeting minutes for insulators, 05154-K] |
| 64 | J0001314-328 | 62 | EG meeting step 2 insulators, 05154-K |
| 65 | J0001303 | | Ext requested / insulator grievance 05154-K. [Extension has been granted.] |
| 66 | J0001301 | | Request for extension. [You may have until 07/31/2000 as requested for insulators, 05154-K] |
| 67 | J0001286-287 | | Employee grievance decision, insulator high pay grievance No. 05154-K. |

| Plaintiff Trial Ex. # | Bates Range | Dep. Ex. # | Description/Title |
|---|---|---|---|
| 68 | PF400 | 83 | Request for personnel action for Aiken. |
| 69 | PF95 | 86 | Verification of personnel action for Aiken. |
| 70 | PF94 | 85 | Verification of personnel action for Aiken. |
| 71 | PF38-39 | 84 | Request for personnel action for Aiken. |
| 72 | PF35-37 | 87 | Request for personnel action for Aiken. |
| 73 | PF32-33 | 88 | Request for personnel action for Aiken. |
| 74 | J006097-714 | | Employee grievances 10/01/1997 - 06/17/2002, complete list. |
| 75 | | | Plaintiffs' ER 1006 Trial Exhibit #1. Sources: Deposition Exhibits 22, 23, 27, 28, 24 and 29. Defendant has source documents. Name of author: Kristi Emigh, Paralegal, Garvey Schubert Barer-Plaintiffs' counsel. |
| 76 | | | Plaintiffs' ER 1006 Trial Exhibit #2. Sources: Deposition Exhibits 29, 30, 31 and J0004171-0004175). Defendant has source documents. Name of author: Kristi Emigh, Paralegal, Garvey Schubert Barer-Plaintiffs' counsel. |
| 77 | | | Plaintiffs' ER 1006 Trial Exhibit #3. Sources: Deposition Exhibits 29 and 30. Defendant has source documents. Name of author: Kristi Emigh, Paralegal, Garvey Schubert Barer-Plaintiffs' counsel. |
| 78 | | | Plaintiffs' ER 1006 Trial Exhibit #4. Sources: Trial Exhibits 79-166. Defendant has source documents. Name of author: Kristi Emigh, Paralegal, Garvey Schubert Barer-Plaintiffs' counsel. |

Plaintiffs may offer the following as trial exhibits:

| Plaintiff Trial Ex. # | Bates Range | Dep. Ex. # (if appl.) | Description/Title |
|---|---|---|---|
| 79 | J0003056-058 | 32 | 64LW. [Date, type, and line item for Don Baker's high-pay calculations] |
| 80 | J0002529 | 33 | Detail sheet for high-pay calculations] |
| 81 | J0002532 | 35 | Shop 57/64 overtime poll. |
| 82 | J0002527 | 37 | [Badge, name, grade, OT, and leave.] |
| 83 | J0002539-542 | 38 | [Combined leave use for various people.] |
| 84 | J0002528 | 40 | [Name, OT hours, and leave hours.] |
| 85 | J0002608-613 | 42 | 75MI. [Date, type, and line item.] |
| 86 | J0002614-616 | | Leave history W.L. Jaynes. |
| 87 | J0002617-619 | | 64RL. |
| 88 | J0003053-055 | | Leave history D.E. Baker. |

| **Plaintiff Trial Ex. #** | **Bates Range** | **Dep. Ex. # (if appl.)** | **Description/Title** |
|---|---|---|---|
| 89 | J0003059-060 | | Leave history D.S. Peterson. |
| 90 | J0002714 | | Leave history P.T. Lengowski. |
| 91 | J0002722 | | Leave history T.R. Pugh. |
| 92 | J0002573 | | 758T. |
| 93 | J0002601 | | Information for you about Christopher Gal S/57 (169342). |
| 94 | J0002602 | | Leave history J.H. Sampson. |
| 95 | J0002683 | | Leave history T.J. Main. |
| 96 | J0002738 | | Leave history J.A. Campbell. |
| 97 | J0002740 | | Leave history J. Ezell. |
| 98 | J0002745 | | Leave history D.W. Harper. |
| 99 | J0002908 | | Leave history R.N. McDonald. |
| 100 | J0002941 | | Leave history J.C. Zieser. |
| 101 | J0002956 | | [Dates and days worked with overtime and leave used.] |
| 102 | J0002985 | | 75MI. |
| 103 | J0003061 | | Leave history R.E. Perry. |
| 104 | J0002585-586 | | 54SB. |
| 105 | J0002653-654 | | Leave history M.J. Hayden. |
| 106 | J0002676-677 | | Leave history T.L. Kemper. |
| 107 | J0002691-692 | | Leave history M.M. Pinkerton. |
| 108 | J0002724-725 | | Leave history M.B. Morgan. |
| 109 | J0002748-749 | | 75MI. |
| 110 | J0002802-803 | | 64SB. |
| 111 | J0002822-823 | | 75WB. |
| 112 | J0002826-827 | | 75WB. |
| 113 | J0002832-833 | | 75WB. |
| 114 | J0002837-838 | | 75WB. |
| 115 | J0002874-875 | | Leave history G.A. Griffis. |
| 116 | J0002879-880 | | 75MI. |
| 117 | J0002895-896 | | Leave history B. Fischer. |

| Plaintiff Trial Ex. # | Bates Range | Dep. Ex. # (if appl.) | Description/Title |
|---|---|---|---|
| 118 | J0002986-987 | | 64FM. |
| 119 | J0002994-995 | | 64FM. |
| 120 | J0003034-035 | | Leave history J.T. Glitch. |
| 121 | J0003062-063 | | Leave history D.J. Leible. |
| 122 | J0003066-067 | | Leave history D.D. Forbes. |
| 123 | J0003068-069 | | Leave history K.L. Cockerill. |
| 124 | J0003082-083 | | Leave history E.W. Williams. |
| 125 | J0003101-102 | | Leave history R.D. Blankenship. |
| 126 | J0003110-111 | | Leave history A.W. Cooper. |
| 127 | J0003216-217 | | Leave history R.J. Kadleck. |
| 128 | J0003220-221 | | Leave history K.J. Wall. |
| 129 | J0004832-833 | | Leave history G.D. Hanberg. |
| 130 | J0002596-598 | | 64SB. |
| 131 | J0002645-647 | | Employee leave data information. |
| 132 | J0002663-665 | | Leave history J.M. Groat. |
| 133 | J0002671-673 | | 75WB. |
| 134 | J0002686-688 | | Leave history D.D. Pinkerton. |
| 135 | J0002752-754 | | 75MI. |
| 136 | J0002755-757 | | 75MI. |
| 137 | J0002771-773 | | 64SB. |
| 138 | J0002815-817 | | 75WB. |
| 139 | J0002930-932 | | 64SB. |
| 140 | J0002967-969 | | 75MI. |

| Plaintiff Trial Ex. # | Bates Range | Dep. Ex. # (if appl.) | Description/Title |
|---|---|---|---|
| 141 | J0002976-978 | | 75MI. |
| 142 | J0003038-340 | | Leave history F.A. Green. |
| 143 | J0003075-077 | | Leave history J.L. Rogers. |
| 144 | J0003095-097 | | Leave history M.C. Bessler. |
| 145 | J0003121-123 | | Leave history L.R. Dawson. |
| 146 | J0003173-175 | | Leave history D.J. Hurm. |
| 147 | J0004792-794 | | Leave history J.V. Schnoor. |
| 148 | J0002703-706 | | 64FN. |
| 149 | J0002762-765 | | 75MI. |
| 150 | J0002935-938 | | 64SB. |
| 151 | J0003027-030 | | 64FN. |
| 152 | J0003128-131 | | Leave history B.W. Cain. |
| 153 | J0002781-785 | | 64FN. |
| 154 | J0002903-907 | | 75MI. |
| 155 | J0003003-007 | | 64FM. |
| 156 | J0002915-920 | | 75WB. |
| 157 | J0003011-016 | | 75MI. |
| 158 | J0002621-627 | | 75WB. |
| 159 | J0002923-929 | | 75WB. |
| 160 | J0002883-890 | | 75MI. |
| 161 | J0004813-820 | | Leave history J.A. Barth. |
| 162 | J0002786-795 | | 64FN. |
| 163 | J0002551-560 | | Locator report. |

| **Plaintiff Trial Ex. #** | **Bates Range** | **Dep. Ex. # (if appl.)** | **Description/Title** |
|---|---|---|---|
| 164 | J0002583-584 | | Leave history J.L. Minaker. |
| 165 | J0002599-600 | | Leave history D.S. Boyle. |
| 166 | J0002707-709 | | 64FN. |
| 167 | J0002864-867 | | Leave history R.L. Cook. |
| 168 | J0002911-312 | | Leave history I.E. Garris. |
| 169 | J0003188-189 | | Leave history B.J. Lantrip. |
| 170 | J0004435 | | 75BT. |
| 171 | J0004563-566 | | Leave history R.W. Harper. |
| 172 | J0004875-877 | | Leave history N.M. Peterson. |
| 173 | J0004885-886 | | 75MI. |
| 174 | PSNS000817-818 | | 64FN. |

DATED this 11th day of September, 2006.

Respectfully Submitted,

s/ Donald B. Scaramastra

Donald B. Scaramastra
Jennifer A. Krebs
**Garvey Schubert Barer**
18th Floor
1191 Second Avenue
Seattle, WA 98101
Telephone (206) 464-3939
Facsimile (206) 464-0125
Attorneys for Plaintiffs