IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WALTER JAYNES; PAUL S. SCOTT; DAVID S. PETERSON; DONALD BAKER; GORDON D. HANBERG; et al., Plaintiffs, | No. 04-856C |
| vs. | Judge Miller |
| THE UNITED STATES, Defendant. | Electronically Filed on 09/11/06 |

PLAINTIFFS' TRIAL WITNESSES

In accordance with paragraph 15 of Appendix A to the Rules of the Court of Federal Claims, plaintiffs hereby present their list of witnesses they expect to call at trial or may call at trial.

**I. PLAINTIFFS' LIST OF WITNESSES THEY EXPECT TO CALL AT TRIAL**

1. Barry Joe Aiken
   9645 Brownsville Highway NE
   Bremerton, WA 98311
   360-692-2996

Mr. Aiken may testify regarding the prosecution, investigation, handling and resolution of grievances for high pay by shipyard employees, the issuance and substance of the grievance decision, communications regarding the same, the dissemination of information regarding the decision and its impact, and issues relating to an alleged "accord and satisfaction" regarding a grievance for high pay by Shop 64 shipwrights. Mr. Aiken's testimony may encompass any of the matters discussed in his deposition testimony. His direct testimony may take one to two hours.

2. Kristi Emigh
   c/o Garvey Schubert Barer
   1191 Second Avenue, Ste. 1800
   Seattle, WA 98104
   206-464-3939

Ms. Emigh is a paralegal at Garvey Schubert Barer, plaintiffs' counsel, and may testify regarding the preparation of ER 1006 summaries identified as trial exhibits. Her direct testimony may take 30 minutes to an hour.

3. Joseph Hamel
9321 72nd Ave East
Puyallup, WA 98371-6521
253-445-6511

Mr. Hamel may testify regarding the prosecution, investigation, handling and resolution of grievances for high pay by shipyard employees, the issuance and substance of the grievance decision, communications regarding the same, the dissemination of information regarding the decision and its impact, and issues relating to an alleged "accord and satisfaction" regarding a grievance for high pay by Shop 64 shipwrights. Mr. Hamel's testimony may encompass any of the matters discussed in his deposition testimony. His direct testimony may take one to two hours.

4. David Hurm
c/o Garvey Schubert Barer
1191 Second Avenue, Ste. 1800
Seattle, WA 98104
206-464-3939

Mr. Hurm may testify regarding handling of a high pay grievance by Shop 64 shipwrights, work conditions that pertain to the grievance, and the issuance and dissemination of the grievance decision. His direct testimony may take 30 minutes to an hour.

5. Walter Jaynes
c/o Garvey Schubert Barer
1191 Second Avenue, Ste. 1800
Seattle, WA 98104
206-464-3939

Mr. Jaynes may testify regarding handling of a high pay grievance by Shop 64 shipwrights, work conditions that pertain to the grievance, and the issuance and dissemination of the grievance decision. His direct testimony may take 30 minutes to an hour

6. Lynnette Niemi
Puget Sound Naval Shipyard
Administrative Officer
1400 Farragut Ave
Bremerton, WA 98314-5001

Ms. Niemi may testify regarding the investigation, handling and resolution of employee grievances, including grievances for high pay by Shop 64 shipwrights and insulators, as well as the dissemination of information regarding the grievance decision in those matters. Ms. Niemi's testimony may encompass any of the matters discussed in her deposition testimony. Her direct testimony may take one to two hours.

7. Paul Scott
c/o Garvey Schubert Barer
1191 Second Avenue, Ste. 1800
Seattle, WA 98104
206-464-3939

Mr. Scott may testify regarding handling of a high pay grievance by Shop 64 shipwrights, work conditions that pertain to the grievance, and the issuance and dissemination of the grievance decision. His direct testimony may take 30 minutes to one hour.

8. Mary Jane Tallman
Puget Sound Naval Shipyard
1400 Farragut Ave
Bremerton, WA 98314-5001

Ms. Tallman may testify regarding the investigation, handling and resolution of employee grievances, including grievances for high pay by Shop 64 shipwrights and insulators, as well as the dissemination of information regarding the grievance decision in those matters. Ms.

Tallman's testimony may encompass any of the matters discussed in her deposition testimony. Her direct testimony may take one to two hours.

9. Rodney J. Whitcher
Puget Sound Naval Shipyard
1400 Farragut Ave
Bremerton, WA 98314-5001
360-476-6597

Mr. Whitcher may testify regarding the investigation, handling and resolution of employee grievances, including grievances for high pay by Shop 64 shipwrights and insulators, as well as the dissemination of information regarding the grievance decision in those matters. His direct testimony may take one to two hours.

10. Mark Winkler
Puget Sound Naval Shipyard
1400 Farragut Ave
Bremerton, WA 98314-5001
360-698-8041

Mr. Winkler may testify regarding the investigation, handling and resolution of employee grievances, including grievances for high pay by Shop 64 shipwrights and insulators, as well as the dissemination of information regarding the grievance decision in those matters. Mr. Winkler's testimony may encompass any of the matters discussed in his deposition testimony. His direct testimony may take one to two hours.

11. Records Custodian
Puget Sound Naval Shipyard
1400 Farragut Ave
Bremerton, WA 98314-5001

The Records Custodian may testify regarding the authenticity of records generated or maintained, and documents produced in this matter, by Puget Sound Naval Shipyard. The Records Custodian's direct testimony may take up to an hour.

12. Records Custodian
Human Resources Service Center

Puget Sound Naval Shipyard
1400 Farragut Ave
Bremerton, WA 98314-5001

The Records Custodian may testify regarding the authenticity of records generated or maintained, and documents produced in this matter, by Human Resources Service Center, Puget Sound Naval Shipyard. The Records Custodian's direct testimony may take up to an hour.

13. Records Custodian
Bremerton Metal Trades Council
632 5th Street, #1
Bremerton, WA 98337

The Records Custodian may testify regarding the authenticity of records generated or maintained, and documents produced in this matter, by Bremerton Metal Trades Council. The Records Custodian's direct testimony may take up to an hour.

## II. PLAINTIFFS' LIST OF WITNESSES THEY MAY CALL AT TRIAL

14. Dean Benton
632 5th St, #1
Bremerton, WA 98337
360-377-0811

Mr. Benton may testify regarding the Mascioli grievance and the authenticity of documents produced by the BMTC responsive to plaintiffs' subpoena. Mr. Benton's direct testimony may take 30 minutes to an hour.

Plaintiffs reserve the right to call any witnesses identified on defendant's witness list.

Plaintiffs also intend to offer some or all of the RCFC 30(b)(6) deposition of Puget Sound Naval Shipyard as substantive evidence.

DATED this 11th day of September, 2006.

Respectfully Submitted,

s/ Donald B. Scaramastra

Donald B. Scaramastra
Jennifer A. Krebs
**Garvey Schubert Barer**
18th Floor
1191 Second Avenue
Seattle, WA 98101
Telephone (206) 464-3939
Facsimile (206) 464-0125
Attorneys for Plaintiffs