IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WALTER JAYNES; PAUL S. SCOTT; DAVID S. PETERSON; DONALD BAKER; GORDON D. HANBERG; et al., | No. 04-856C |
| Plaintiffs, | Judge Miller |
| vs. | |
| THE UNITED STATES, | Electronically Filed on 09/20/06 |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's September 15, 2006 order, the parties respectfully file this joint status report. The parties are in general agreement regarding certain contours of an order for further pre-trial proceedings. Specifically, they agree that the following would be an appropriate means for further proceedings:

Each side would be limited to a certain number of hours for the examination of witnesses, whether on direct, cross, re-direct, or re-cross. Plaintiffs agree with the Court's assessment that 10 hours per side would suffice. Defendant believes that a 12/10 hour division in favor of the defendant is appropriate, given that the defendant has the burden of proof and will be establishing the foundation for much of the testimony to be solicited by plaintiffs, using many of the same witnesses to be called by plaintiffs. Plaintiffs do not agree that an unequal allocation of time between sides is appropriate. Nor do plaintiffs think that the trial can be completed

in the 4 days allotted if the parties each use 12 hours (for a total of 24 hours) examining witnesses.

The parties agree that all witnesses will be presented live with the possible exceptions of Rodney Whitcher, Rodger Brown, and Kristi Emigh. The parties agree that the party calling these witnesses may present their direct testimony by declaration at the offering party's discretion.

The parties agree that the following would constitute appropriate deadlines:

**Submission of a joint exhibit list: October 13, 2006**

Parties have made progress in this regard, and plaintiffs have attached to this report three draft lists. The first is a list of all exhibits that the parties each wish to offer and that would presumably be included on the joint list. The other two lists identify those exhibits that only one party currently wishes to offer. Plaintiffs anticipate that they will withdraw a number of these exhibits. As the Court will see, most the exhibits are being offered by both parties, which should minimize the time associated with authentication and offering of exhibits at trial. The parties are currently unaware of any basis on which they intend to challenge the authenticity of any exhibit, but as set forth below, the parties will assert their final positions regarding this issue by October 20, 2006.

**Submission of each party's revised exhibit list: October 13, 2006**

**Submission of declarations (if any) embodying direct testimony: October 13, 2006**

**Copies of all exhibits filed with the Court: October 16, 2006**

**Objections to exhibits and motions in limine due: October 20, 2006**

All exhibits to which no objection is made by this date will be deemed offered and admitted for all purposes.

**Response to objections and motions in limine due: October 25, 2006**

**Replies in support of objections and motions in limine due: October 27, 2006**

**Pretrial conference: October 30, 2006**

The parties will disclose the order in which they intend to call witnesses at the conference and to present argument on all objections and motions in limine at that time.

Plaintiff has no objection to the parties foregoing opening statements. Defendant requests opening statement of no more than 15 minutes.

DATED this 20th day of September, 2006.

Respectfully Submitted,

s/ Donald B. Scaramastra
DONALD B. SCARAMASTRA
JENNIFER A. KREBS
**Garvey Schubert Barer**
18th Floor
1191 Second Avenue
Seattle, WA 98101
Telephone (206) 464-3939
Facsimile (206) 464-0125
Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

SEA_DOCS:818912.1

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Joint Trial Exhibit List

| Pl. Ex. # | Def. Ex. # | Joint List? | Pltf Bates Range | Deft Bates range (if any | Doctitle |
|---|---|---|---|---|---|
| Joint Trial Exhibits | | | | | |
| 1 | 1 | Yes | Unnumbered (Dep Ex. 8) | J0002347 | Puget Sound Naval Shipyard [Collective Bargaining Agreement/CBA] Dep Ex. 8 |
| 4 | 67 | Yes | J0001860-1873 | J0001860 or J0004050 | NAVSHIPYDPUGET instruction 12532.1A environmental differential pay plan under the federal wage system. Dep Ex. 19 |
| 5 | 3 | Yes | J0001056-1066 | J0001056 | Employee grievance 05153-K (Def. Ex. 3 & 4) |
| 5 | 4 | Yes | J0001056-1066 | A80-90 | Employee grievance 05153-K (Def. Ex. 3 & 4) |
| 6 | 43 | Yes | J0001039-52 | J0001039-1052 | Employee grievance, 05153-K. Dep Ex. 69 |
| 8 | 46 | Yes | J0000626-27 | J0000626 | Employee grievance decision, shipwright highpay grievance No. 05153-K. Signed by Tallman. Dep Ex. 70 |
| 9 | 45 | Yes | J0000724-25 | J0000724 | Employee grievance decision, shipwright highpay grievance No. 05153-K. Unsigned. Dep Ex. 71 |
| 10 | 44 | Yes | J0000722-23 | J0000722 | Employee grievance decision, shipwright highpay grievance No. 05153-K. unsigned with marginalia. Dep Ex. 72 |
| 11 | 47 | Yes | J0000707-08 | J0000707 | Employee grievance decision, shipwright highpay grievance No. 05153-K. Signed by Tallman. Dep Ex. 74 |
| 12 | 61 | Yes | J0060717-18 | J0060717 | Mascioli Employee grievance 05518-K. Insulator asking to be added to grievance. Dep Ex. 96 |
| 15 | 62 | Yes | J0001017 | J0001017 | Settlement Agreement - Mascioli grievance 05518-K resolution. Dep Ex. 89 |
| 18 | 5 | Yes | J0000628 | J0000628 | Memo from Winkler to Tallman re High pay for shipwrights. Dep Ex. 17 |
| 19 | 9 | Yes | J0060759 | J0060759 | Council grievance, Insulator and Shipwrights 05153-K, 05154-K. Dep Ex. 106 |
| 20 | 6 | Yes | J0000776 | J0000776 | Email from Walls to Hamel re moving the high pay grievance to second step. Dep Ex. 55 |
| 21 | 7 | Yes | J0000922-923 | J0000922 | Email from Walls to Ellis re moving the high pay grievance to second step. Dep Ex. 57 |
| 22 | 8 | Yes | J0000775 | J0000775, J0000924 | Email from Tallman to Hamel et al. re grievance hearing on high pay. Dep Ex. 56 |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Joint Trial Exhibit List

| Pl. Ex. # | Def. Ex. # | Joint List? | Pltf Bates Range | Deft Bates range (if any | Doctitle |
|---|---|---|---|---|---|
| 23 | 10 | Yes | J0000770 | J0000770 | Email from Hamel to Tallman re procedures for grievance hearing on high pay (with handwritten notes) Dep Ex. 58 |
| 24 | 11 | Yes | J0000925 | J0000925 | Email from Ellis to Talman et al re discussions after grievance hearing on high pay. Dep Ex. 59 |
| 25 | 12 | Yes | J0000773 | J0000771, J0000773 | Email from Tallman to Hamel re witnesses for grievance hearing on high pay. Dep Ex. 60 |
| 26 | 28 | Yes | J0000772 | J0000772, J0000921 | Email from Tallman, Hamel, Niemi et al. Dep Ex. 61 |
| 27 | 29 | Yes | J0000768 | J0000768 | Email from Tallman to Niemi. Dep Ex. 103 |
| 28 | 34 | Yes | J0000936-937 | J0000936 | Email from Walls to Tallman. Dep Ex. 64 |
| 29 | 35 | Yes | J0000933 | J0000933 | Email from Walls to Hamel and Aiken. Dep Ex. 105 |
| 30 | 42 | Yes | J0000918 | J0000918 | Email from Ames to Tallman, Niemi et al. Dep Ex. 68 |
| 31 | 40 | Yes | J0000920 | J0000920 | Email from Ames to Niemi. Dep Ex. 67 |
| 38 | 48 | Yes | J0001034 | J0001034 | Email from Winkler to Ames and Niemi. Dep Ex. 94 |
| 39 | 51 | Yes | J0001053 | J0001053 | Email from Niemi to Ames. Dep Ex. 95 |
| 41 | 30 | Yes | J0000730-732 | J0000730 | Memo re "High pay grievance - shipwright work. - Summary of Union's position and investigation. Dep Ex. 11 |
| 42 | 15 | Yes | J0000781-792 | J0000781, A55 | EG meeting Minutes. Attended by Aiken, Hamel, Tallman, Jaynes, Niemi for 05153-K. Dep Ex. 3 |
| 43 | 13 | Yes | J0000780 | J0000780 | Handwritten notes re high pay grievance hearing. Dep Ex. 21 |
| 44 | 32 | Yes | J0000935 | J0000935 | Request for information from Hamel for 05153-K. Dep Ex. 63 |
| 45 | 41 | Yes | J0060767 | J0060767 | Memo re resolution Council grievance No. 05273-K. |
| 47 | 38 | Yes | J0060766 | J0060766 | Council grievance for #05273-K. Dep Ex. 98 |
| 49 | Included in 52 | Yes | J0004236-44 | | Numerical ranking of workers for high-pay calculations for 05153-K. Dep Ex. 22 |
| 50 | Included in 52 | Yes | J0002508-13 | | List of personal names, badge number, and social security numbers with numerical ranking for high-pay calculations for 05153-K. Dep Ex. 23 |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Joint Trial Exhibit List

| Pl. Ex. # | Def. Ex. # | Joint List? | Pltf Bates Range | Deft Bates range (if any | Doctitle |
|---|---|---|---|---|---|
| 51 | Included in 52 | Yes | J0004279-82 | | Numerical ranking of workers for high-pay calculations for 05153-K. Dep Ex. 27 |
| 52 | Included in 52 | Yes | J0002514-17 | | Numerical ranking of workers for high-pay calculations for 05153-K. Dep Ex. 28 |
| 53 | Included in 52 | Yes | J0002488-99 | | Numerical ranking of workers for high-pay calculations for 05153-K. Dep Ex. 24 |
| 54 | Included in 52 | Yes | J0004287-90 | | Numerical ranking of workers for high-pay calculations for 05153-K. Dep Ex. 29 |
| 55 | Included in 52 | Yes | J0002492-95 | | Name, badge, social security number, and total hours for high pay calculations. Dep Ex. 30 |
| 56 | J1035 is included in Deft TX 52 | Yes | J0001035-38 | | Name, badge, social security number, and total hours for high pay calculations. Dep. Ex. 31 |
| 58 | First page is Deft TX 59 | Yes | J0001281-85 | J0000701 | Employee grievance (Cooper), Insulators 05154-K |
| 60 | 31 | Yes | J0000728-29 | J0000728 | High pay grievance work operations identified by BMTC as warranting high pay, 05154-K. Dep Ex. 10 |
| 64 | 60 | Yes | J0001314-28 | J001314 | Meeting notes - EG meeting step 2 insulators, 05154-K. Dep Ex. 62 |
| 79 | Included in 52 | Yes | J0003056-058 | | Date, type, and line item for Don Baker's high-pay calculations. Dep Ex. 32 |
| 80 | Included in 52 | Yes | J0002529 | | Detail sheet for high-pay calculations. Dep Ex. 33 |
| 81 | Included in 52 | Yes | J0002532 | | Shop 57/64 overtime poll. Dep Ex. 35 |
| 82 | Included in 52 | Yes | J0002527 | | Badge, name, grade, OT, and leave. Dep Ex. 37 |
| 83 | Included in 52 | Yes | J0002539-542 | | Combined leave use for various people. Dep Ex. 38 |
| 84 | Included in 52 | Yes | J0002528 | | Name, OT hours, and leave hours. Dep Ex. 40 |
| 85 | Included in 52 | Yes | J0002608-613 | | Date, type, and line item. Dep Ex. 42 |
| 86 | Included in 52 | Yes | J0002614-616 | | Leave history W.L. Jaynes. |
| 87 | Included in 52 | Yes | J0002617-619 | | 64RL. |
| 88 | Included in 52 | Yes | J0003053-055 | | Leave history D.E. Baker. |
| 89 | Included in 52 | Yes | J0003059-060 | | Leave history D.S. Peterson. |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Joint Trial Exhibit List

| Pl. Ex. # | Def. Ex. # | Joint List? | Pltf Bates Range | Deft Bates range (if any | Doctitle |
|---|---|---|---|---|---|
| 90 | Included in 52 | Yes | J0002714 | | Leave history P.T. Lengowski. |
| 91 | Included in 52 | Yes | J0002722 | | Leave history T.R. Pugh. |
| 92 | Included in 52 | Yes | J0002573 | | 758T. |
| 93 | Included in 52 | Yes | J0002601 | | Information for you about Christopher Gal S/57 (169342). |
| 94 | Included in 52 | Yes | J0002602 | | Leave history J.H. Sampson. |
| 95 | Included in 52 | Yes | J0002683 | | Leave history T.J. Main. |
| 96 | Included in 52 | Yes | J0002738 | | Leave history J.A. Campbell. |
| 97 | Included in 52 | Yes | J0002740 | | Leave history J. Ezell. |
| 98 | Included in 52 | Yes | J0002745 | | Leave history D.W. Harper. |
| 99 | Included in 52 | Yes | J0002908 | | Leave history R.N. McDonald. |
| 100 | Included in 52 | Yes | J0002941 | | Leave history J.C. Zieser. |
| 101 | Included in 52 | Yes | J0002956 | | [Dates and days worked with overtime and leave used.] |
| 102 | Included in 52 | Yes | J0002985 | | 75MI. |
| 103 | Included in 52 | Yes | J0003061 | | Leave history R.E. Perry. |
| 104 | Included in 52 | Yes | J0002585-586 | | 54SB. |
| 105 | Included in 52 | Yes | J0002653-654 | | Leave history M.J. Hayden. |
| 106 | Included in 52 | Yes | J0002676-677 | | Leave history T.L. Kemper. |
| 107 | Included in 52 | Yes | J0002691-692 | | Leave history M.M. Pinkerton. |
| 108 | Included in 52 | Yes | J0002724-725 | | Leave history M.B. Morgan. |
| 109 | Included in 52 | Yes | J0002748-749 | | 75MI. |
| 110 | Included in 52 | Yes | J0002802-803 | | 64SB. |
| 111 | Included in 52 | Yes | J0002822-823 | | 75WB. |
| 112 | Included in 52 | Yes | J0002826-827 | | 75WB. |
| 113 | Included in 52 | Yes | J0002832-833 | | 75WB. |
| 114 | Included in 52 | Yes | J0002837-838 | | 75WB. |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Joint Trial Exhibit List

| Pl. Ex. # | Def. Ex. # | Joint List? | Pltf Bates Range | Deft Bates range (if any | Doctitle |
|---|---|---|---|---|---|
| 115 | Included in 52 | Yes | J0002874-875 | | Leave history G.A. Griffis. |
| 116 | Included in 52 | Yes | J0002879-880 | | 75MI. |
| 117 | Included in 52 | Yes | J0002895-896 | | Leave history B. Fischer. |
| 118 | Included in 52 | Yes | J0002986-987 | | 64FM. |
| 119 | Included in 52 | Yes | J0002994-995 | | 64FM. |
| 120 | Included in 52 | Yes | J0003034-035 | | Leave history J.T. Glitch. |
| 121 | Included in 52 | Yes | J0003062-063 | | Leave history D.J. Leible. |
| 122 | Included in 52 | Yes | J0003066-067 | | Leave history D.D. Forbes. |
| 123 | Included in 52 | Yes | J0003068-069 | | Leave history K.L. Cockerill. |
| 124 | Included in 52 | Yes | J0003082-083 | | Leave history E.W. Williams. |
| 125 | Included in 52 | Yes | J0003101-102 | | Leave history R.D. Blankenship. |
| 126 | Included in 52 | Yes | J0003110-111 | | Leave history A.W. Cooper. |
| 127 | Included in 52 | Yes | J0003216-217 | | Leave history R.J. Kadleck. |
| 128 | Included in 52 | Yes | J0003220-221 | | Leave history K.J. Wall. |
| 130 | Included in 52 | Yes | J0002596-598 | | 64SB. |
| 131 | Included in 52 | Yes | J0002645-647 | | Employee leave data information. |
| 132 | Included in 52 | Yes | J0002663-665 | | Leave history J.M. Groat. |
| 133 | Included in 52 | Yes | J0002671-673 | | 75WB. |
| 134 | Included in 52 | Yes | J0002686-688 | | Leave history D.D. Pinkerton. |
| 135 | Included in 52 | Yes | J0002752-754 | | 75MI. |
| 136 | Included in 52 | Yes | J0002755-757 | | 75MI. |
| 137 | Included in 52 | Yes | J0002771-773 | | 64SB. |
| 138 | Included in 52 | Yes | J0002815-817 | | 75WB. |
| 139 | Included in 52 | Yes | J0002930-932 | | 64SB. |
| 140 | Included in 52 | Yes | J0002967-969 | | 75MI. |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Joint Trial Exhibit List

| Pl. Ex. # | Def. Ex. # | Joint List? | Pltf Bates Range | Deft Bates range (if any | Doctitle |
|---|---|---|---|---|---|
| 141 | Included in 52 | Yes | J0002976-978 | | 75MI. |
| 142 | Included in 52 | Yes | J0003038-340 | | Leave history F.A. Green. |
| 143 | Included in 52 | Yes | J0003075-077 | | Leave history J.L. Rogers. |
| 144 | Included in 52 | Yes | J0003095-097 | | Leave history M.C. Bessler. |
| 145 | Included in 52 | Yes | J0003121-123 | | Leave history L.R. Dawson. |
| 146 | Included in 52 | Yes | J0003173-175 | | Leave history D.J. Hurm. |
| 148 | Included in 52 | Yes | J0002703-706 | | 64FN. |
| 149 | Included in 52 | Yes | J0002762-765 | | 75MI. |
| 150 | Included in 52 | Yes | J0002935-938 | | 64SB. |
| 151 | Included in 52 | Yes | J0003027-030 | | 64FN. |
| 152 | Included in 52 | Yes | J0003128-131 | | Leave history B.W. Cain. |
| 153 | Included in 52 | Yes | J0002781-785 | | 64FN. |
| 154 | Included in 52 | Yes | J0002903-907 | | 75MI. |
| 155 | Included in 52 | Yes | J0003003-007 | | 64FM. |
| 156 | Included in 52 | Yes | J0002915-920 | | 75WB. |
| 157 | Included in 52 | Yes | J0003011-016 | | 75MI. |
| 158 | Included in 52 | Yes | J0002621-627 | | 75WB. |
| 159 | Included in 52 | Yes | J0002923-929 | | 75WB. |
| 160 | Included in 52 | Yes | J0002883-890 | | 75MI. |
| 162 | Included in 52 | Yes | J0002786-795 | | 64FN. |
| 163 | Included in 52 | Yes | J0002551-560 | | Locator report. |
| 164 | Included in 52 | Yes | J0002583-584 | | Leave history J.L. Minaker. |
| 165 | Included in 52 | Yes | J0002599-600 | | Leave history D.S. Boyle. |
| 166 | Included in 52 | Yes | J0002707-709 | | 64FN. |
| 167 | Included in 52 | Yes | J0002864-867 | | Leave history R.L. Cook. |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Joint Trial Exhibit List

| Pl. Ex. # | Def. Ex. # | Joint List? | Pltf Bates Range | Deft Bates range (if any | Doctitle |
|---|---|---|---|---|---|
| 168 | Included in 52 | Yes | J0002911-312 | | Leave history I.E. Garris. |
| 169 | Included in 52 | Yes | J0003188-189 | | Leave history B.J. Lantrip. |
| | 14 | Yes | | J00059158, A67 | |
| | 36 | Yes | | J0000932 | |
| | 37 | Yes | | J0000930 | |
| | 52 | Yes | | J00001035, J0001067, J0002488-2548, J0002551-3255, J0004213-4352, A91-94 | |
| | 63 | Yes | | J0000713 | |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Joint Trial Exhibit List

| Pl. Ex. # | Def. Ex. # | Joint List? | Pltf Bates Range | Deft Bates range (if any | Doctitle |
|---|---|---|---|---|---|
| Plaintiffs' Additional Trial Exhibits | | | | | |
| 2 | | Pltff only | Dep Ex. 13 (no bates numbers) | | Federal wage system, S8-6, S8-7 and S8-8. 1997 Update. |
| 3 | | Pltff only | Dep Ex. 14 (no bates numbers) | | Appendix J schedule of environmental differentials paid for exposure to various degrees of hazards, physical hardships, and working conditions of an unusual nature. 1998 Update |
| 7 | | Pltff only | Dep Ex. 18 (no bates numbers) | | Employee grievance decision, shipwright highpay grievance No. 05153-K. [signed by Aiken and Tallman] |
| 13 | | Pltff only | J0060716 | | Extension of time limits for Insulator grievance 05518-K |
| 14 | | Pltff only | J0001019 | | Email from Benton to Brown re Mascioli |
| 16 | | Pltff only | J0001016 | | Email from Niemi to Ames re Mascioli grievance |
| 17 | | Pltff only | J0001329 | | Settlement agreement on - behalf - of (OBO) grievance No. 03875E. Dep Ex. 43 |
| 32 | | Pltff only | BMTC000056 | | Handwritten note (undated) re Paul Scott's call to Hamel. Dep Ex. 107 |
| 33 | | Pltff only | BMTC000062 | | Email from Seaton to Hamel re Shipwright lawsuit. Dep Ex. 108 |
| 34 | | Pltff only | BMTC000057 | | Email from Seaton to Tallman et al re High pay grievance issue. Dep Ex. 77 |
| 35 | | Pltff only | J0059103-04 | | Letter from Seaton to Holcomb re Grievance No. 05153-K, Walter Jaynes and Paul Scott. Dep Ex. 76 |
| 36 | | Pltff only | J0000624 | | Fax transmittal from Tallman to Dan Schremser. Dep Ex. 73 |
| 37 | | Pltff only | J0000625 | | Letter from Tallman to Dan re memo from shipwright general foreman. Dep Ex. 48 |
| 40 | | Pltff only | J0059105-112 | | Fax transmittal from Niemi to Laferty |
| 46 | | Pltff only | J0060768 | | Letter from Niemi to Gary re BMTC control No. 05273-K PSNS job order No. 9701-23-GRVU. Dep Ex. 104 |
| 48 | | Pltff only | J0004253 | | Planning schedule - 1999. Dep Ex. 25 |
| 57 | | Pltff only | J0004171-75 | | Calculations of hours and pay |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Joint Trial Exhibit List

| Pl. Ex. # | Def. Ex. # | Joint List? | Pltf Bates Range | Deft Bates range (if any | Doctitle |
|---|---|---|---|---|---|
| 59 | | Pltff only | J0000702 | | Employee's designation of representation (Cooper) for Insulator grievance, 05154-K |
| 61 | | Pltff only | J0001288-90 | | Memo re summary of Union's position and investigation on High pay grievance insulators 0515-K. [Work situations cited.] |
| 62 | | Pltff only | J0001277-80 | | Memo re Insulator High Pay Grievance - shop 64 insulator work, 05154-K |
| 63 | | Pltff only | J0000733-47 | | Meeting minutes by Mary Walls re insulators, 05154-K, with cover re Payment of the 25% high pay differential |
| 65 | | Pltff only | J0001303 | | Email from Ames to Niemi re Ext requested / insulator grievance 05154-K. |
| 66 | | Pltff only | J0001301 | | Email from Hamel to Niemi re Request for extension. |
| 67 | | Pltff only | J0001286-87 | | Minutes from Second Step meeting on employee grievance decision, insulator high pay grievance No. 05154-K. |
| 68 | | Pltff only | PF40 | | Request for personnel action for Aiken. Dep Ex. 83 |
| 69 | | Pltff only | PF95 | | Verification of personnel action for Aiken. Dep Ex. 86 |
| 70 | | Pltff only | PF94 | | Verification of personnel action for Aiken. Dep Ex. 85 |
| 71 | | Pltff only | PF38-39 | | Request for personnel action for Aiken. Dep Ex. 84 |
| 72 | | Pltff only | PF35-37 | | Request for personnel action for Aiken. Dep Ex. 87 |
| 73 | | Pltff only | PF32-33 | | Request for personnel action for Aiken. Dep Ex. 88 |
| 74 | | Pltff only | J006097-714 | | Employee grievances 10/01/1997 - 06/17/2002, complete list. |
| 75 | | Pltff only | | | Plaintiffs' ER 1006 Trial Exhibit #1. Sources: Deposition Exhibits 22, 23, 27, 28, 24 and 29. Defendant has source documents. Name of author: Kristi Emigh, Paralegal, Garvey Schubert Barer-Plaintiffs' counsel. |
| 76 | | Pltff only | | | Plaintiffs' ER 1006 Trial Exhibit #2. Sources: Deposition Exhibits 29, 30, 31 and J0004171-0004175). Defendant has source documents. Name of author: Kristi Emigh, Paralegal, Garvey Schubert Barer-Plaintiffs' counsel. |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Joint Trial Exhibit List

| Pl. Ex. # | Def. Ex. # | Joint List? | Pltf Bates Range | Deft Bates range (if any | Doctitle |
|---|---|---|---|---|---|
| 77 | | Pltff only | | | Plaintiffs' ER 1006 Trial Exhibit #3. Sources: Deposition Exhibits 29 and 30. Defendant has source documents. Name of author: Kristi Emigh, Paralegal, Garvey Schubert Barer-Plaintiffs' counsel. |
| 78 | | Pltff only | | | Plaintiffs' ER 1006 Trial Exhibit #4. Sources: Trial Exhibits 79-166. Defendant has source documents. Name of author: Kristi Emigh, Paralegal, Garvey Schubert Barer-Plaintiffs' counsel. |
| 129 | | Pltff only | J0004832-833 | | Leave history of G.D. Hanberg. |
| 147 | | Pltff only | J0004792-794 | | Leave history of J.V. Schnoor. |
| 161 | | Pltff only | J0004813-820 | | Leave history of J.A. Barth. |
| 170 | | Pltff only | J0004435 | | Start and end dates for various workers |
| 171 | | Pltff only | J0004563-566 | | Leave history of R.W. Harper. |
| 172 | | Pltff only | J0004875-877 | | Leave history of N.M. Peterson. |
| 173 | | Pltff only | J0004885-886 | | Summary of Date, Type, Class and Hours - 75MI. |
| 174 | | Pltff only | PSNS000817-818 | | Start and end dates for various workers |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Joint Trial Exhibit List

| Pl. Ex. # | Def. Ex. # | Joint List? | Pltf Bates Range | Deft Bates range (if any | Doctitle |
|---|---|---|---|---|---|
| Defendant's Additional Trial Exhibits | | | | | |
| | 2 | Deft only | | J0057956 | Collective Bargaining Agreement June 2003 |
| | 16 | Deft only | | J0000793 | Grievance Exhibit A CFR Alleged Violated - Note |
| | 17 | Deft only | | J0000797, J0001081 | Grievance Exhibit B - Docking log 1/1/91 - 12/31/98 |
| | 18 | Deft only | | J0000808, J0000939 | Grievance Exhibit C - Position Descriptions |
| | 19 | Deft only | | J0000850, J0000945 | Grievance Exhibit E - EDP back pay 6 yr limitations |
| | 20 | Deft only | | J0000949 | Grievance Exhibit F - Email from Winkler re fall protection briefing |
| | 21 | Deft only | | J0000857, J0000952 | Grievance Exhibit G - Civilian Leave and Earning Statement: Bradley Boals |
| | 22 | Deft only | | J0000858, J0000953 | Grievance Exhibit H - Attendance Sheet: Jamer Saez |
| | 23 | Deft only | | J0000860, J0000883, J0000955, J0000957, J0000979 | Grievance Exhibit I - Note re definitions |
| | 24 | Deft only | | BMTC000050 | Grievance Brief |
| | 25 | Deft only | | BMTC000003 | Table of Contents |
| | 26 | Deft only | | BMTC000143-154 | Exhibit E to Grievance Brief |
| | 27 | Deft only | | A54 | Request for Information from Hamel |
| | 33 | Deft only | | J0000934 | Email from Walls to Hamel and Aiken |
| | 39 | Deft only | | J0000919 | Email from Ames to Hamel |
| | 49 | Deft only | | J0001054 | Email from Ames to Farman |
| | 50 | Deft only | | J0001055 | Email from Mitchell to Niemi |
| | 53 | Deft only | | J0003596-3704 | Detail sheets |
| | 54 | Deft only | | | Letter to Rep. Dicks from Hamel |
| | 55 | Deft only | | | Email from Hamel to Aiken, Beaton re Letter to Rep. Dicks |
| | 56 | Deft only | | J0000905 | Unfair Labor Practices Charge |
| | 57 | Deft only | | A95 | Letter re Unfair Labor Practice Charge |
| | 58 | Deft only | | J0059121 | Withdrawal of Unfair Labor Practice Charge |
| | 64 | Deft only | | J0001850 | Jeffry Dostie Grievance and Decision |
| | 65 | Deft only | | J0001852 | Garris Grievance and Decision |
| | 66 | Deft only | | | Instruction 12532.1 (with notes) |
| | 68 | Deft only | | J0001856 | Instruction 12532.4 |
| | 69 | Deft only | | | Declaration of Barry Joe Aiken |