**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER JAYNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-856C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF EXHIBIT LISTS**

Pursuant to the Rules of the United States Court of Federal Claims, Appendix A, ¶¶ 16 and 18 and this Court's September 21, 2006 Order, the parties jointly provide notice of the submission of the parties' joint exhibit list, the plaintiffs' exhibit list, and the defendant's exhibit list, as appended to this document. For the convenience of the Court, the parties have agreed to file these three lists in a single document, without waiving their rights to object to any documents that appear on the opposing party's individual list, in accordance with the procedures previously specified in the Court's September 21, 2006 Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald B. Scaramastra
DONALD B. SCARAMASTRA
JENNIFER A. KREBS
Garvey Schubert Barer
18th Floor
1191 Second Avenue
Seattle, WA 98101
Telephone (206) 464-3939
Facsimile (206) 464-0125

Attorneys for Plaintiffs

Dated: October 13, 2006

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

Dated: October 13, 2006

CERTIFICATE OF FILING

I hereby certify that on this 13th day of October, 2006, a copy of the foregoing "NOTICE OF FILING OF EXHIBIT LISTS" with the attached joint exhibit list, plaintiffs' exhibit list, and defendant's exhibit list was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice