Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

# Trial Exhibit List

| Trial Ex.# | Bates Range | Description | Document date (actual or estimated date) |
|---|---|---|---|
| | **Joint Trial Exhibits** | | |
| JX-001 | J0002347-J0002387 | Collective Bargaining Agreement Between Puget Sound Naval Shipyard and Bremerton Metal Trades Council | 10/1/1987 |
| JX-002 | J0001860-J0001873 | NAVSHIPYDPUGET instruction 12532.1A Subj: Environmental Differential Pay Plan Under The Federal Wage System | 10/18/1991 |
| JX-003 | J0000713-J0000721 | FLRA decision 0-AR-2370, dated 02/05/93, American Federation of Government Employees Local 48 BMTC and US Navy, PSNS | 2/5/1993 |
| JX-004 | J0001056-J0001066 | Employee Grievance 05153-K | 4/13/1999 |
| JX-005 | J0001039-J0001052 | Packet including Employee Grievance and Document entitled "Subj: Employee Grievance Decision, Shipwright Highpay Grievance # 05153-K." Signed by M. Tallman & J. Aiken. 05153-K. | 1/18/2000 |
| JX-006 | J0000626-J0000627 | Document entitled "Subj: Employee Grievance Decision, Shipwright Highpay Grievance # 05153-K." Signed by M. Tallman. | 1/18/2000 |
| JX-007 | J0000724-J0000725 | Document entitled "Subj: Employee Grievance Decision, Shipwright Highpay Grievance # 05153-K." Unsigned. | no date |
| JX-008 | J0000722-J0000723 | Document entitled "Subj: Employee Grievance Decision, Shipwright Highpay Grievance # 05153-K." Unsigned with marginalia. | no date |
| JX-009 | J0000707-J0000708 | Document entitled "Subj: Employee Grievance Decision, Shipwright Highpay Grievance # 05153-K." Signed by M. Tallman. | 1/18/2000 |
| JX-010 | J0000628 | Memorandum from M. Winkler to M. Tallman re: "High Pay for Shipwrights" | Apr-99 |
| JX-011 | J0001281-J0001285 | Employee Grievance 05154-K (Insulators) | 4/13/1999 |
| JX-012 | J0060759-J0060760 | Council Grievance 05153-K, 05154-K (Shipwrights and Insulators) (With attached decision) | 6/11/1999 |
| JX-013 | J0000776 | Email from M. Walls to J: Hamel re: FYI Employee Grievances | 5/14/1999 |
| JX-014 | J0000922-J0000923 | Email from M. Walls to W. Ellis re: FYI Employee Grievances | 5/14/1999 |
| JX-015 | J0000775 | Email from M. Tallman to J. Hamel et al. re: meeting on EG05153 and EG05154 | 5/17/1999 |
| JX-016 | J0000770 | Email from J. Hamel to M. Tallman re Meeting on EG05153 and EG05154 | 5/18/1999 |
| JX-017 | J0000925 | Email from W. Ellis to M. Talman et al re FYI Meeting on EG05153 and EG05154 | 5/18/1999 |
| JX-018 | J0000773 | Email from M. Tallman to J. Hamel re EG05154 | 5/19/1999 |
| JX-019 | J0000728-J0000729 | Memo re High pay grievance work operations identified by BMTC as warranting high pay | no date |
| JX-020 | J0000781-J0000792 | EG Meeting Minutes (Grievance 05153-K) | 5/20/1999 |
| JX-021 | J00059158 | Handwritten notes by M. Walls re high pay grievance hearing 5/20/99 | 5/20/1999 |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Trial Exhibit List

| Trial Ex.# | Bates Range | Description | Document date (actual or estimated date) |
|---|---|---|---|
| JX-022 | J0000780 | Handwritten notes re high pay grievance hearing | 5/20/1999 |
| JX-023 | J0001314-J0001328 | Meeting notes - EG Meeting, step II insulators, 05154-K | 6/4/1999 |
| JX-024 | J0000772 | Email from M. Walls to M. Tallman et al. | 6/4/1999 |
| JX-025 | J0000768 | Email from M. Tallman to L. Niemi | 7/23/1999 |
| JX-026 | J0000935 | Request for information from J. Hamel for 05153-K. | 11/16/1999 |
| JX-027 | J0000730-J0000732 | Memo Subj: "High pay grievance - shipwright work" | Mid Nov. 1999 |
| JX-028 | J0000936-J0000937 | Email from M. Walls to M. Tallman | 11/22/1999 |
| JX-029 | J0000933 | Email from M. Walls to J. Hamel and J. Aiken | 11/23/1999 |
| JX-030 | J0000932 | Email from W. Ellis to M. Tallman | 12/7/1999 |
| JX-031 | J0000930-J0000931 | Email from L. Niemi to W. Ellis et al. | 12/13/1999 |
| JX-032 | J0060766-J0060767 | Council grievance for 05273-K with attached decision | 1/19/2000 |
| JX-033 | J0000920 | Email from L. Niemi to L. Ames | 1/7/2000 |
| JX-034 | J0000918 | Email from L. Ames to M. Tallman et al. | Early-Jan. 2000 |
| JX-035 | J0001034 | Email from M. Winkler to L. Ames and L. Niemi | 4/19/2000 |
| JX-036 | J0001053 | Email from L. Niemi to L. Ames. | 12/14/2000 |
| JX-037 | J0060717-J0060718 | Employee Grievance 05518-K (M. Mascioli) | 11/9/2001 |
| JX-038 | J0001017 | Settlement Agreement - Employee Grievance 05518-K (M. Mascioli) | 7/8/2002 |
| JX-039 | J0004236-J0004244 | Numerical ranking of workers for high-pay calculations for 05153-K. (multiple shipwrights listed). | no date |
| JX-040 | J0002508-J0002513 | List of personal names, and badge number with numerical ranking for high-pay calculations for 05153-K (multiple shipwrights listed). | no date |
| JX-041 | J0004279-J0004282 | Numerical ranking of workers for high-pay calculations for 05153-K (multiple shipwrights listed). | no date |
| JX-042 | J0002514-J0002517 | Numerical ranking of workers for high-pay calculations for 05153-K (multiple shipwrights listed). | no date |
| JX-043 | J0002488-J0002499 | Numerical ranking of workers for high-pay calculations for 05153-K (multiple shipwrights listed). | no date |
| JX-044 | J0004287-J0004290 | Numerical ranking of workers for high-pay calculations for 05153-K (multiple shipwrights listed). | no date |
| JX-045 | J0002492-J0002495 | Name, badge, and total hours for high pay calculations (multiple shipwrights listed). | no date |
| JX-046 | J0001035-J0001038 | Name, badge, and total hours for high pay calculations (multiple shipwrights listed) | no date |
| JX-047 | J0002527 | Compilation of OT and/or leave (multiple shipwrights: Cliber, W.; McCrary, D.; Zerbest, J.; Farmer, M.; Twogood, J.; Peterson, N.; Johannes, M.; Farmer, D; Gray, J.; Figueroa, B.) | no date |
| JX-048 | J0002528 | Compilation of OT and/or leave (multiple shipwrights: Neitzel, J.; Webster, D.; Clark, G.; Lazares, N.; Harper, D.; Allison, H.; Kulbacki, t.; Griffis, G.; Schackmann, T.; Lanskey, G.; Stevens, S.) | 1/18/2000 |
| JX-049 | J0002529 | Compilation of OT and/or leave (multiple shipwrights: Martin, B; Moreland, R; Erickson, W; Erbe, D; Scott, P; Melay, W.; Richards, E.; Allen, R.; Saez, J.; Wodyga, J.; Amable, I.; Bergland, T. and Aflague, R.) | 1/20/2000 |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Trial Exhibit List

| Trial Ex.# | Bates Range | Description | Document date (actual or estimated date) |
|---|---|---|---|
| JX-050 | J0002532 | Compilation of OT and/or leave (multiple shipwrights: Jacobson, S.; Collins, D.; Day, D.; Jabosen, J.; Cockrum, J.; Gal, C.; Schultz, R.; Divitis, D. ). | 12/21/1999 |
| JX-051 | J0002539-J0002542 | Compliation of OT and/or leave (multiple shipwrights: Martin, R.; Corey, G.; Abbott, R.; Martin, K.; Longcrane, B.; Foley, C.; Zieser, J.C.; Peters, J.S.; Compton, B.; Gessner, T.; Haynes; Werner; Welsh; Carnaghi; Freese; Beistline; Cook; O'Dell; Garris; Cozad; Devlin; Brill; Boals; Cruz; O'Hair; Thomson; Boink). | no date |
| JX-052 | J0002551-560 | Locator Report with handwritten OT and/or leave (multiple shipwrights-too numerous to list). | 12/15/1999 |
| JX-053 | J0002985 and J0004329 | Aflague, Rick - OT & Leave source documents | 1/20/2000 |
| JX-054 | J0003011-016 | Allen, Russell - OT & Leave source documents | 1/20/2000 |
| JX-055 | J0002967-969 and J0004327-28 | Amable, Ireneo - OT & Leave source documents | 1/20/2000 |
| JX-056 | J0003053-055, J0003056-058 | Baker, Donald - OT & Leave source documents | 1/20/2000 |
| JX-057 | J0004813-820 | Barth, John - OT & Leave source documents | 1/20/2000 |
| JX-058 | J0002976-978 | Bergland, Theron - OT & Leave source documents | 1/20/2000 |
| JX-059 | J0003095-097 | Bessler, Michael - OT & Leave source documents | 2/3/2000 |
| JX-060 | J0003101-102 | Blankenship, Royce - OT & Leave source documents | 1/19/2000 |
| JX-061 | J0002596-598, J0002599-600 | Boyle, David - OT & Leave source documents | 1/20/2000 |
| JX-062 | J0003128-131 | Cain, Bobby - OT & Leave source documents | 1/19/2000 |
| JX-063 | J0002738 | Campbell, Jeff - OT & Leave source documents | 1/19/2000 |
| JX-064 | J0002645-647 | Carter, William - OT & Leave source documents | 1/19/2000 |
| JX-065 | J0003068-069 | Cockerill, Kevin - OT & Leave source documents | 1/19/2000 |
| JX-066 | J0002781-2785 | Cockrum, Jerry - OT & Leave source documents | 1/19/2000 |
| JX-067 | J0002786-795 | Collins, David - OT & Leave source documents | 1/19/2000 |
| JX-068 | J0002935-938 | Conmay, Thomas - OT & Leave source documents | 1/20/2000 |
| JX-069 | J0002864-867; J0003227-3230 | Cook, Randal - OT & Leave source documents | 1/19/2000 and 2/1/2000 |
| JX-070 | J0003110-111 | Cooper, Allen - OT & Leave source documents | 1/20/2000 |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

# Trial Exhibit List

| Trial Ex.# | Bates Range | Description | Document date (actual or estimated date) |
|---|---|---|---|
| JX-071 | J0002671-673 | Cusimano, Alfred - OT & Leave source documents | 1/19/2000 |
| JX-072 | J0003121-123 | Dawson, Lonnie - OT & Leave source documents | 1/19/2000 |
| JX-073 | J0003027-030 | Day, David - OT & Leave source documents | 1/19/2000 |
| JX-074 | J0002994-995 | Denton, Gregory - OT & Leave source documents | 2/8/2000 |
| JX-075 | J0002815-817 | Deven, Edward - OT & Leave source documents | 1/19/2000 |
| JX-076 | J0002703-706 | Divitis, Deborah - OT & Leave source documents | 1/19/2000 |
| JX-077 | J0002802-803 | Dostie, Jeffery - OT & Leave source documents | 1/20/2000 |
| JX-078 | J0002748-749 | Erbe, Donald - OT & Leave source documents | 1/20/2000 |
| JX-079 | J0002903-907 | Erickson, Warren - OT & Leave source documents | 1/20/2000 |
| JX-080 | J0002740 | Ezell, John - OT & Leave source documents | 1/19/2000 |
| JX-081 | J0004435 | Farmer, David - OT & Leave source documents | 1/20/2000 |
| JX-082 | J0002895-896 | Fischer, Brian - OT & Leave source documents | 1/19/2000 |
| JX-083 | J0002822-823 | Flatau Corey - OT & Leave source documents | 1/19/2000 |
| JX-084 | J0003066-067 | Forbes, David - OT & Leave source documents | 1/19/2000 |
| JX-085 | J0002915-920 | Fowler, Richard - OT & Leave source documents | 1/19/2000 |
| JX-086 | J0002601, J0002707-709 | Gal, Christopher - OT & Leave source documents | 01/19/00 and 01/28/00 |
| JX-087 | J0002911-312 | Garris, Isaac - OT & Leave source documents | 1/19/2000 |
| JX-088 | J0003034-035 | Glitch, Josh - OT & Leave source documents | 1/20/2000 |
| JX-089 | J0003038-340 | Green, Fredrick - OT & Leave source documents | 1/20/2000 |
| JX-090 | J0002874-875 | Griffis, Greg - OT & Leave source documents | 1/19/2000 |
| JX-091 | J0002663-665 | Groat, James - OT & Leave source documents | 1/19/2000 |
| JX-092 | J0004832-833 | Hanberg, Gordon - OT & Leave source documents | 1/19/2000 |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Trial Exhibit List

| Trial Ex.# | Bates Range | Description | Document date (actual or estimated date) |
|---|---|---|---|
| JX-093 | J0002745, 0004563-566 | Harper, David - OT & Leave source documents | 1/19/2000 |
| JX-094 | J0002653-654 | Hayden, Michael - OT & Leave source documents | 1/19/2000 |
| JX-095 | J00002562-64 | Hoskins, Brian - OT & Leave source documents | 1/19/2000 |
| JX-096 | J0003173-175 | Hurm, David - OT & Leave source documents | 1/19/2000 |
| JX-097 | J0002832-833 | Impey, Douglas - OT & Leave source documents | 1/19/2000 |
| JX-098 | J0004299-02 | Jacobsen, Michael - OT & Leave source documents | 1/19/2000 |
| JX-099 | J0002614-616, J0002617-619 | Jaynes, Walter - OT & Leave source documents | 1/19/2000 |
| JX-100 | J0002573 and J0004303-05 | Johannes, Michael - OT & Leave source documents | 01/20/00 and 06/05/00 |
| JX-101 | J0003216-217 | Kadlecek, Randy - OT & Leave source documents | 1/20/2000 |
| JX-102 | J0002676-677 | Kemper, Trever - OT & Leave source documents | 1/19/2000 |
| JX-103 | J0002930-932 | Kendizora, Eron - OT & Leave source documents | 1/20/2000 |
| JX-104 | J0003188-189 | Lantrip, Bobby - OT & Leave source documents | 1/19/2000 |
| JX-105 | J0002621-627 | Leavit, John - OT & Leave source documents | 1/19/2000 |
| JX-106 | J0003062-063 | Leible, D.J. - OT & Leave source documents | 1/19/2000 |
| JX-107 | J0002714 | Lengowski, Paul - OT & Leave source documents | 1/19/2000 |
| JX-108 | J0002826-827 | Lewis, Larry - OT & Leave source documents | 1/19/2000 |
| JX-109 | J0002683 | Main, Tyson - OT & Leave source documents | 1/19/2000 |
| JX-110 | J0002755-757 | Martin, Bobby - OT & Leave source documents | 1/19/2000 and 1/20/2000 |
| JX-111 | J0002908 | McDonald, Ross - OT & Leave source documents | 1/20/2000 |
| JX-112 | J0002879-880, J0004885-886 | Melay, William - OT & Leave source documents | 1/20/2000 |
| JX-113 | J0002837-838 | Middendorf, Steven - OT & Leave source documents | 1/19/2000 |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Trial Exhibit List

| Trial Ex.# | Bates Range | Description | Document date (actual or estimated date) |
|---|---|---|---|
| JX-114 | J0002583-584, J0002585-586 | Minaker, James - OT & Leave source documents | 1/20/2000 |
| JX-115 | J0002762-765 | Moreland, Roy - OT & Leave source documents | 1/20/2000 |
| JX-116 | J0002724-725 | Morgan, Mark - OT & Leave source documents | 1/19/2000 |
| JX-117 | J0002771-773 | Noerenberg, Joshua - OT & Leave source documents | 1/20/2000 |
| JX-118 | J0002986-987 and J0004334-35 | Park, Donald - OT & Leave source documents | 2/8/2000 |
| JX-119 | J0003061 | Perry, Roy - OT & Leave source documents | 1/19/2000 |
| JX-120 | J0003059-060 | Peterson, David - OT & Leave source documents | 1/19/2000 |
| JX-121 | J0004875-877 | Peterson, Nathan - OT & Leave source documents | 1/20/2000 |
| JX-122 | J0002686-688 | Pinkerton, Dion - OT & Leave source documents | 1/19/2000 |
| JX-123 | J0002691-692 | Pinkerton, Margaret - OT & Leave source documents | 1/19/2000 |
| JX-124 | J0002923-929 | Provoe, Ross - OT & Leave source documents | 1/19/2000 |
| JX-125 | J0002722 | Pugh, Tom - OT & Leave source documents | 1/19/2000 |
| JX-126 | J0002752-754 | Richards, Ezra - OT & Leave source documents | 1/20/2000 |
| JX-127 | J0003075-077 | Rogers, Jeff - OT & Leave source documents | 1/19/2000 |
| JX-128 | J0003003-007 | Saez, Javier - OT & Leave source documents | 1/20/2000 |
| JX-129 | J0002602 | Sampson, James - OT & Leave source documents | 1/24/2000 |
| JX-130 | J0004792-794 | Schnoor, Jeff - OT & Leave source documents | 1/19/2000 |
| JX-131 | J0002608-613 | Scott, Paul - OT & Leave source documents | 1/20/2000 |
| JX-132 | J0003220-221 | Wall, Kevin - OT & Leave source documents | 1/20/2000 |
| JX-133 | J0003082-083 | Williams, Eldie - OT & Leave source documents | 1/19/2000 |
| JX-134 | J0002883-890, J0002891-2894 | Wodyga, Joseph - OT & Leave source documents | 1/20/2000 |
| JX-135 | J0002956 | Young, Dennis - OT & Leave source documents | no date |
| JX-136 | J0002941 | Zieser, John C. - OT & Leave source documents | 1/20/2000 |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Trial Exhibit List

| Trial Ex.# | Bates Range | Description | Document date (actual or estimated date) |
|---|---|---|---|
| JX-137 | J0002940 | Zieser, John J. - OT & Leave source documents | 2/9/2000 |
| | **Plaintiffs' Additional Trial Exhibits** | | |
| PX-001 | Dep Ex. 13 (no bates numbers) | Federal wage system, S8-6, S8-7 and S8-8. 1997 Update. [Handnumbered "110-114"] | no date |
| PX-002 | Dep Ex. 14 (no bates numbers) | Appendix J schedule of environmental differentials paid for exposure to various degrees of hazards, physical hardships, and working conditions of an unusual nature. 1998 Update [Handnumbered "115-130"] | no date |
| PX-003 | Dep Ex. 18 (no bates numbers) | Employee grievance decision, shipwright highpay grievance No. 05153-K. [signed by Aiken and Tallman] 2 pages | 1/18/2000 |
| PX-004 | J0001329 | Settlement agreement on - behalf - of (OBO) grievance No. 03875E. Dep Ex. 43 | 5/14/1998 |
| PX-005 | J0001019 | Email from Benton to Brown re Mascioli | 6/10/2002 |
| PX-006 | BMTC000056 | Handwritten note re Paul Scott's call to Hamel. Dep Ex. 107 | Feb-00 |
| PX-007 | BMTC000062 | Email from Seaton to Hamel re Shipwright lawsuit. Dep Ex. 108 | 2/28/2000 |
| PX-008 | BMTC000057 | Email from Seaton to Tallman et al re High pay grievance issue. Dep Ex. 77 | 2/18/2000 |
| PX-009 | J0059103-04 | Letter from Seaton to Holcomb re Grievance No. 05153-K, Walter Jaynes and Paul Scott. Dep Ex. 76 | 3/2/2000 |
| PX-010 | J0000624 | Fax transmittal from Tallman to Dan Schremser. Dep Ex. 73 | Mar-00 |
| PX-011 | J0000625 | Letter from Tallman to Dan re memo from shipwright general foreman. Dep Ex. 48 | 3/14/2000 |
| PX-012 | J0059105-112 | Fax transmittal from Niemi to Laferty | 10/2/2000 |
| PX-013 | J0060768 | Letter from Niemi to Thomas Gary, BMTC President, re grievance No. 05273-K . Dep Ex. 104 | 1/10/2000 |
| PX-014 | J0004171-75 | Calculations of hours and pay (multiple shipwrights listed). | no date |
| PX-015 | J0004253 | Planning schedule - 1999. Dep Ex. 25 | no date |
| PX-016 | J0001303 | Email from Ames to Niemi re Ext requested / insulator grievance 05154-K. | 3/2/2000 |
| PX-017 | J0001301 | Email from Hamel to Niemi re Request for extension. | 6/14/2000 |
| PX-018 | PF40 | Request for personnel action for Aiken. Dep Ex. 83 | 9/12/1994 |
| PX-019 | PF95 | Verification of personnel action for Aiken. Dep Ex. 86 | 11/21/1999 |
| PX-020 | PF94 | Verification of personnel action for Aiken. Dep Ex. 85 | 2/13/2000 |
| PX-021 | PF38-39 | Request for personnel action for Aiken. Dep Ex. 84 | 2/13/2000 |
| PX-022 | PF35-37 | Request for personnel action for Aiken. Dep Ex. 87 | 2/11/2001 |
| PX-023 | PF32-33 | Request for personnel action for Aiken. Dep Ex. 88 | 11/11/2001 |
| PX-024 | | Plaintiffs' ER 1006 Trial Exhibit #1. Sources: Deposition Exhibits 22, 23, 27, 28, 24 and 29. Defendant has source documents. Name of author: Kristi Emigh, Paralegal, Garvey Schubert Barer-Plaintiffs' counsel. | 10/13/2006 |
| PX-025 | | Plaintiffs' ER 1006 Trial Exhibit #2. Sources: Deposition Exhibits 29, 30, 31 and J0004171-0004175). Defendant has source documents. Name of author: Kristi Emigh, Paralegal, Garvey Schubert Barer-Plaintiffs' counsel. | 10/13/2006 |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

Trial Exhibit List

| Trial Ex.# | Bates Range | Description | Document date (actual or estimated date) |
|---|---|---|---|
| PX-026 | | Plaintiffs' ER 1006 Trial Exhibit #3. Sources: Deposition Exhibits 29 and 30. Defendant has source documents. Name of author: Kristi Emigh, Paralegal, Garvey Schubert Barer-Plaintiffs' counsel. | 10/13/2006 |
| PX-027 | | Plaintiffs' ER 1006 Trial Exhibit #4. Sources: Trial Exhibits 79-166. Defendant has source documents. Name of author: Kristi Emigh, Paralegal, Garvey Schubert Barer-Plaintiffs' counsel. | 10/13/2006 |
| | **Defendant's Additional Trial Exhibits** | | |
| DX-001 | J0057956-J0058102 | Collective Bargaining Agreement Between Puget Sound Naval Shipyard and Bremerton Metal Trades Council | 6/13/2003 |
| DX-002 | J0000793-J0000796 | Grievance Exhibit A CFR Alleged Violated - Note | 1/1/1998 |
| DX-003 | J0000797-J0000807 | Grievance Exhibit B - Docking log (1970-1998) | 1/8/1999 |
| DX-004 | J0000808-J0000814 | Grievance Exhibit C - Position Descriptions | 1/8/1999 |
| DX-005 | J0000945-J0000948 | Grievance Exhibit E - EDP back pay 6 yr limitations FLRA decision US Navy Keyport and International Association of Machinists and Aerospace Workers | 4/10/1998 |
| DX-006 | J0000949-J0000951 | Grievance Exhibit F - Email from Winkler re fall protection briefing | 2/10/1999 |
| DX-007 | J0000952 | Grievance Exhibit G - Civilian Leave and Earning Statement: B. Boals | 7/10/1998 |
| DX-008 | J0000953-J0000954 | Grievance Exhibit H - Attendance Sheet: J. Saez | no date |
| DX-009 | J0000955-J0000979 | Grievance Exhibit I - Note re definitions, time & attendance | 3/16/1999 |
| DX-010 | BMTC000050-BMTC000053 | Grievance Brief (Bremerton Metal Trades Council) | no date |
| DX-011 | BMTC000003 | Table of Contents (Bremerton Metal Trades Council) | no date |
| DX-012 | A54 | Request for Information from J. Hamel | 5/25/1999 |
| DX-013 | J0000933-J0000934 | Email from M. Walls to J. Hamel and J. Aiken | 11/23/1999 |
| DX-014 | J0000919 | Email from J. Hamel to L. Ames re: "Shipwright Grievance/Meeting" | 11/7/2000 |
| DX-015 | J0001054 | Email from L. Ames to B. Farman re: High pay grievance pay-out | 06/14/00? |
| DX-016 | J0001055 | Email from L. Niemi to L. Ames re: High Pay Settlement | 6/14/2000 |
| DX-017 | J0004222-J0004231; J0004273-J0004278; J0004285-J0004286 | Excerpts from compilation of High pay calculation sheets (OT and/or leave) | Various dates |
| DX-018 | J0003596-3704 | Detail sheets for shipwrights | 1/4/1999 |
| DX-019 | BMTC0000054 | Letter to Rep. Dicks from J. Hamel | 7/7/2000 |
| DX-020 | BMTC0000055 | Email from J. Hamel to J. Aiken, D. Beaton re Letter to Rep. Dicks | 07/07/00? |
| DX-021 | J0000905 | Unfair Labor Practices Charge | 8/22/2000 |

Jaynes et al. v. US
US Court of Federal Claims
04-856C (Miller)

# Trial Exhibit List

| Trial Ex.# | Bates Range | Description | Document date (actual or estimated date) |
|---|---|---|---|
| DX-022 | A95 | Letter to J. Aiken et al. re Unfair Labor Practice Charge | 9/11/2000 |
| DX-023 | J0059121 | Withdrawal of Unfair Labor Practice Charge | 1/30/2001 |
| DX-024 | J0001850-J0001851 | Employee Grievance 05-384K (J. Dostie) and Decision | 12/15/2000 |
| DX-025 | J0001852-J0001853 | Employee Grievance 05-385K (I. Garris) and Decision | 12/15/2000 |
| DX-026 | J0004050-J0004056 | NAVSHIPYDPUGET instruction 12532.1 (with handwritten notes) | 8/12/1989 |
| DX-027 | J0001856-J0001859 | NAVSHIPYDPUGET instruction 12532.4 | 9/5/2001 |