IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WALTER JAYNES; PAUL S. SCOTT; DAVID S. PETERSON; DONALD BAKER; GORDON D. HANBERG; et al.,

Plaintiffs,

vs.

THE UNITED STATES,

Defendant.

No. 04-856C

Judge Miller

Electronically Filed on Oct. 25, 2006

# DECLARATION OF KRISTI EMIGH IN RESPONSE TO DEFENDANT'S OBJECTIONS TO CERTAIN OF PLAINTIFFS' TRIAL EXHIBITS

I, Kristi Emigh, declare as follows:

1. I am over eighteen years old and competent to testify to the matters stated herein. I make this declaration based upon personal knowledge.

2. I have read defendant's Opposition to Certain of Plaintiff's Trial Exhibits and submit this Declaration in response to the objections to trial exhibit PX-027. Defendant's objections center around what it says are a number of errors in the columns of PX-027. To clarify, the data in columns E, F and H of PX-027 are transcriptions of data from JX-044 (a document produced by the government), and not the products of mathematical formulas, as my original Declaration states.

3. I re-reviewed JX-044 and PX-027 and discovered only four places where the transcription was off for columns E, F and H: Frederick Green has a "27" on JX-044, which was mistranscribed as a "17" on PX-027, Joshua Noerenberg's

entry is a "16" when it could be read as "15" instead, Anthony Schackmann has a "11" instead of a "22" and James Twogood has a "71" instead of a "171".

4. Defendant also objects that the James Groat entry is in error. It is not, because JX-044 shows that the numbers entered onto PX-027 are the same numbers on JX-044. Finally, defendant objects that the entries for Jerry Cockrum and David Collins are incorrect due to the poor quality of the copy on JX-044. I entered those numbers as the best estimate based on the copy received from the defendant.

5. Attached to this Declaration as Exhibit A is copy of PX-027 with the above changes highlighted in pink.

6. I also have amended paragraph 47 of my Declaration for trial to clarify that the entries on columns E, F & H of PX-027 were entered from JX-044 and are not the product of a mathematical formula I inserted. Attached as Exhibit B to this Declaration is a true and correct copy of the redline version of my Declaration for trial showing the changes.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of October, 2006 in Seattle, Washington.

/s/ Kristi Emigh
KRISTI EMIGH

# EXHIBIT A

Walter Jaynes, et al. v. United States

Computation of High Pay Award: Part 4
Adjustment of High Hours to include Premium Pay for Overtime High Work
TRIAL EXHIBIT PX-027

| | A | B | C | E | F | H | I | L |
|---|---|---|---|---|---|---|---|---|
| 2 | NAME | Original Calculation of Total Hours from JX-044), see also PX-025 | Half of Shipyard's Overtime calculations from JX-044) see alsoPX-026 [Col. D], as Hours | Half of Overtime ) as Days JX044 | Estimated Hours Per Day of High Work, from JX-044, *see* PX-024 | Hours Per Day High Work multiplied by Number of Days Worth of Overtime | Adjusted Total Hours Calculations (JX-045, 046) | Principal Amount Paid (Total Hours x $4.77 per hour). From PX-014. *See* also PX-025 |
| 3 | ABBOTT, RANDOLF | 285 | 50 | illegible | 3 | 18 | 303 | $ 1,445.31 |
| 4 | AFLAQUE, RICK | 151 | 23 | 4 | 2 | 8 | 159 | $ 758.43 |
| 5 | AIKEN, BARRY | 674 | 257 | 32 | 4 | 128 | 802 | $ 3,825.54 |
| 6 | ALLEN, RUSSELL | 935.5 | 233 | 1 | 4.5 | 130.5 | 1066 | $ 5,084.82 |
| 7 | ALLISON, HOWARD | 25 | 0 | 0 | 0.5 | 0 | 25 | $ 119.25 |
| 8 | AMABLE, IRENEO | 517 | 103 | 13 | 2.5 | 32.5 | 549.5 | $ 2,621.12 |
| 9 | BAKER, DONALD | 597.5 | 62 | 8 | 4.5 | 36 | 633.5 | $ 3,021.80 |
| 10 | BARR, JAMES | 75 | | 0 | 3 | 0 | 75 | $ 357.75 |
| 11 | BARTH, JOHN | 767 | 132 | illegible | 4.5 | 76.5 | 843.5 | $ 4,023.50 |
| 12 | BEISTLINE, CHARLES | 144 | 39 | illegible | 1.5 | 7.5 | 151.5 | $ 722.66 |
| 13 | BERGLAND, THERON | 677 | 111 | 14 | 4 | 56 | 733 | $ 3,496.41 |
| 14 | BESSLER, MICHAEL | 410 | 107 | 13 | 2.5 | 32.5 | 442.5 | $ 2,110.73 |
| 15 | BLANKENSHIP, ROYCE | 220 | 187 | 23 | 3 | 69 | 289 | $ 1,378.53 |
| 16 | BOALS, BRADLEY | 198 | 60 | 8 | 2 | 16 | 214 | $ 1,020.78 |
| 17 | BOINK, KATHLEEN | 28 | 0 | 0 | 1 | 0 | 28 | $ 133.56 |
| 18 | BOYLE, DAVID | 201 | 38 | 5 | 3 | 15 | 216 | $ 1,030.32 |
| 19 | BRILL, NICK | 231 | 55 | 7 | 3 | 21 | 252 | $ 1,202.04 |
| 20 | CAIN, BOBBY | 673 | 36 | 4 | 4 | 16 | 689 | $ 3,286.53 |
| 21 | CAMPBELL, JEFF | 394 | 29 | 4 | 4.5 | 18 | 412 | $ 1,965.24 |
| 22 | CARNAGHI, HENRY | 558 | 65 | 8 | 3 | 24 | 582 | $ 2,776.14 |
| 23 | CARNES, HENRY | 21 | | 0 | 0.5 | 0 | 21 | $ 100.17 |
| 24 | CARTER, WILLIAM | 316.5 | 86 | 11 | 4 | 44 | 360.5 | $ 1,719.59 |
| 25 | CHRISTIANSEN, DAVID | 597 | 208 | 26 | 4 | 104 | 701 | $ 3,343.77 |
| 26 | CLIBER, WALTER | 332 | 250 | 31 | 3 | 93 | 425 | $ 2,027.25 |
| 27 | COCKERILL, KEVIN | 567 | 59 | 7 | 3 | 21 | 588 | $ 2,804.76 |
| 28 | COCKRUM, JERRY | 700 | 194 | 2 | 4.5 | 108 | 808 | $ 3,854.16 |
| 29 | COLLINS, DAVID | 793 | 375 | 4 | 3 | 141 | 934 | $ 4,455.18 |
| 30 | COMPTON, BEN | 302 | 74 | 9 | 4 | 36 | 338 | $ 1,612.26 |
| 31 | CONMAY, THOMAS | 489 | 101 | 13 | 3 | 39 | 528 | $ 2,518.56 |
| 32 | COOK, RANDAL | 642.5 | 40 | 5 | 3.5 | 17.5 | 660 | $ 3,148.20 |
| 33 | COOPER, ALLEN | 260 | 82 | 10 | 4 | 40 | 300 | $ 1,431.00 |
| 34 | COREY, GREGORY | 795 | 192 | 23 | 4 | 92 | 887 | $ 4,230.99 |
| 35 | COZAD, MIKE | 236.5 | 56 | 7 | 3 | 21 | 257.5 | $ 1,228.28 |

Walter Jaynes, et al. v. United States

Computation of High Pay Award: Part 4
Adjustment of High Hours to include Premium Pay for Overtime High Work
TRIAL EXHIBIT PX-027

| | A | B | C | E | F | H | I | L |
|---|---|---|---|---|---|---|---|---|
| 2 | NAME | Original Calculation of Total Hours from JX-044), see also PX-025 | Half of Shipyard's Overtime calculations from JX-044) see alsoPX-026 [Col. D], as Hours | Half of Overtime ) as Days JX044 | Estimated Hours Per Day of High Work, from JX-044, *see* PX-024 | Hours Per Day High Work multiplied by Number of Days Worth of Overtime | Adjusted Total Hours Calculations (JX-045, 046) | Principal Amount Paid (Total Hours x $4.77 per hour). From PX-014. *See* also PX-025 |
| 36 | CRUZ, LUIS | 568 | 90 | 11 | 3 | 33 | 601 | $ 2,866.77 |
| 37 | CUSIMANO, ALFRED | 608 | 109 | illegible | 3 | 39 | 647 | $ 3,086.19 |
| 38 | DAWSON, LONNIE | 548.5 | 122 | 15 | 3 | 45 | 593.5 | $ 2,831.00 |
| 39 | DAY, DAVID | 673 | 123 | 15 | 4 | 60 | 733 | $ 3,496.40 |
| 40 | DENTON, GREGORY | 356 | 55 | 7 | 3 | 21 | 377 | $ 1,798.29 |
| 41 | DEVEN, EDWARD | 470 | 127 | 21 | 3 | 63 | 533 | $ 2,542.41 |
| 42 | DEVLIN, SEAN | 269 | 4 | 0.5 | 4 | 2 | 271 | $ 1,292.67 |
| 43 | DIVITIS, DEBORAH | 493 | 56 | 7 | 3 | 21 | 514 | $ 2,451.78 |
| 44 | DOSTIE, JEFFERY | 558.5 | 69 | 9 | 3.5 | 31.5 | 590 | $ 2,814.30 |
| 45 | EGGE, MICHAEL | 27.5 | 70 | 9 | 4 | 36 | 63.5 | $ 302.90 |
| 46 | ERBE, DONALD | 601 | 113 | illegible | 3 | 42 | 643 | $ 3,067.11 |
| 47 | ERICKSON, WARREN | 612 | 240 | 30 | 3 | 90 | 702 | $ 3,348.54 |
| 48 | EZELL, JOHN | 472 | 70 | 9 | 4.5 | 40.5 | 512.5 | $ 2,444.63 |
| 49 | FARMER, DAVID | 180 | 113 | 14 | 3 | 42 | 222 | $ 1,058.94 |
| 50 | FARMER, MARTIN | 887 | 241 | 30 | 4 | 120 | 1007 | $ 4,803.39 |
| 51 | FISCHER, BRIAN | 50 | 70 | 9 | 2.5 | 22.5 | 72.5 | $ 345.83 |
| 52 | FLATAU, COREY | 372 | 71 | 9 | 4 | 36 | 408 | $ 1,946.16 |
| 53 | FOLEY, CHARLES | 83 | 70 | 9 | 0.5 | 4.5 | 87.5 | $ 417.38 |
| 54 | FORBES, DAVID | 805 | 150 | 18 | 4 | 72 | 877 | $ 4,183.29 |
| 55 | FOWLER, RICHARD | 819.5 | 225 | 28 | 5 | 140 | 959.5 | $ 4,576.82 |
| 56 | FREESE, BEREND | 688 | 82 | 10 | 4.5 | 45 | 733 | $ 3,496.41 |
| 57 | GAL, CHRISTOPHER | 459 | 242 | 30 | 3 | 90 | 449 | $ 2,141.73 |
| 58 | GARRIS, ISAAC | 165 | 37 | 5 | 3 | 15 | 180 | $ 858.60 |
| 59 | GESSNER, TED | 216 | 19 | 2 | 2 | 4 | 220 | $ 1,049.40 |
| 60 | GILBERT, SHELLI* | no entry | | no entry | ? | no entry | 244 | $ 1,163.88 |
| 61 | GLITCH, JOSH | 262 | 21 | 3 | 3 | 9 | 271 | $ 1,292.67 |
| 62 | GRAY, JERRY | 273.5 | 77 | 9 | 3 | 27 | 300.5 | $ 1,433.39 |
| 63 | GREEN, FREDRICK | 524 | 75 | 9 | 3 | [redacted] | 551 | $ 2,628.27 |
| 64 | GRIFFIS, GREG | 557.5 | 84 | 10 | 4.5 | 45 | 602.5 | $ 2,873.93 |
| 65 | GROAT, JAMES | 936 | 232 | 21 | 5 | 135 | 1071 | $ 5,108.67 |
| 66 | HANBERG, GORDON | 860 | 33 | 4 | 4 | 16 | 876 | $ 4,178.52 |
| 67 | HARPER, DAVID | 255 | 69 | 9 | 3 | 27 | 282 | $ 1,345.14 |

Walter Jaynes, et al. v. United States

Computation of High Pay Award: Part 4
Adjustment of High Hours to include Premium Pay for Overtime High Work
TRIAL EXHIBIT PX-027

| | A | B | C | E | F | H | I | L |
|---|---|---|---|---|---|---|---|---|
| 2 | NAME | Original Calculation of Total Hours from JX-044), see also PX-025 | Half of Shipyard's Overtime calculations from JX-044) see alsoPX-026 [Col. D], as Hours | Half of Overtime ) as Days JX044 | Estimated Hours Per Day of High Work, from JX-044, *see* PX-024 | Hours Per Day High Work multiplied by Number of Days Worth of Overtime | Adjusted Total Hours Calculations (JX-045, 046) | Principal Amount Paid (Total Hours x $4.77 per hour). From PX-014. *See* also PX-025 |
| 68 | HARPER, ROBERT | 126 | 29 | 4 | 1 | 4 | 130 | $ 620.10 |
| 69 | HAWKINS, JOHN | 62 | | 0 | 2 | 0 | 62 | $ 295.74 |
| 70 | HAYDEN, MICHAEL | 769 | 284 | 36 | 5 | 180 | 949 | $ 4,526.73 |
| 71 | HAYNES, ARTHUR | 375 | 25 | 3 | 3 | 9 | 384 | $ 1,831.68 |
| 72 | HOSKINS, BRIAN | 350 | 75 | illegible | 4 | 36 | 386 | $ 1,841.22 |
| 73 | HURM, DAVID | 782 | 217 | illegible | 4 | 108 | 890 | $ 4,245.30 |
| 74 | IMPEY, DOUGLAS | 949 | 72 | 9 | 5 | 45 | 1004 | $ 4,789.08 |
| 75 | JACOBSEN, MICHAEL | 612 | 16 | illegible | 4 | 80 | 692 | $ 3,300.84 |
| 76 | JAYNES, WALTER | 540 | 156 | 20 | 4 | 80 | 620 | $ 2,957.40 |
| 77 | JOHANNES, MICHAEL | 112 | 30 | 4 | 3 | 12 | 283 | $ 1,349.91 |
| 78 | KADLECEK, RANDY | 323 | 38 | 5 | 3 | 15 | 338 | $ 1,612.26 |
| 79 | KEMPER, TREVER | 704 | 155 | illegible | 4 | 80 | 784 | $ 3,739.68 |
| 80 | KENDIZORA, ERON | 912.5 | 120 | illegible | 5 | 45 | 957.5 | $ 4,567.28 |
| 81 | KULBACKI, TIMOTHY | 606 | 160 | illegible | 3 | 60 | 666 | $ 3,176.82 |
| 82 | LANSKEY, GARY | 797 | 204 | 26 | 3.5 | 91 | 888 | $ 4,235.76 |
| 83 | LANTRIP, BOBBY | 619 | 218 | 27 | 4 | 108 | 727 | $ 3,467.79 |
| 84 | LEAVIT, JOHN | 843.5 | 190 | 24 | 5 | 120 | 963.5 | $ 4,595.90 |
| 85 | LEIBLE, DALE | 576 | 162 | 20 | 3 | 60 | 636 | $ 3,033.72 |
| 86 | LENGOWSKI, PAUL | 987 | 160 | illegible | 5 | 100 | 1087 | $ 5,184.99 |
| 87 | LEWIS, LARRY | 663 | 82 | illegible | 3.5 | 35 | 698 | $ 3,329.46 |
| 88 | LONGCRANE, ROBERT | not listed | 8.6 | no entry | not listed | no entry | 557.5 | $ 2,659.28 |
| 89 | MAIN, TYSON | 735.5 | 61 | 8 | 4.5 | 36 | 771.5 | $ 3,680.06 |
| 90 | MARTIN, BOBBY | 460.5 | 100 | 13 | 2.5 | 32.5 | 492.5 | $ 2,349.23 |
| 91 | MARTIN, KIMBERLY | 495 | 95 | 12 | 3 | 36 | 531 | $ 2,532.87 |
| 92 | MARTIN, RICK | 474 | | 0 | 3 | 0 | 474 | $ 2,260.98 |
| 93 | MCCRARY, DAVID | 591 | 90 | 12 | 3 | 36 | 627 | $ 2,990.79 |
| 94 | MCDONALD, ROSS | 348 | 58 | 7 | 4 | 28 | 376 | $ 1,793.52 |
| 95 | MELAY, WILLIAM | 204 | 80 | 10 | 2 | 20 | 224 | $ 1,068.48 |
| 96 | MIDDENDORF, STEVEN | 712 | 66 | 8 | 4.5 | 36 | 748 | $ 3,567.96 |
| 97 | MINAKER, JAMES | 36 | 86 | 11 | 3 | 33 | 69 | $ 329.13 |
| 98 | MINAKER, KELLY JO (nee Watson) | 165 | | 0 | 3 | 0 | 165 | $ 787.05 |

Walter Jaynes, et al. v. United States

Computation of High Pay Award: Part 4
Adjustment of High Hours to include Premium Pay for Overtime High Work
TRIAL EXHIBIT PX-027

| | A | B | C | E | F | H | I | L |
|---|---|---|---|---|---|---|---|---|
| 2 | **NAME** | **Original Calculation of Total Hours from JX-044), see also PX-025** | **Half of Shipyard's Overtime calculations from JX-044) see alsoPX-026 [Col. D], as Hours** | **Half of Overtime ) as Days JX044** | **Estimated Hours Per Day of High Work, from JX-044, *see* PX-024** | **Hours Per Day High Work multiplied by Number of Days Worth of Overtime** | **Adjusted Total Hours Calculations (JX-045, 046)** | **Principal Amount Paid (Total Hours x $4.77 per hour). From PX-014. *See* also PX-025** |
| 99 | MORELAND, ROY | 650 | 140 | 18 | 4 | 72 | 722 | $ 3,443.94 |
| 100 | MORGAN, MARK | 835.5 | 113 | 14 | 4.5 | 63 | 898.5 | $ 4,285.85 |
| 101 | NAUD, KEVIN | 1036 | 370 | 46 | 4.5 | 207 | 1243 | $ 5,929.11 |
| 102 | NOERENBERG, JOSHUA | 562 | 124 | [redacted] | 3 | 45 | 607 | $ 2,895.39 |
| 103 | ODELL, PATRICK | 893 | 220 | 27 | 4 | 108 | 1001 | $ 4,774.77 |
| 104 | O'HAIR, CURTIS | 152.5 | 0 | 0 | 3 | 0 | 152.5 | $ 727.43 |
| 105 | PARK, DONALD | 292 | 63 | 8 | 4 | 32 | 324 | $ 1,545.48 |
| 106 | PERRY, ROY | 25 | 0 | 0 | 0.5 | 0 | 25 | $ 119.25 |
| 107 | PETERS, JOHN | 463.5 | 42 | illegible | 3.5 | 17.5 | 481 | $ 2,294.37 |
| 108 | PETERSON, DAVID | 1094 | 272 | illegible | 5 | 170 | 1264 | $ 6,029.28 |
| 109 | PETERSON, NATHAN | 302 | 8 | 1 | 3 | 3 | 305 | $ 1,454.85 |
| 110 | PIEHL, DENNIS | 118 | 10 | 1 | 1 | 1 | 119 | $ 567.63 |
| 111 | PINKERTON, DION | 464.5 | 44 | 5 | 3 | 15 | 479.5 | $ 2,287.22 |
| 112 | PINKERTON, MARGARET | 235 | 19 | 2 | 2 | 4 | 239 | $ 1,140.03 |
| 113 | PROVOE, ROSS | 91 | 82 | illegible | 2 | 20 | 111 | $ 529.47 |
| 114 | PUGH, TOM | 230 | 18 | 2 | 3 | 6 | 236 | $ 1,125.72 |
| 115 | RICHARDS, EZRA | 771 | 97 | illegible | 4 | 48 | 819 | $ 3,906.63 |
| 116 | ROGERS, JEFF | 639 | 84 | illegible | 4 | 40 | 679 | $ 3,238.83 |
| 117 | SAEZ, JAVIER | 870 | 234 | illegible | 4.5 | 130.5 | 1000.5 | $ 4,772.39 |
| 118 | SAMPSON, JAMES | 190.5 | 100 | 13 | 3 | 39 | 229.5 | $ 1,094.72 |
| 119 | SCHACKMANN, ANTHONY | 863 | 177 | [redacted] | 4 | 88 | 951 | $ 4,536.27 |
| 120 | SCHNOOR, JEFF | 850 | 57 | 7 | 5 | 35 | 885 | $ 4,221.45 |
| 121 | SCOTT, PAUL | 743 | 173 | 22 | 4 | 88 | 831 | $ 3,963.87 |
| 122 | STEVENS, SCOTT | 765 | 123 | 16 | 4.5 | 72 | 837 | $ 3,992.49 |
| 123 | THACKERAY, ROBERT | not listed | | not listed | not listed | no entry | no entry | not listed |
| 124 | THOMSON, HELLEN | 368 | | 0 | 2 | 0 | 368 | $ 1,755.36 |
| 125 | TWOGOOD, JAMES | 844.5 | 305 | 38 | 4.5 | [redacted] | 1015.5 | $ 4,843.94 |
| 126 | WALL, KEVIN | 646 | 68 | 9 | 4 | 36 | 682 | $ 3,253.14 |

Walter Jaynes, et al. v. United States

Computation of High Pay Award: Part 4
Adjustment of High Hours to include Premium Pay for Overtime High Work
TRIAL EXHIBIT PX-027

| | A | B | C | E | F | H | I | L | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | NAME | Original Calculation of Total Hours from JX-044), see also PX-025 | Half of Shipyard's Overtime calculations from JX-044) see alsoPX-026 [Col. D], as Hours | Half of Overtime ) as Days JX044 | Estimated Hours Per Day of High Work, from JX-044, *see* PX-024 | Hours Per Day High Work multiplied by Number of Days Worth of Overtime | Adjusted Total Hours Calculations (JX-045, 046) | Principal Amount Paid (Total Hours x $4.77 per hour). From PX-014. *See* also PX-025 | |
| 127 | WASHBURN, MARK | 50 | | 0 | 3 | 0 | 50 | $ | 238.50 |
| 128 | WEBSTER, DAVID | 787 | 192 | 24 | 4 | 96 | 883 | $ | 4,211.91 |
| 129 | WELSH, THOMAS | 270 | 59 | 8 | 1.5 | 12 | 282 | $ | 1,345.14 |
| 130 | WERNER, RONALD | 100 | 122 | 15 | 2 | 30 | 130 | $ | 620.10 |
| 131 | WILLIAMS, ELDIE | 598 | 133 | 16 | 3.5 | 56 | 654 | $ | 3,119.58 |
| 132 | WODYGA, JOSEPH | 578 | 272 | illegible | 3 | 102 | 680 | $ | 3,243.60 |
| 133 | WOOD, GEORGE | 40 | | 0 | 2 | 0 | 40 | $ | 190.80 |
| 134 | YOUNG, DENNIS | 332 | 55 | 7 | 3 | 21 | 353 | $ | 1,683.81 |
| 135 | ZERBEST, JAMES | 476 | 115 | 14 | 2.5 | 35 | 511 | $ | 2,437.47 |
| 136 | ZIESER, JOHN (badge #170559) | 121.52 | 25 | 3 | 1.5 | 4.5 | 126 | $ | 601.02 |
| 137 | ZIESER, JOHN (badge #169403) | 175 | 62 | 8 | 3 | 24 | 199 | $ | 949.23 |
| 138 | | 62912.02 | | | | | 70061 | $ | 334,191.09 |

# EXHIBIT B

45. In Mr. Scott's case, JX-131 indicated that he performed 345 hours of overtime during the Claim Period. Three hundred forty-five divided by two yields 172.5. JX-044 shows someone rounded this up to 173.

46. Because overtime is calculated as "time-and-a-half," the Shipyard made the adjustment by adding 50% of the overtime hours into the equation and paying those hours at the straight-time rate. Adding 50% of the overtime hours to the initial calculation reflected the premium pay owed for such overtime high work.

**V. TRIAL EXHIBIT PX-027**

47. This Exhibit was created to pull the previous three exhibits together and confirm the shipyard's calculations. I created the columns as follows: Column A contains the names of the shipwrights. Column B contains the Shipyard's calculation of the number of total unpaid hours of high work during the Claim Period, as summarized in Column K of PX-025. Column C contains a figure corresponding to one-half of the overtime hours calculated by the Shipyard. This figure comes from Column D of PX-026. In Mr. Scott's case, as previously mentioned, this figure was 173.

The numbers in Column E[3] ~~contains a mathematical formula that divides Column C by 8.~~ I entered from the last handwritten column on JX-044. The purpose of this figure is to convert from hours to 8-hour days. In Mr. Scott's case, when 173 is divided by 8, the result is 22, the same number that was handwritten in Mr. Scott's row on JX-044. Column F shows each shipwright's rating of estimated high

[3] PX-027 does not contain a Column D.

work per day~~.~~ as manually transcribed from the first handwritten column of JX-044.

The numbers in Column H[4] ~~represents the figure in Column F multiplied by Column E. For example, Rick Aflague had four days of overtime and a rating of two hours per day of high work. I multiplied the four hours by the two hours per day to get 8 days of high work for overtime. This formula did not always match the figures on JX-044, (Jerry Cockrum, for example) but it worked for most shipwrights.~~I entered from the second handwritten column in JX-044. Column I shows the adjusted total hours calculations the shipyard arrived at and apparently used to calculate the shipwrights' high pay awards, ~~as shown on JX-046 and JX-047.~~I entered from JX-046.

The numbers in Column L[5] ~~shows~~I entered from PX-014 and show the dollar amount for the adjusted hours in Column I multiplied by $4.77/hour pay rate.

Thus, this chart, which summarizes the others, shows that the calculations suggested by Mr. Winkler or postulated by us are supported for the vast majority of the shipwrights.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this ____ day of October, 2006 in Seattle, Washington.

/s/ Kristi Emigh
KRISTI EMIGH

[4] PX-027 does not contain a Column G.
[5] PX-027 does not contain a Column J.

**CERTIFICATE OF SERVICE**

I hereby certify on October 25, 2006, a copy of the foregoing "DECLARATION OF KRISTI EMIGH" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jennifer A. Krebs
Donald B. Scaramastra
Jennifer A. Krebs
**Garvey Schubert Barer**
18th Floor
1191 Second Avenue
Seattle, WA 98101
Telephone (206) 464-3939
Facsimile (206) 464-0125
Attorneys for Plaintiffs