# In the United States Court of Federal Claims

**04-856C**

**Filed: December 5, 2006**

**WALTER JAYNES; PAUL S. SCOTT; DAVID S. PETERSON; DONALD BAKER; GORDON D. HANBERG; et al.**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (three volumes)**
**Held in Seattle, Washington**
**November 6-8, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.