# In the United States Court of Federal Claims

| | |
|---|---|
| WALTER JAYNES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-856C<br><br>Filed February 27, 2007 |

ORDER

On February 14, 2007, the Court filed an opinion and order denying defendant's affirmative defense of accord and satisfaction. In that opinion and order, the Court stated that it would schedule a status conference to consider the nature and timing of further proceedings. Having consulted with counsel, the Court ORDERS that the parties shall participate in a telephonic status conference at **2:00 p.m. Eastern Daylight Time on Tuesday, March 20, 2007**. The Court will initiate the call.

In anticipation of the status conference, the Court believes that it would be beneficial to both the parties and the Court for each party or the parties jointly to file and serve a memorandum of no more than 20 pages addressing the following questions on or before **Tuesday, March 13, 2007**:

1. What, if any, legal issues that are material to the disposition of this case remain unresolved?

2. What factual issues must be resolved in order to determine whether defendant owes additional back pay to any or all of the plaintiffs and, if so, in what amount?

3. How can the parties and the Court best address these unresolved factual and legal issues in a comprehensive and efficient manner?

4. What, if any, further pre-trial proceedings do the parties believe are necessary in order to prepare the case to be tried?

5. On what schedule would the parties propose to accomplish such further pre-trial proceedings?

6. What are the views of the parties with respect to the duration and location of trial?

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge