# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WALTER JAYNES, *et al.*, Plaintiffs, | ) | No. 04-856C |
| v. | ) | Filed March 20, 2007 |
| THE UNITED STATES, Defendant. | ) | |

**ORDER**

Pursuant to the Court's Order filed February 27, 2007, the parties and the Court participated in a telephonic status conference on March 20, 2007, regarding the nature and timing of further proceedings, with reference to the parties' submissions of March 13, 2007, regarding that subject. In consideration of the discussion during the status conference the Court ORDERS that counsel shall confer with a view toward submitting by **Friday, March 30, 2007**, a joint proposal and schedule for determining: 1) the claim period for each plaintiff (including issues relating to the statute of limitations), and 2) the criteria for determining what shipwright work constitutes "high work" (including the terms of and authority for any remand to the Puget Sound Naval Shipyard).

The parties and the Court also discussed, once issues 1 and 2 are resolved, methods for determining: 3) the amount of high work performed by each plaintiff during the relevant time period, and 4) the amount of additional "high pay" (if any) to which each plaintiff is entitled. Counsel for defendant indicated a preference to conduct discovery regarding these issues, including depositions of the individual plaintiffs, and then consider how to present their direct testimony and cross-examination in the most efficient manner. In that regard, the Court FURTHER ORDERS that the both parties state in their March 30 filing as specifically as possible the nature of any discovery they seek and a timetable for accomplishing such discovery.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge