# In the United States Court of Federal Claims

| | |
|---|---|
| WALTER JAYNES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-856C<br><br>Filed April 3, 2007 |

**ORDER**

Pursuant to the Court's order filed March 20, 2007 (docket entry 130), the parties filed a joint status report on March 30, 2007 (docket entry 131). In their joint status report, the parties proposed a schedule for resolving a number of issues raised in the telephonic status conference of March 20, 2007. The parties also discussed the nature of discovery that they would seek. In light of the joint status report and the discussion during the March 20, 2007, status conference, the Court adopts the parties' schedule and ORDERS that:

1. Defendant shall file and serve its motion for summary judgment, dealing with (1) the effect of the 1994 amendments to the Civil Service Reform Act; (2) the applicable limitations period(s); and (3) the effect of the Grievance Decision on the Court's role and tasks, on or before **Thursday, May 31, 2007**.

2. Plaintiffs shall file and serve their response to defendant's motion and their cross-motion for summary judgment, if any, on or before **Tuesday, July 31, 2007**; plaintiffs' July 31, 2007, filing shall deal with the same subjects as well as the effect of an absence of records on the determination of the amount of high work performed.

3. Defendant shall file and serve its reply in support of its motion for summary judgment and its response to plaintiffs' cross-motion, if any, on or before **Friday, August 31, 2007**.

4. Plaintiffs shall file their reply in support of their cross-motion, if one is filed, on or before **Friday, September 28, 2007**.

Defendant asserts that it will take at least four months in order to secure the job order information and the personnel files of the named parties as requested by plaintiffs. Plaintiffs request that such information be produced by June 30, 2007, but it is unclear to the Court for what purpose they need it by that date. In light of defendant's assertion that it will need four

months in order to secure that information, the Court FURTHER ORDERS that defendant produce the information requested by plaintiffs on or before **Friday, August 3, 2007**, and that the timing and extent of other discovery, including depositions, shall take place as outlined in the parties' joint status report.

Finally, in order that the Court be apprised of the status of the proceedings described above and the nature and timing of future pretrial proceedings the Court FURTHER ORDERS that the parties participate with the Court in a telephonic status conference at **2:00 p.m. EDT on Monday, August 13, 2007**. The Court will initiate the call.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge