**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WALTER L. JAYNES; PAUL S. SCOTT; DAVID S. PETERSON; DONALD BAKER; GORDON D. HANBERG; RANDOLF S. ABBOTT; DWIGHT J. ABLER; IRENEO G. AMABLE; JOHN A. BARTH; RALPH E. BERGMAN; MICHAEL C. BESSLER; BRADLEY E. BOALES, JR.; MITCHELL BRACKING; BOBBY CAIN; HARRY R. CALHOUN; JEFF A. CARLSON; HENRY CARNAGHI; DAVID L. CHRISTIANSEN; WALTER CLIBER; KEVIN COCKERILL; JERRY COCKRUM; DAVID COLLINS; RANDALL COOK; DAVID A. DAY; GREGORY DENTON; EDWARD L. DEVEN; JEFFREY W. DOSTIE; DONALD K. ERBE; WARREN E. ERICKSON; MARTIN L. FARMER; BEREND FREESE; ORLANDO GARCIA; JOSHUA GLITCH; JERRY D. GRAY; FREDERICK A. GREEN; MICHAEL J. HAYDEN; ARTHUR B. HAYNES; JARROD HOGUE; DAVID J. HURM; DOUG IMPEY; MICHAEL DENNIS JACOBSEN; STEPHEN J. JACOBSON; JAMES M. JAZUK; BILLY KADLECEK, as Personal Representative of the Estate of RANDY KADLECEK; JAMES A. KELLER, JR.; TREVOR L. KEMPER; ERON KENDZIORA; TIMOTHY W. KULBACKI; DALE J. LEIBLE; LARRY W. LEWIS; ROBERT LONGCRANE; PAUL T. LONGOWSKI; BOBBY MARTIN; DAVID MCCRARY; JOSEPH R. MCKINNON; ROY E. MORELAND; MARK B. MORGAN; CURTIS O'HAIR, JR.; DENNY D. PARSONS; ROY PERRY; ROSS K. PROVOE; CLIFFORD L. REINBOLD; EZRA M. RICHARD; TALLY K. ROY; JEFF SCHNOOR; JAMES M. TWOGOOD; DAVID C. WEBSTER; RONALD WERNER; GREG WILLIAMS; SHAWN WILLIAMS; JOSEPH F. WODYGA; and JAMES ZERBEST,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES<br><br>Defendant. | No. 04-856C<br><br>JUDGE MILLER |

**UNOPPOSED MOTION TO FILE FOURTH AMENDED COMPLAINT**

Plaintiffs move for leave to file a fourth amended complaint. The proposed amendment adds two new individual plaintiffs, David Forbes and John Hawkins, both of whom are members of the proposed class on whose behalf this action was originally brought. Both Plaintiffs were left off of the Third Amended Complaint through administrative oversight, which has recently been identified. Plaintiffs have contacted counsel for the Defendant, who has indicated that he does not oppose this motion.

The proposed Fourth Amended Complaint is attached. Plaintiffs have made no changes to the Amended Complaint, other than to add the names of the two new plaintiffs. Accordingly, Plaintiffs respectfully request that the Court grant this Unopposed Motion to File Fourth Amended Complaint.

DATED this 15th day of May, 2007.

Respectfully submitted,

COUNSEL FOR PLAINTIFFS

s/ Donald B. Scaramastra s/Jennifer Krebs
Donald B. Scaramastra
**Garvey Schubert Barer**
18th Floor, 2nd & Seneca Building
1191 Second Avenue
Seattle, Washington 98101-2939
Tel: 206-464-3939
Fax: 206-464-0125

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2007, I electronically filed Plaintiffs' Unopposed Motion to File Fourth Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Steven M. Mager
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Washington, D.C. 20530

s/Donald B. Scaramastra s/Jennifer Krebs
Donald B. Scaramastra