# In the United States Court of Federal Claims

WALTER JAYNES, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 04-856C

Filed May 16, 2007

## ORDER

Plaintiffs filed a motion for leave to file a fourth amended complaint (docket entry 133) on May 15, 2007. In their motion, plaintiffs explain that the names of two individual plaintiffs, David Forbes and John Hawkins, were inadvertently left off of the third amended complaint (docket entry 84). Messrs. Forbes and Hawkins were both members of the proposed class for whom this action was originally brought. Plaintiffs state that, other than adding Messrs. Forbes and Hawkins, the fourth amended complaint makes no changes to the third amended complaint. Plaintiffs further state that they have contacted counsel for defendant, who does not oppose their motion.

In light of the forgoing, the Court GRANTS plaintiffs' motion and ORDERS that plaintiffs shall refile their fourth amended complaint, in the form attached to their motion for leave, on or before **Friday, May 18, 2007**.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge