**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER JAYNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-856C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On April 3, 2007, this Court ordered the Government to file its motion for summary judgment, dealing with (1) the effect of the 1994 amendments to the Civil Service Reform Act; (2) the applicable limitations period(s); and (3) the effect of the Grievance Decision on the Court's role and tasks, by May 31, 2007. Defendant respectfully requests that the Court enlarge the deadline to file this motion for summary judgment by 32 calendar days, up to and including July 2, 2007. This is the defendant's first request for an enlargement of this deadline. Counsel for the Government has contacted plaintiffs' counsel, and they have agreed to this enlargement.

The additional time is required for Government counsel to adequately prepare and file the Government's motion for summary judgment. Conflicting schedules with agency counsel have made it difficult to confer regarding the Government's motion for summary judgment, and we have not been able to arrange to have all counsel confer on this motion until June 1, 2007. Further, counsel for the Government is handling several other matters before this Court, the United States Court of International Trade and the United States Court of Appeals for the Federal Circuit which have deadlines in June 2007. Specifically, counsel has a response brief to a motion

to dismiss in United States v. C.H. Robinson, No. 06-00434 (CIT) due on June 4, 2007; a reply brief on motions for summary judgment in Information Systems & Networks Corp. v. United States, 02-796 (Fed. Cl.) due on June 12, 2007; a formal appellant response brief in Cook v. United States Air Force, No. 2007-3137 (Fed. Cir.) due on June 18, 2007; and a formal appellant response brief in Bair v. United States, No. 07-5049 (Fed. Cir.) due on June 18, 2007.

For these reasons, defendant respectfully requests that its motion for an enlargement of time be granted, and that the Court order that defendant's motion for summary judgment be due on or before July 2, 2007. Further, in order to assure that plaintiffs have adequate time to respond, defendant respectfully requests that the other deadlines on the briefing schedule be moved forward 32 days. The Government, however, is not requesting any extension of the discovery schedule set forth in the Court's April 3, 2007 order at this time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

TELIN W. OZIER
Trial Counsel
Department of the Navy
720 Kennon Street, S.E.
WNY Bldg. 36, Room 256
Washington, D.C. 20374-5013

STEVEN L. SEATON
Labor Counsel
Department of the Navy
Puget Sound Naval Shipyard
1400 Farragut Avenue
Bremerton, Washington 98314-5001

/s/ Steven M. Mager
STEVEN MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2377
Fax: (202) 305-7644
Steven.Mager@usdoj.gov

May 30, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 30th day of May 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice