# In the United States Court of Federal Claims

| | |
|---|---|
| WALTER JAYNES, *et al.*, Plaintiffs, v. THE UNITED STATES, Defendant. | No. 04-856C<br>Filed May 31, 2007 |

**ORDER**

On May 30, 2007, defendant filed a motion for an enlargement of time to file its motion for summary judgment (docket entry 136). Under this Court's Order dated April 30, 2007 (docket entry 132), defendant was to file and serve its motion for summary judgement on or before May 31, 2007. Counsel for defendant explains that conflicting schedules with agency counsel have made it difficult to confer on the case, and that he has several matters before this court, the United States Court of International Trade, and the United States Court of Appeals for the Federal Circuit which have deadlines in June 2007. Defendant therefore requests an extension of 32 days in which to file its motion for summary judgment. Defendant also requests commensurate extensions for other deadlines on the briefing schedule. Defendant does not, however, request any extension of the discovery schedule laid out in the Order of April 30, 2007. Defendant avers that plaintiffs have agreed to the proposed extension.

In light of the foregoing, the Court GRANTS defendant's motion and ORDERS that:

1. Defendant shall file and serve its motion for summary judgment on or before **Monday, July 2, 2007**;

2. Plaintiffs shall file and serve their response to defendant's motion and their cross-motion for summary judgment, if any, on or before **Tuesday, September 4, 2007**;

3. Defendant shall file and serve its reply in support of its motion for summary judgment and its response to plaintiffs' cross-motion, if any, on or before **Thursday, October 4, 2007**; and

4. Plaintiffs shall file their reply in support of their cross-motion, if one is filed, on or before **Thursday, November 1, 2007**.

All other deadlines imposed by the Court's Order of April 3, 2007, including the deadlines for discovery and the date of the telephonic status conference, shall remain in effect.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge