**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER JAYNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-856C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S APPENDIX**
**IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE,**
**MOTION TO REMAND AND FOR PARTIAL SUMMARY JUDGMENT**

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK A. MELNICK
Assistant Director

STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.Mager@usdoj.gov

OF COUNSEL:
TELIN W. OZIER
Trial Counsel
Department of the Navy
OGC, Navy Litigation Office
720 Kennon Street., SE
WNY Bldg. 36, Room 256
Washington, D.C. 20374-5013

STEVEN L. SEATON
Labor Counsel
Department of the Navy
Puget Sound Naval Shipyard
1440 Farragut Avenue
Bremerton, WA 98314-5001

July 2, 2007

Attorneys for Defendant

# INDEX


| Document | Page |
| --- | --- |
| Second Declaration of Mark Winkler, dated May 20, 2005 | 1-7 |
| Second Declaration of Lynette Niemi, dated May 20, 2005 | 8-10 |
| Collective Bargaining Agreement, dated October 1987 (excerpts) | 11-48 |
| Shipwright Grievance, dated April 13, 1999 | 49-60 |
| Grievance Settlement Agreement dated January 2000 | 61-75 |
| E-mail to Congressman Norm Dicks, dated July 7, 2000 | 76-77 |
| FLRA Charge Against An Agency, dated August 30, 2000 | 78 |
| Mascioli Grievance Settlement, dated July 9, 2002 | 79 |
| OPM Manual, chapter S-87 | 80-84 |
| Letter from Frank S. Meller, Acting Chief, Pay Policy Division, Civil Service Commission to American Federation of Government Employees, dated April 15, 1977 | 85-86 |
| Trial Transcript Excerpts | 87-113 |