## APPENDIX I

Organizations affiliated with the BREMERTON METAL TRADES COUNCIL which have members employed in PUGET SOUND NAVAL SHIPYARD

American Federal of Government Employees, Local #48

International Association of Machinists and Aerospace Workers, Nipsic Lodge #282

International Brotherhood of Painters and Allied Trades, Local #1208

International Association of Heat and Frost Insulators and Asbestos Workers, Local #62

International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmith Forgers, Welders, and Helpers of America, Local #290

International Brotherhood of Electrical Workers, Local #574

International Molders and Foundry Workers Union, Local #158

International Union of Operating Engineers, Local #286

Sheet Metal Workers International Association (Sheet Metal, Local #99)

United Brotherhood of Carpenters and Joiners of America, Local #1597

United Brotherhood of Carpenters and Joiners of America, Local #2317

United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, Local #631

# APPENDIX II. CATEGORIES LISTED IN FPM SUPPLEMENT 532-1 APPENDIX J SCHEDULE FOR ENVIRONMENTAL DIFFERENTIALS PAID FOR EXPOSURE TO VARIOUS DEGREES OF HAZARDS, PHYSICAL HARDSHIPS, AND WORKING CONDITIONS OF AN UNUSUAL NATURE

## PART 1. PAYMENT FOR ACTUAL EXPOSURE

| *Differential Rate* | | *Category for which payable* | *Effective Date* |
|---|---|---|---|
| 25% | 1. | HIGH WORK.<br>a. Working any structure at least 100 feet above the ground, deck, floor or roof, or from the bottom of a tank or pit;<br>b. Working at a lesser height:<br>(1) If the footing is unsure or the structure is unstable;<br>or<br>(2) If safe scaffolding, enclosed ladders or other similar protective facilities are not adequate (for example, working from a swinging stage, boatswain chair, a similar support);<br>or<br>(3) If adverse condition such as darkness, steady rain, high wind, icing, lighting or similar environmental factors render working at such height(s) hazardous. | Nov. 1, 1970 |
| 4% | 2. | DIRTY WORK. Performing work which subjects the employee to soil of body or clothing:<br>a. Beyond that normally to be expected in performing the duties of the classification; and<br>b. Where the condition is not adequately alleviated by the mechanical equipment or protective devices being used, or which are readily available, or when such devices are not feasible for use due to health conditions, etc.,<br>or | Nov. 1, 1970 |

| Differential Rate | | Category for which payable | Effective Date |
|---|---|---|---|
| | | c. When the use of mechanical equipment, protective devices, or protective clothing results in an unusual degree of discomfort. | |
| 4% | 3. | COLD WORK. Working in cold storage or other climate-controlled areas where the employee is subjected to temperatures at or below freezing (32 degrees Fahrenheit) where such exposure is not practically eliminated by the mechanical equipment or protective devices being used. | Nov. 1, 1970 |
| 4% | 4. | HOT WORK. Working in confined spaces wherein the employee is subjected to temperatures in excess of 110 degrees Fahrenheit where such exposure is not practically eliminated by the mechanical equipment or protective devices being used. | Nov. 1, 1970 |
| 4% | 5. | WELDING PREHEATED METALS. Welding various metals or performing an integral part of the welding process when the employee must work in confined spaces in which large sections of metal have been preheated to 150 degrees Fahrenheit or more, and the discomfort is not alleviated by protective devices or other means, or discomforting protective equipment must be worn. | Nov. 1, 1970 |
| 4% | 6. | MICRO-SOLDERING OR WIRE WELDING AND ASSEMBLY. Working with binocular-type microscopes under conditions which severely restrict the movement of the employee and impose a strain on the eyes, in the soldering or wire welding and assembly of miniature electronic components. | Nov. 1, 1970 |

| *Differential Rate* | | *Category for which payable* | *Effective Date* |
|---|---|---|---|
| 50% | 7. | WORK AT EXTREME HEIGHTS<br>Working at heights 100 feet or more above the ground, deck, floor, or roof or from the bottom of a tank or pit on such open structures as towers, girders, smokestacks and similar structures:<br>(1) If the footing is unsure or the structure is unstable;<br>or<br>(2) If safe scaffolding, enclosed ladders or other similar protective facilities are not adequate (for example, working from a swinging stage, boatswain chair, or a similar support);<br>or<br>(3) If adverse conditions such as darkness, steady rain, high wind, icing, lightning, or similar environmental fac- render working as such heights(s) hazardous. | Oct. 22, 1972 |
| 6% | 8. | FIBROUS GLASS WORK. Working with or in close proximity to fibrous glass material which results in exposure of skin, eyes, or respiratory system to irritating fibrous glass particles or slivers where exposure is not practically eliminated by the mechanical equipment or protective devices being used. | Feb. 28, 1975 |
| 6% | 9. | WELDING, CUTTING, OR BURNING IN CONFINED SPACES. Welding, cutting, or burning within a confined space which necessitates working in a horizontal to nearly horizontal position, under conditions requiring egress of at least 14 feet over and through obstructions including:<br>(1) access openings and baffles having dimensions which greatly restrict movements,<br>and<br>(2) irregular inner surfaces of the structure or structural components. | Jan. 18, 1978 |

## APPENDIX II. CATEGORY LISTED IN FPM SUPPLEMENT 532-1 APPENDIX J SCHEDULE OF ENVIRONMENTAL DIFFERENTIAL PAID FOR EXPOSURE TO VARIOUS DEGREES OF HAZARDS, PHYSICAL HARDSHIPS, AND WORKING CONDITIONS OF AN UNUSUAL NATURE

### PART II. PAYMENT ON BASIS OF HOURS IN PAY STATUS

| Differential Rate | | Category for which payable | Effective Date |
|---|---|---|---|
| 50% | 1. | DUTY ABOARD SUBMERGED VESSEL. Duty aboard a submarine or other vessel, such as a deep-research vehicle while submerged. | Nov. 1, 1970 |
| 8% | 2. | POISONS (TOXIC CHEMICALS) -HIGH DEGREE HAZARD. Working with or in close proximity to poisons (toxic chemicals), other than tear gas or similar irritants, which involves potential serious personal injury such as permanent or temporary, partial or complete loss of faculties and/or loss of life including exposure of an unusual degree to toxic chemicals, dust or fumes or equal toxicity generated in work situations by processes required to perform work assignments wherein protective devices and/or safety measures have been developed but have not practically eliminated the potential for such personal injury.<br>Example:<br>—Handling and storing toxic chemical agents including monitoring of areas to detect presence of vapor or liquid chemical agents; examining of material for signs of leakage or deteriorated material; decontaminating equipment and work sites; work relating to disposal of | Nov. 1, 1970 |

| *Differential Rate* | *Category for which payable* | *Effective Date* |
| --- | --- | --- |
| | deteriorated material (exposure to conjunctivitis, pulmonary edema, blood infection, impairment of the nervous system, possible death).<br>—Renovation, maintenance, and modification of toxic chemicals, guided missiles, and selected munitions.<br>—Operating various types of chemical engineering equipment in a restricted area such as reactors, filters, stripping units, fractioning columns, blenders, mixers, pumps, and the like utilized in the development, manufacturing, and processing of toxic or experimental chemical warfare agents.<br>—Demilitarizing and neutralizing toxic chemical munitions and chemical agents.<br>—Handling or working with toxic chemicals in restricted operations.<br>—Preparing analytical reagents, carrying out calorimetric and photometric techniques, injecting laboratory animals with compounds having toxic, incapacitating or other effects.<br>—Recording analytical and biological tests results where subject to above types of exposure.<br>—Visually examining chemical agents to determine conditions or detect leaks in storage containers.<br>—Transferring chemical agents between containers.<br>—Salvaging and disposing of chemical agents. | |

| Differential Rate | | Category for which payable | Effective Date |
|---|---|---|---|
| 4% | 3. | POISONS (TOXIC CHEMICALS) -LOW DEGREE HAZARD. Working with or in close proximity to poisons (toxic chemicals other than tear gas or similar irritating substances) in situations for which the nature of the work does not require the individual to be in as direct contact with, or exposure to, the more toxic agents as in the case with the work described under high hazard for this class of hazardous agents and wherein protective devices and/or safety measures have not practically eliminated the potential for personal injury.<br>Example:<br>—Handling for shipping, marking, labeling, hauling and storing loaded containers of toxic chemical agents that have been monitored. | Nov. 1, 1970 |
| 8% | 4. | PRESSURE CHAMBER AND CENTRIFUGAL STRESS. Exposure in pressure chambers which subjects employee to physical stresses or where there is potential danger to participants by reason of equipment failure or reaction to the test conditions; or exposure which subjects an employee to a high degree of centrifugal force which causes an unusual degree of discomfort.<br>Examples:<br>—Participating as a subject in research tests which seek to establish limits for safe pressure profiles by working in a pressure chamber simulating diving or, as an observer to the test or as a technician assembling underwater mock-up components for the test, when the observer or technician is exposed to high | July 1, 1972 |

| *Differential Rate* | | *Category for which payable* | *Effective Date* |
|---|---|---|---|
| | | pressure gas piping systems, gas cylinders, and pumping devices which are susceptible to explosive ruptures.<br>—Participating in altitude chamber studies ranging from 18,000 to 150,000 feet either as a subject or as an observer exposed to the same conditions as the subject.<br>—Participating as a subject in centrifuge studies involving elevated G forces above the level of 5 G's whether or not at reduced atmospheric pressure.<br>—Participating as a subject in a rotational flight simulator in studies involving continuous rotation in one axis through 360 degrees at rotation rates greater than 15 RPM for periods exceeding three minutes. | |
| 18% | 5. | WORK IN FUEL STORAGE TANKS. When inspecting, cleaning, or repairing fuel storage tanks where there is no ready access to an exit, under conditions requiring a breathing apparatus because all or part of oxygen in the atmosphere has been displaced by toxic vapors or gas, and failure of the breathing apparatus would result in serious injury or death within the time required to leave the tank. | July 1, 1972 |
| 8% | 6. | ASBESTOS. Working in an area where airborne concentrations of asbestos fibers may expose employees to potential illness or injury and protective devices or safety measures have not practically eliminated the potential for such personal illness or injury. | March 9, 1975 |

# APPENDIX III. SUMMARY OF CATEGORIES LISTED IN FPM SUPPLEMENT 532-1 APPENDIX J SCHEDULE OF ENVIRONMENTAL DIFFERENTIALS PAID FOR EXPOSURE TO VARIOUS DEGREES OF HAZARDS, PHYSICAL HARDSHIPS, AND WORKING CONDITIONS OF AN UNUSUAL NATURE

## PART I. PAYMENT FOR ACTUAL EXPOSURE

| *Differential Rate* | | *Category for which payable* | *Effective Date* |
|---|---|---|---|
| 100% | 1. | FLYING. | Nov. 1, 1970 |
| 15% | 2. | FLOATING TARGETS. | Nov. 1, 1970 |
| 25% | 3. | EXPOSURE TO HAZARDOUS WEATHER OR TERRAIN. | July 1, 1972 |
| 25% | 4. | UNSHORED WORK. | July 1, 1972 |
| 15% | 5. | GROUND WORK BENEATH HOVERING HELICOPTER. | July 1, 1972 |
| 15% | 6. | HAZARDOUS BOARDING OR LEAVING OF SERVICE CRAFT. | July 1, 1972 |
| 8% | 7. | CARGO HANDLING DURING LIGHTER-ING OPERATIONS. | July 1, 1972 |
| 15% | 8. | DUTY ABOARD SURFACE CRAFT. | July 30, 1972 |