IN THE U.S. COURT OF FEDERAL CLAIMS

NO(S) 04-856C

Pltf's. Deft's. Ex. No. 4 (No. of Sheets)

Joint Ct's. Id. In Evid.

FILED

DEC 5 2006

U.S. COURT OF FEDERAL CLAIMS

# EMPLOYEE GRIEVANCE (BREMERTON METAL TRADES COUNCIL)

PSNS 12770/1 (REV 10-87)

**Please print information**

| 1. EMPLOYEE'S NAME | 2. POSITION TITLE | 3. SHOP & BADGE NUMBER |
|---|---|---|
| Dave Hawk et al (see attached) | Shipwright | 64-16135 |

| 4. DATE GRIEVANCE OCCURRED | 5. PLACE GRIEVANCE OCCURRED (If Applicable) | 6. SHIFT TO WHICH ASSIGNED |
|---|---|---|
| | Shop 64, P.S.N.S. | Days |

7. NAME OF IMMEDIATE SUPERVISOR: Mary Jane Tallman

8. PROVISION(S) OF AGREEMENT, LAW, RULE OR REGULATION ALLEGED VIOLATED: Art 3, Para 0301, & Appendix J of the BMTC Agreement, Title 5 CFR Supp. 532.511 [illegible] but not limited to

**NOTE:** An appeal of an adverse action as defined in Article 28, or a discrimination complaint as defined in Article 29, may be appealed under Article 30 at the election of the employee. To so elect, complete Blocks 14 and 15.

9. THE SPECIFIC NATURE OF THIS GRIEVANCE IS: we have been aggrieved in that Shop 64, P.S.N.S. has continually denied me the appropriate amount of high pay, 25% additional environmental differential for performing high work as outlined by the Code of Federal Regulations and the [illegible] Agreement

10. THE DESIRED CORRECTIVE ACTION PERSONAL TO EMPLOYEE IS:

see attached

| 11. I WANT TO HAVE COUNCIL REPRESENTATION | 14. NAME OF REPRESENTATIVE |
|---|---|
| ☒ YES (Check One) ☐ NO<br>If yes, Steward completes Blocks 14-18<br>If no, see Section 3006 of the PSNS-BMTC Agreement | Joe Hamel & Joe Aiken |

| 15. SHOP/CODE | 16. REPRESENTATIVE'S AFFILIATE |
|---|---|
| 64 | U.B.C. L/U 2317 |

| 12. SIGNATURE OF AGGRIEVED EMPLOYEE | 13. DATE | 17. SIGNATURE OF REPRESENTATIVE | 18. DATE |
|---|---|---|---|
| [signature] | [illegible]-13-99 | [signature] | 4-13-99 |

## FOR OFFICIAL USE ONLY

**COUNCIL'S CONTROL NUMBER**

05155

~~05154~~-K DJM 4-13-99

**EMPLOYER'S JOB ORDER NUMBER**

Grievant's cost center — Shop/Code Admin #

9 [illegible] [illegible] [illegible] -23- 2 [illegible] [illegible] [illegible]

1=REPRESENTATIVE 2=GRIEVANT
3=SUPERVISION 4=WITNESS

Rec'd 4/14/99 [initials]

[illegible] [initials]

J0001056

## 10) The desired corrective action personal to the employee is:

The shop is requested to show just cause why I am not entitled to environmental differential pay for high work (as outlined by the Bremerton Metal Trades Agreement and the Code of Federal Regulations).

Furthermore, I request to be compensated back environmental pay for high work at a rate of 1040 hours per year for all years in Shop 64 (plus interest). Compensation for the back environmental pay for high work must also be included for overtime worked during the same period (plus interest).

Compensation shall be remunerated no later than the first pay period following the resolution of this grievance.

It is further requested that Shop 64 Management and the Management of Puget Sound Naval Shipyard, Bremerton, Washington be required to follow the intent of the Bremerton Metal Trades Agreement and the Code of Federal Regulations. This action will be in accordance with the policies of other Naval Shipyards who currently pay environmental differential pay to their employees conducting high work.

It is understood that it is the employers responsibility to withhold the appropriate amount of Federal Income Tax, Social Security Tax, Medicare, Retirement deductions, Thrift Savings deductions, and any other deductions as prescribed by law, rule, or regulation in making my record whole.

**Council Control Number:** 05153-K

# Bremerton Metal Trades Council

**A.F.L. - C.I.O.**

632 Fifth Street
Bremerton, WA 98337
377-0811

Post Office Box 448
Bremerton, WA 98337
476-2125

## Employee's Designation of Representation

I, David J Hurm in accordance with applicable laws, rules, and regulation, do hereby authorize my representative, Joe Aiken, the power and right, on my behalf, to review and receive copies of any records and documents on file with the agency / installation / office that pertains to and / or concerns me.

These records include, but are not limited to, shop/code records, Official Personnel Folder, Medical records, etc.

[signature]
Signature of Employee

4-13-99
Date

5/64
Shop or Code

161135
Badge Number

[signature]
Signature of Representative

4-13-99
Date

Grievant Copy
Steward Copy
Union Copy
Management Copy
4/5/97

| NAME PRINTED | SIGNATURE | |
|---|---|---|
| DAVID J HURM | [illegible] | 1. |
| DION D PINKERTON | [illegible] | 2. |
| Barry Joe Aiken | [illegible] | 3. |
| MICHAEL C BESSLER | [illegible] | 4. |
| Walter Bruce Cliber | [illegible] | 5. |
| Randolf S. Abbott | [illegible] | 6. |
| John T HAWKINS | [illegible] | 7. |
| DONALD K ERBE | [illegible] | 8. |
| ERWIN P KENDZIOR | [illegible] | 9. |
| ROBERT R. THACKERAY | [illegible] | 10 |
| CHARLES T FOLEY | [illegible] | 11. |
| ALFRED M CUSIMANO | [illegible] | 12. |
| Richard L. Fowler | [illegible] | 13. |
| CHARLES E BEISTLINE | [illegible] | 14. |
| THOMAS M. WELSH | [illegible] | 15. |
| Kelly Jo Watson | [illegible] | 16. |
| Kevin J. Naud | [illegible] | 17. |
| DOUGLAS J IMPEY | [illegible] | 18. |
| BOALS, BRADLEY E. JR 168112 | [illegible] | 19. |
| Lewis, LARRY W. | [illegible] | 20. |
| JOHN J ZIEBER | [illegible] | 21. |
| Minesker James L | [illegible] | 22. |
| LEAVITT JOHN | [illegible] | 23. |
| Farmer Martin | [illegible] | 24. |
| Cook, Randall L. | [illegible] | 25. |
| Morgan Mark B. | [illegible] | 26. |
| David S. Peterson | [illegible] | 27. |
| LUIS M. CRUZ | [illegible] | (28.) |

COUNCIL'S CONTROL NO: C5153-K

mw 4/13/99

J0001059

| NAME PRINTED | SIGNATURE | |
|---|---|---|
| Michael Cramer | Michael Cramer | 1. |
| Theron Bergland | Theron Bergland | 2. |
| Kevin Wall | Kevin Wall | 3. |
| Tim Kuibeck | [illegible] | 4 |
| James M Twogood | M Twogood | 5 |
| David A. Collins | David A Collins | 6 |
| Walter L Jaynes | Walter L Jaynes | 7 |
| DAVID D FORBES | David D Forbes | 8 |
| Greg Corey | Gregory J Corey | 9. |
| Bill McKay | William B. McKay | 10 |
| Gordon Hanberg | Gordon D. Hanberg | 11. |
| Kevin Cockerill | Kevin Cockerill | 12. |
| CURTIS O'HAIR | C. O'Hair | 13. |
| Dostie, J.W. | Jeffrey W. Dostie | 14. |
| CAIN BOBBY W. | Bobby W Cain | 15. |
| Dawson, Lonnie R. | Lonnie Dawson | 16. |
| Williams Eddie JR | Eddie W Williams JR | 17 |
| Doesenberg Joshua | [illegible] | 18 |
| Washburn M.F. | M.F. Washburn | 19. |
| Kadlecek, RJ | Randy Kadlecek | 20 |
| Sael, J | [illegible] | 21. |
| Sampson, J. | [illegible] | 22. |
| Michael Hayden | Michael J. Hayden | 23. |
| JEFF ROGERS | Jeffrey L. Rogers | 24 |
| Trevor Kemper | Trevor Kemper | 25 |
| Josh Glitch | Josh Glitch | 26. |
| MARTIN, BOBBY | Bobby Martin | 27. |

Council's Control No:
05153-K

[illegible] 2/13

[illegible]

J0001060

| NAME PRINTED | SIGNATURE | |
|---|---|---|
| Brian Fischer | [signature] | 1 |
| Margaret M. Pinkerton | [signature] | 2 |
| Robert F Long Crane | [signature] | 3 |
| JOHN A. BARTH | [signature] | 4 |
| HENRY L. CARNES | [signature] | 5 |
| JEFF A CARLSON | [signature] | 6 |
| RON R. WERNER | [signature] | 7 |
| Michael R Johannes | [signature] | 8 |
| ~~Dennis Piehl~~ Dennis Piehl | [signature] | 9 |
| THOMAS P. CONWAY JR | [signature] | 10 |
| EZRA M. RICHARDS | [signature] | 11 |
| ORLANDO GARCIA | [signature] | 12 |
| WARREN E ERICKSON | [signature] | 13. |
| Paul T Langowski | [signature] | 14. |
| JEFF Schnock | [signature] | 15. |
| Kathleen M Boink | [signature] | 16 |
| PAUL S. SCOTT | [signature] | (17) |
| James A. Keller Jr | [signature] | 18 |
| GARY D HORNE | [signature] | 19 |
| GARY WITT | | |
| DESTRY WHIT | | (19) |

Council Control # :
05153-K

mw 4/13

P.J. 3-4 B Bgh
5-4-99

J0001061

| Name Printed | Signature |
|---|---|
| Kimberley S MARTIN | Kimberley S. Martin |
| Roy E PERRY | Roy Perry |
| HOWARD A. ALLISON | [illegible] |
| Russell D. Allen | Russell D. Allen |
| EDWARD I. DEVIN | [illegible] |
| DAVID J McGRAFF | [illegible] |
| William L Carter III | William L. Carter III |

(1)

Council Control Number:
05153-K

mo 4/13

[illegible] 5-4-99

HIGH WORK

| Name Printed | Badge | Signature |
|---|---|---|
| David C. Webster | 151169 | David C. Webster |
| Donald E Baker JR | 153106 | [signature] |
| Henry J. CARNAGHI | 161818 | [signature] |
| Royce D Blankenship | 168384 | [signature] |
| Art B. Hayes | 149907 | Art B. Hayes |
| PATRICK K. O'DELL | 169563 | Patrick K. O'Dell |

Council Control Number: 05153-R

MW 4/13

J0001063

SHIPWRIGHT HIGH PAY

| NAME PRINTED | | SIGNATURE |
|---|---|---|
| Anthony Schackmann | 169565 | Anthony Schackmann |

Council Critical #:
C5153-K

m.w. 4/13

NG tafts
6 of 8 pgs
5-4-99

J0001064

COUNCIL CONTROL

| PRINTED NAME | | SIGNATURE |
|---|---|---|
| DAVID S. BOYLE | | D. S. B[illegible] |
| David A. Day | | David A. Day |
| DALE J. Leible | 151754 | [illegible] |
| JAMES E. ZERBEST | 163727 | J E Zerbest |
| David L Christiansen | 137458 | David L. Christiansen |
| Jerry W. Cockrum | 168521 | Jerry W. Cockrum |
| CHARLES T FOLEY | 169054 | Charles T Foley |

(1)

COUNCIL CONTROL NO:
05153-K

5-4-99
Bga

Page 7 of 7

J0001065

HIGH PAY GRIEVANCE
SHIPWRIGHTS

| NAME PRINTED | SIGNATURE |
| --- | --- |
| JERRY DEAN GRAY | [signature] |
| Gregory Scott Denton | Gregory S. Denton |
| Jacobsen michael D. | [signature] |
| DEBORAH L. DIVITTS | [signature] |
| CHRISTOPHER AGBAL | [signature] |
| Cooper, Allen W | [signature] |

(6)

COUNCIL CONTROL NO:
05153-K

8 of 8