# The U.S. House Of Representatives

## WRITE YOUR REPRESENTATIVE



Welcome to my e-mail site. I appreciate your interest and thank you for sharing your thoughts with me. This e-mail link, established by the House of Representatives, allows me to communicate directly with my constituents in Washington State's 6th Congressional District, which includes much of Pierce and Kitsap counties, as well as Mason, Jefferson and Clallam Counties on the Olympic Peninsula.

Sincerely,

Norm Dicks

Congressman Norm Dicks

Joseph L. Hamel
Puget Sound Naval Shipyard
Bremerton, Washington 98314
July 7, 2000

To the Honorable Norman D. Dicks:

I am Chief Steward for UBC Local 2317, Bremerton Metal Trades Council, at Puget Sound Naval Shipyard. We recently had a settlement on an employee grievance brought through the negotiated grievance procedure. It was settled in favor of the employees.

This issue involved environmental differential "High" pay that PSNS was not paying its shipwrights, but which they received off station at every other shipyard. The employee grievance, Council Control #05153-K, was initiated on 4/13/99. The issue was resolved with an agreement reached on 1/18/00, signed by Joe Aiken of the Union and M J Tallman of the Agency. Part of said grievance was payment by the first full pay period after resolution.

It took a period of time for management and the union to reach proper payment amounts for each shipwright involved. The information was sent to the Comptroller's office in May 2000. It was sent to DFAS Charleston in June 2000.

FILED
DEC 5 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE U.S. COURT OF FEDERAL CLAIMS
NO (S) 04-856C
Pltf's Deft's 19 (No. of Sheets ___)
Joint Ct's. In Evid.
76



BMTC000054

**Hamel Joseph L PSNS**

:  Aiken Barry J PSNS; Benton Dean E PSNS
:  Day David A PSNS; Cook Randall L PSNS; Twogood James M PSNS
Subject:  Lack of Payment

Guys, I sent the following e-mail directly to DC to Norm Dick's office. Am awaiting reply.

To the Honorable Norman D. Dicks:

I am Chief Steward for UBC Local 2317, Bremerton Metal Trades Council, at Puget Sound Naval Shipyard. We recently had a settlement on an employee grievance brought through the negotiated grievance procedure. It was settled in favor of the employees.

This issue involved environmental differential "High" pay that PSNS was not paying its shipwrights, but which they received off station at every other shipyard. The employee grievance, Council Control #05153-K, was initiated on 4/13/99. The issue was resolved with an agreement reached on 1/18/00, signed by Joe Aiken for the Union and M J Tallman of the Agency. Part of said grievance was payment by the first full pay period after resolution.

It took a period of time for management and the union to reach proper payment amounts for each shipwright involved. The information was sent to the Comptroller's Office in May 2000. It was sent to DFAS Charleston in June 2000.

We are asking assistance from your office because payment is still not forthcoming. Our information from DFAS Charleston was that payment would possibly begin on the pay period just ended. It has not.

These shipwrights are extremely hard working individuals whose leading edge work and erection of staging is vital to individual safety and to the success of the Department of Defense, the Department of the Navy, and Puget Sound Naval Shipyard. These individuals went through a long, but necessary, process to obtain this back pay, which the agency says they are entitled. Please help me to expedite payment of this money to these worthy, hard-working voters of your District.

All we want is for these individuals to receive their just desserts. Thank you for listening and for any assistance we may receive. Respectfully yours, Joseph L Hamel, Chief Steward

I have a copy of part of the original, but could not, for some reason, print out the whole original message. Therefore, I reconstructed it for you here. Joe

FILED
DEC 5 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE U.S. COURT OF FEDERAL CLAIMS
NO (S) 04-856C
Pltf's. Deft's. Ex. Nr. 20 (No. of Sheets )
Joint: Ct's. In Evid.



BMTC000055