Form Exempt Under 44 U.S.C. 3512

UNITED STATES OF AMERICA
FEDERAL LABOR RELATIONS AUTHORITY

# CHARGE AGAINST AN AGENCY

FOR FLRA USE ONLY
Case No.
Date Filed

Complete instructions are on the back of this form.

**1. Charged Activity or Agency**
Name: PUGET SOUND NAVAL SHIPYARD
Address: BREMERTON, WA 98314
Tel.#: * Block 1 Continuation below Ext.
Fax#: ( )

**2. Charging Party (Labor Organization or Individual)**
Name: BREMERTON METAL TRADES COUNCIL
Address: P O BOX 448 - 632 5TH ST., H1
BREMERTON, WA 98337
Tel.#: (360) 377-0811 Ext.
Fax#: (360) 377-6862

**3. Charged Activity or Agency Contact Information**
Name: GREGORY R. BRYANT
Title: CAPT USN COMMANDING OFFICER
Address: CODE 100, BLDG. 850, PSNS
BREMERTON, WA 98314
Tel.#: Ext.
Fax#: (360) 476-3161 * Block 3 Cont. below

**4. Charging Party Contact Information**
Name: JOE AIKEN
Title: Steward, Local #2317
Address: Same as above
Tel.#: [redacted] Ext.
Fax#:

5. Which subsection(s) of 5 U.S.C. 7116(a) do you believe have been violated? [See reverse] (1) and (5) (8)

6. Tell exactly WHAT the activity (or agency) did. Start with the DATE and LOCATION, state WHO was involved, including titles.

* Block 1 Continued
DFAS, Civilian Pay
Charleston, S.C.

* Block 3 Continued
Peggy Harshaw
Deputy Director
DFAS, Civilian Pay
Charleston, S.C.

On or about 08-11-2000, the above named activity by its supervisors and/or agents Captain Gregory R. Bryant, Commander, Puget Sound Naval Shipyard, unilaterally implemented changes in the terms of Grievance #05153-K sub paragraph IV (2) by not paying the agreed upon interest without giving the exclusive representative notice and or the opportunity to bargain further!

Furthermore, on or about 08-11-2000 the above named activity DFAS, Civilian Pay, Charleston, S.C., by its supervisors and/or agents, Ms. Peggy Harshaw, Deputy Director, Civilian Pay, interfered with P.S.N.S. employees in the exercise of their rights by interfering with their bargaining relationship with P.S.N.S. by refusing to comply with a negotiated grievance settlement, Grievance #05153-K, sub paragraph IV (2) by refusing to pay the appropriate interest for the back pay as defined by U.S. Code Title 5, Section 5596.

By these actions and other acts the Employer has violated the Statute(s).

...CEIVED
AUG 30 2000

7. Have you or anyone else raised this matter in any other procedure? x No ___ Yes If yes, where? [see reverse] ___

8. I DECLARE THAT I HAVE READ THIS CHARGE AND THAT THE STATEMENTS IN IT ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT MAKING WILLFULLY FALSE STATEMENTS CAN BE PUNISHED BY FINE AND IMPRISONMENT, 18 U.S.C. 1001. THIS CHARGE WAS SERVED ON THE PERSON IDENTIFIED IN BOX #3 BY [check "X" box] ☐ Fax ☐ 1st Class Mail ☐ In Person ☐ Commercial Delivery ☐ Certified Mail

Thomas G. Gary
Type or Print Your Name

[signature]
Your Signature

8-22-2000
Date

FLRA Form 22 (Rev. 1/99)

J0000905