# SETTLEMENT AGREEMENT

## EMPLOYEE GRIEVANCE
## MARK MASCIOLI, Council Control #05518-K

The Bremerton Metal Trades Council (Union) and Puget Sound Naval Shipyard (Employer) have agreed to the following to resolve the above named grievance:

1. The Employer will pay Mr. Mascioli for 100 hours of environmental differential pay (EDP) for high work (25%) for the period of 23 March 1999 through 6 June 1999. This EDP will be computed from the WG-10, step 02 pay rate from that time, which was $18.18 per hour. No interest will be paid in connection with this settlement.

2. The Union agrees that this settlement constitutes full and final resolution of this employee grievance.

3. The Union agrees to make no additional claims for backpay in connection with the high pay grievance settlement of 18 January 2000, Council Control #05153-K.

4. The Parties agree that this settlement creates no precedent for any future dispute between the parties.

Dean E Benton
DEAN BENTON (Date)
For the Union
7-8-02

A. Rodger Brown 7/9/02
A. RODGER BROWN (Date)
For the Employer

FILED
DEC 5 2006
U.S. COURT OF FEDERAL CLAIMS

JON Provided: 9964-59-ENVP

IN THE U.S. COURT OF FEDERAL CLAIMS
NO (S) 04-856C
Pltf's. Deft's. Ex. 38 (No. of Sheets )
Joint Ct's. In Evid.

J0001017