to nonsupervisory or vice versa), determination of whether the change resulted in an equivalent increase shall be made by comparing the increase received, if any, with four percent of the representative rate of the grade to which changed.

**g. Effective date--within-grade increase.**
(1) A within-grade increase is effective on the first day of the first pay period after an employee becomes entitled to the increase.
(2) When the effective date of a within-grade increase and the effective date of a personnel action occur at the same time, the agency shall process the actions in the order that gives the employee the maximum benefit.

**h. Corrective action--within-grade increase.**
(1) When a within-grade increase is delayed beyond its proper effective date through administrative oversight, error, or delay, the agency shall make the increase effective as of the date it was properly due.
(2) When an improper personnel action is corrected in accordance with a mandatory statutory or regulatory requirement, the waiting period is not extended and begins on the date it would have begun had the improper action not occurred.

**S8-6. APPLICATION OF WAGE SCHEDULES**

**a. General.** An employee occupying a wage job must be paid at an appropriate rate established for the grade of his/her job on a wage schedule which is authorized for application within the local wage area, unless excepted under other provisions of this subchapter.

**b. Effecting new or revised wage schedules.** The head of each activity in the wage area places new or revised wage schedules into effect on the date specified on the schedule by the lead agency for all covered employees of the activity within the local wage area. If a new or revised schedule results in a decreased rate at one or more grade levels, a separate effective date will be shown to cover employees whose pay is reduced.
(1) New and revised wage schedules are effective simultaneously for all covered employees in an activity at the beginning of the first full shift on the effective date specified.
(2) Thus the new or revised wage schedules are effected on the same date for all covered wage employees of an activity even though staggered pay periods are used.

**c. Application of new or revised wage schedules to employees.** On the effective date of a new or revised wage schedule, the scheduled rate of pay of a wage employee shall be initially adjusted as follows:
(1) If an employee is being paid at one of the scheduled rates of a grade under the old wage schedule, he or she shall be paid at the scheduled rate of pay for the corresponding numerical rate of the same grade under the new or revised wage schedule subject to grade and pay retention provisions in subchapter 8 except that he or she is not entitled to pay retention when there is a decrease in wage rates because of a statutory reduction in scheduled rates.
(2) If an employee is being paid at a rate in excess of the maximum scheduled rate of his or her grade under the old wage schedule, the employee is entitled to 50 percent of the amount of the increase in the maximum rate of basic pay payable for the grade of the employee's current position added to his/her existing rate of basic pay. If this rate is equal to or lower than the maximum rate of the grade, the employee is placed in the maximum rate of the grade.

**d. Effect of delayed application of a wage schedule.** No employee shall be required to suffer a hardship because of the delayed application of a pay schedule. Accordingly, no retroactive change will be made if the actions taken and payments made during the period of retroactivity are more advantageous to the employee than the rate of pay resulting from a new schedule.

**S8-7. ENVIRONMENTAL DIFFERENTIALS PAID FOR EXPOSURE TO VARIOUS DEGREES OF HAZARDS, PHYSICAL HARDSHIPS, AND WORKING CONDITIONS OF AN UNUSUALLY SEVERE NATURE.**

**a. Objective.** Each agency should have as its objective the elimination or reduction to the lowest level possible of all hazards, physical hardships, and working conditions of an unusually severe nature. When the agency action does not overcome the unusually severe nature of the hazard, physical hardship, or working condition, an environmental differential is warranted. Even though an environmental differential is authorized, there is an agency responsibility to initiate continuing positive action to eliminate danger and risk which contribute or cause the hazard, physical hardship, or working condition of an unusually severe nature. The existence of environmental differentials is not





FILED
DEC 5 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE U.S. COURT OF FEDERAL CLAIMS
NO.(S) 04-856C
Pltf's. Deft's. 1 (No. of Sheets)
Joint Ct's. For ID. ✓ In Evid. ✓
80

EXHIBIT
13

intended to condone work practices which circumvent Federal safety laws, rules, and regulations.

**b. Basis for environmental differential.** These instructions provide the basis for (1) approving and paying environmental differentials to wage employees (full-time, part-time, or intermittent);

(2) listing categories of situations in appendix J of this subchapter and specifying the differentials payable for each category listed; and

(3) providing guidelines under each category to identify the various degrees of hazard, physical hardships, and working conditions of an unusually severe nature, by the use of examples for the categories listed in appendix J. For the purpose of this section, environmental differential means additional pay authorized as specified in appendix J for a category of situations involving exposure to a hazard, a physical hardship, or working condition of an unusually severe nature.

**c. Payment for environmental differential.** An environmental differential is paid to a wage employee who is exposed to a hazard, physical hardship, or working condition of an unusually severe nature listed under the categories in appendix J of this subchapter. Exposure to a hazard, physical hardship, or working condition of an unusually severe nature listed in appendix J is not taken into consideration in the job-grading process, and additional pay for exposure to these conditions is provided only through the environmental differentials authorized by this section. An employee subjected at the same time to more than one hazard, physical hardship, or working condition of an usually severe nature listed in appendix J shall be paid for that exposure which results in the highest differential but shall not be paid more than one differential for the same hours of work.

**d. Authorization for pay for environmental differential.** Pay is authorized for:

(1) exposure to an unusually severe hazard which could result in significant injury, illness, or death, such as working on a high structure or on an open structure when adverse conditions such as darkness, lightning, steady rain, snow, sleet, ice, or high wind velocity exist;

(2) exposure to an unusually severe physical hardship under circumstances which cause significant physical discomfort or distress; or

(3) exposure to an unusually severe working condition under circumstances involving exposure to fumes, dust, or noise which cause significant distress or discomfort in the form of nausea, or skin, eye, ear, or nose irritation or conditions which cause abnormal soil of body and clothing, etc. Some of the environmental differentials listed in appendix J are payable whenever the criteria in the category definition are met. Others are payable only if protective facilities, devices, or clothing have not practically eliminated the hazard, physical hardship, or working condition of an unusually severe nature. Consistent with S8-7g (3) below, determinations in this regard may be made through negotiations at the local level.

Categories for which payment is made when the conditions given in the definition are met are those in which there is no reference to practical elimination of the condition through protective measures. Categories which are subject to practical elimination contain language to that effect in the definition.

**e. Establishment of environmental differentials.** (1) Appendix J is a schedule of environmental pay differentials which defines methods of payment and various degrees of hazards, physical hardships, and working conditions, each of an unusually severe nature, for which the differentials are payable. The amount of the differentials are listed in appendix J. Environmental differentials are authorized only when the exposure is under the circumstances described in the category listed in appendix J. When examples are listed under the categories in appendix J, these examples are illustrative only and are not intended to be exclusive of other exposures which may be encountered under the circumstances which describe the listed category.

(2) Environmental differentials are stated as percentage amounts and are authorized for categories of exposures as described in appendix J. The amount of the environmental differential which is payable is determined by multiplying the percentage rate authorized for the described exposure by the second rate for grade WG-10 on the current regular nonsupervisory wage schedule for the area, counting one-half cent and over as a full cent. The resulting cents-an-hour amount is paid uniformly to each wage employee in the area who qualifies for the authorized environmental differential, regardless of the grade level of the wage employee or the Federal Wage System wage schedule on which the employee is paid.

(3) Amendments to categories in appendix J in the form of additions, changes, or deletions may be made by OPM on its own motion, at the request of



111

an agency, or at the request of the national office of a labor organization and after receiving the advice of the Federal Prevailing Rate Advisory Committee. Each request for an addition to, or change in, a category in appendix J should include information about the hazard, physical hardship, or working condition showing (a) the nature of the exposure so as to show clearly that the hazard, physical hardship or working condition which results from that exposure is of an unusually severe nature; (b) the degree to which the employee is exposed to the hazard, physical hardship, or working condition of an unusually severe nature;

(c) the period of time during which the exposure will continue to exist; and (d) the degree to which control may be exercised over the physical hardship, hazard, or working condition of an unusually severe nature; the request shall also include the rate of environmental differential recommended to be established.

**f. When environmental differential is paid.**

(1) An agency shall pay the environmental differential in appendix J to a wage employee paid under the Federal Wage System wage schedule when the employee is performing assigned duties which expose him/her to an unusually severe hazard, physical hardship, or working condition listed in appendix J, on or after the effective date specified.

(2) When an employee is entitled to an environmental differential which is paid on an actual exposure basis, he/she shall be paid a minimum of one hour's differential pay for the exposure. For exposure beyond one hour, the employee shall be paid in increments of one-quarter hour for each 15 minutes and portion thereof in excess of 15 minutes.

(3) When an employee is exposed at intermittent times during a day to an unusually severe hazard, physical hardship, or working condition for which the environmental differential is paid on an actual exposure basis, each exposure is considered separately and the amount of time exposed is not added together before payment is made for exposure beyond one hour's duration, except that pay for the environmental differential may not exceed the number of hours of active duty by the employee on the day of exposure.

(4) When an employee is exposed to an unusually severe hazard, physical hardship, or working condition during an overtime period for which he/she is entitled to overtime pay, the employee shall be paid no less than the minimum amount of environmental differential to which he/she would otherwise be entitled.

(5) When an employee is exposed to an unusually severe hazard, physical hardship, or working condition for which an environmental differential is payable on a shift basis and on the same day he/she is exposed to an unusually severe hazard, physical hardship, or working condition for which an environmental differential payable on an actual exposure basis at a higher rate is authorized, he/she shall be paid the environmental differential on the basis of actual exposure for that exposure, and the environmental differential on the basis of the shift for the remaining hours in the pay status that day.

(6) When an employee is exposed to more than one category listed in appendix J for which the environmental differential is payable on an actual exposure basis, each category is considered separately in computing the amount of environmental differential payable.

**g. Determining local situations when environmental differentials are payable.**

(1) Appendix J defines the categories of exposure for which the hazard, physical hardships, or working conditions are of such an unusual nature as to warrant environmental differentials, and gives examples of situations which are illustrative of the nature and degree of the particular hazard, physical hardship, or working condition involved in performing the category. The examples of the situations are not all inclusive but are intended to be illustrative only.

(2) Each installation or activity must evaluate its situations against the guidelines in appendix J to determine whether the local situation is covered by one or more of the defined categories.

(a) When the local situation is determined to be covered by one or more of the defined categories (even though not covered by a specific illustrative example), the authorized environmental differential is paid for the appropriate category.

(b) When the local situation is not covered by one of the defined categories but is considered to be unusual in nature so as to warrant payment of an environmental differential, a differential may not be paid, but action is to be initiated to request OPM to consider authorizing the payment of an environmental differential.

(3) Nothing in this section shall preclude negotiations through the collective bargaining process for:

(a) determining the coverage of additional local





112

situations under appropriate categories in appendix J and application of appendix J categories to local work situations. For example, local negotiations may be used to determine whether a local work situation is covered under an approved category, even though the work situation may not be described under a specific illustrative example.

(b) determining additional categories not included in appendix J for which environmental differential is considered to warrant referral to OPM for prior approval as in (2), above. For example, labor and management may negotiate locally whether to submit a joint request for a new environmental differential category or a different percentage differential for an existing category to OPM through either of their respective headquarters.

**h. Relationship to other pay.** Environmental differential is included as part of the employee's basic rate of pay and shall be used to compute premium pay (pay for overtime, holiday, or Sunday work), the amount from which retirement deductions are made, and the amount on which group life insurance is based.

**i. Computing environmental differential payments.** An environmental differential is paid under appendix J either on the basis of actual exposure (part I) or on the basis of hours in pay status (part II). A wage employee who is exposed to a situation for which an environmental differential is authorized under appendix J is entitled to the appropriate differential regardless of whether the employee has a full-time, part-time, or intermittent tour of duty; on regular assignment or on detail; or serving under a temporary appointment or under an appointment without time limitation. However, to receive a differential, either under part I or part II, there must be actual exposure to the environmental condition. For situations involving multiple exposures see S8-7c. The following is given as an aid in computing environmental differentials.

(1) Payment on basis of hours in pay status. When an employee is exposed to a situation for which an environmental differential is authorized on the basis of hours in a pay status, the agency shall pay him/her the differential for all hours in a pay status on the day (calendar day or, to avoid problems involving uncommon tours of duty, and when designated by the agency, a 24-hour period) on which the employee is exposed to the situation. When exposure to the situation occurs during a continuous period extending over two days, it shall be considered to have occurred on the day on which the exposure began and the allowable differential shall be charged to that day. Thus, for example, and employee with a tour of duty of 8 a.m. to 4 p.m., Monday through Friday, who on Monday works from 8 a.m. to 7 p.m., and who is exposed to a situation for which a differential is authorized from 5 p.m. to 7 p.m., is entitled to an environmental differential for 11 hours. On Tuesday the same employee works from 8 a.m. Tuesday to 3 a.m. Wednesday, and is exposed to a situation for which an environmental differential is authorized from 1 a.m. to 3 a.m. Wednesday, he/she is entitled to an environmental differential for 19 hours. If for the rest of the week the employee performs no further overtime work or is not exposed to a situation for which an environmental differential is authorized, he/she is entitled to 40 hours straight pay, 14 hours overtime pay, and 30 hours environmental differential.

(2) When an employee is entitled to a differential which is paid on an actual exposure basis under part I, appendix J, he/she shall be paid a minimum of one hour's differential for each exposure. However, when more than one exposure occurs within the same hour the employee shall be paid only the exposure which results in the highest differential. When entitlement continues beyond one hour, the employee will be paid in one-quarter hour increments for each 15 minutes and portion thereof in excess of 15 minutes. Again, however, when more than one exposure occurs during the continuous period of time, the employee will be paid for that period only for the exposure which results in the highest differential. For example, an employee whose regular tour of duty is 8 a.m. to 4 p.m., Monday through Friday, is exposed to situations for which a differential is authorized under part I, appendix J, as follows:

| *Day* | *Hours worked* | *% Rate* | *Differential earned* |
|---|---|---|---|
| Mon: | 8:30 a.m. to 9 a.m. | 4 | 1 hour @ 4% |
| | 9:20 a.m. to 9:30 a.m. | 4 | 0 (second exposure in same hour) |
| | 10:00 a.m. to 11:00 a.m. | 25 | 12 hour @ 25% |
| | 12 noon to | 4 | 1 hour @ 4% 12:05 p.m. |

| *Day* | *Hours worked* | *% Rate* | *Differential earned* |
|---|---|---|---|
| Tues: | 8:00 a.m. to 8:05 a.m. | 4 | 1 hour @ 4% |
| | 8:55 a.m. to 9:20 a.m. | 4 | 30 minutes @ 4% (continuation of preceding hour) |



113

| | | | |
|---|---|---|---|
| | 10:00 a.m to 10:05 a.m. | 4 | 1 hour @ 25% (see following) |
| | 10:55 a.m. to 11:10 a.m. | 25 | 15 minutes @ 25% (continuation of preceding hour) |
| | 11:14 a.m. to 11:20 a.m. | 4 | 15 minutes @ 25% |
| Wed: | 8:45 a.m. to 9:00 a.m. | 4 | 1 hour @ 25% (pay for a hour at higher rate) |
| | 9:40 a.m. to 9:45 a.m. | 25 | |
| | 3:55 p.m. to 4:00 p.m. | 4 | 1 hour @ 4% (1 hour of environmental pay; no overtime pay) |
| Thurs: | 5:00 p.m. to 5:30 p.m. | 4 | 1 hour @ 4% (even though entitled to 2 hours call back overtime, only 1 hour of environmental pay) |
| Fri: | 8:45 p.m. to 6:50 a.m. | 4 | 1 hour @ 4% annual leave 8:00 a.m. to 4:00 p.m. |
| Sat: | 9:05 a.m. to 9:30 a.m. | 4 | 1 hour @ 4% (even though entitled to 2 hours call back overtime, only 1 hour environmental pay) |

As demonstrated by the above example, in computing environmental pay, entitlement begins with the first instance of exposure and ends one hour later (except when exposure continuing beyond one-hour entitlement ends at the end of the last full quarter-hour in which exposure occurs). All exposure occurring during the period of entitlement must be considered, but payment is computed for the period only on the basis of the highest differential rate authorized during the period of entitlement.

**j. Environmental differential pay during absence on leave.**

(1) An environmental differential is included as part of an employee's basic rate of pay for periods of paid leave (annual leave, sick leave, administrative excusals, etc.) under the following circumstances:

(a) When an employee is exposed to a situation for which an environmental differential is authorized on the basis of hours in a pay status, that differential will be paid during a period of absence on paid leave on the day on which the exposure occurs.

(b) When an employee is exposed to a situation for which an environmental differential is authorized on an actual exposure basis, that differential will be paid during a period of absence on paid leave only to the extent that the leave is within the minimum payment periods specified in j(2).

(2) An employee will not be paid an environmental differential during a period of absence on paid leave on any day on which he/she is not exposed to situations for which an environmental differential is authorized.

**k. Effect of environmental differential pay on lump-sum leave payment and severance pay.** Because an environmental differential is paid only on a day on which an employee is exposed to a situation for which the differential is authorized, it is not included in a lump-sum payment for annual leave or in computing severance pay.

**S8-8. DETERMINING APPROPRIATE RATE OF PAY FOR EMPLOYEES WHO ARE IN AN AREA OR PART OF AN AREA THAT IS CONSOLIDATED WITH ANOTHER AREA**

**a. Consolidation of wage areas.** (1) When an employee is in an area or part of an area that is consolidated with another area his/her rate is determined as follows, unless it would result in a rate of pay lower than his/her existing scheduled rate of pay:

- An employee paid from the first step rate of his/her grade under the old area schedule will be paid the first step rate of his/her grade under the new area schedule;
- An employee paid the second step rate of his/her grade under the old area schedule will be paid the second step rate of his/her grade under the new area schedule;
- An employee paid the third step rate of his/her grade under the old area schedule will be paid the third step rate under the new area schedule;
- An employee paid the fourth step rate of his/her grade under the old area schedule will be paid the fourth step rate under the new area schedule;
- An employee paid the fifth step rate of his/her grade under the old area schedule will be paid the fifth step rate under the new area schedule.