**CERTIFICATE OF FILING**

This is to certify that on this 2nd day of July, 2007, a copy of the foregoing "DEFENDANT'S APPENDIX IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO REMAND AND FOR PARTIAL SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice