# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WALTER JAYNES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-856C<br><br>Filed August 13, 2007 |

## ORDER

Pursuant to the Court's order filed April 3, 2007 (docket entry 132), the parties participated in a telephonic status conference with the Court. In the status conference, the parties discussed the information produced by defendant on Friday, August 3, 2007, pursuant to the Court's order of April 3. Counsel for plaintiffs stated that he had received most of the job order information and personnel files requested. Counsel for defendant explained that he has thus far been unable to locate the requested information for three of the named plaintiffs because the Social Security numbers he had received for them did not match anybody in the Defense Finance and Accounting Service records (which are organized by Social Security number) and that he was exploring alternate methods of finding the personnel records of those three plaintiffs. Otherwise, however, the parties agree that defendant has provided the requested information to plaintiffs.

Owing to the vast quantity of documents with which plaintiffs have been provided, counsel for plaintiffs was unsure whether he would need help understanding the data contained therein. Counsel for defendant expressed his willingness to informally help plaintiff make sense of the data or provide access to the individual or individuals within the Government who can help counsel for plaintiff understand the data provided. Should the parties find themselves at an impasse, the Court encourages them to call Chambers so that any such impasse may be resolved expeditiously, and not delay the current briefing schedule.

Because the majority of the deadlines enumerated in the Court's order of April 3 have been extended, the parties did not discus the nature and timing of future pretrial proceedings. In order to consider such future pretrial proceedings after the current round of briefing is completed,

therefore, the Court ORDERS that the parties participate with the Court in a telephonic status conference at **2:00 p.m. EST on Tuesday, November 13, 2007**.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge