# In the United States Court of Federal Claims

| | |
|---|---|
| WALTER JAYNES, *et al.*, Plaintiffs, v. THE UNITED STATES, Defendant. | No. 04-856C<br>Filed September 28, 2007 |

**ORDER**

On September 27, 2007, the defendant filed a motion for an enlargement of time to file defendant's response and reply to plaintiffs' four motions/cross-motions for summary judgment. The plaintiffs have advised the Court that they intend to file a written objection to the motion for an enlargement of time.

In light of the foregoing and after consultation with counsel, the Court hereby ORDERS that plaintiffs shall file a written objection to the motion for enlargement of time no later than **5:00 p.m. EST on Tuesday, October 2, 2007.** Furthermore, the Court ORDERS that the parties participate with the Court in a telephonic status conference on **Friday, October 5, 2007, at 2:00 p.m. EST** to discuss the parties' contentions and the nature and timing of discovery proceedings.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge