**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WALTER L. JAYNES, et al.,<br>Plaintiffs,<br>vs.<br>THE UNITED STATES<br>Defendant. | No. 04-856C<br><br>Judge George W. Miller |

**DECLARATION OF DONALD B. SCARAMASTRA IN RESPONSE TO GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME**

I, Donald B. Scaramastra, aver as follows:

1. I am the attorney of record for the Plaintiffs in this lawsuit. I am over the age of 18, have personal knowledge of the matters stated in this Declaration and am competent to testify to those matters.

2. During a September 27, 2007 telephone conference regarding the Government's request for a continuance, I proposed that the parties ask the Court to lift the stay in connection with the grant of a continuance. Mr. Mager said that he would not agree to this proposal.

3. In response, I asked Mr. Mager if the Government was willing to engage in any discovery while the current summary judgment motions were pending. He responded that the Government opposed discovery that was unnecessary to resolve the current motions. Mr. Mager then suggested that he might be open to exceptions. So I asked whether he would agree to the depositions of various front-line supervisors, something that is necessary to prepare plaintiffs' case. Mr. Mager said he would not agree to this.

4. Since the Court set the current briefing schedule in April, the only progress that has been made regarding discovery is the Government's partial fulfillment of plaintiffs' outstanding discovery requests, as ordered by the Court. Certain problems have emerged that will likely require the Court's guidance. The main issue arises from the fact that the Government produced, in the words of Shipyard counsel Steve Seaton, a "data dump" from its database. Sorting through this data has been time-consuming for plaintiffs, perhaps unnecessarily so if meaningful reports can be readily accessed through queries of the Government's databases.

Beginning in August 2007 and culminating September 27, 2007, I have had three telephone conversations with Mr. Mager in which I proposed that the parties work together to assemble objective summaries of certain information in the Government's databases (e.g., hours worked, overtime worked, leave taken). In August, Mr. Mager expressed his preference to wait until the outstanding motions were resolved. But in September, he rejected the proposal and insisted that each side should hire its own "experts" to analyze the data and compile it into useful summaries. This matter will require further discovery, probably including a RCFC 30(b)(6) deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

__/s/ Donald B. Scaramastra_____

Donald B. Scaramastra
**Garvey Schubert Barer**
18th Floor
1191 Second Avenue
Seattle, WA 98101
Telephone (206) 464-3939
Facsimile (206) 464-0125

October 2, 2007

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify on October 2, 2007, a copy of the foregoing "DECLARATION OF DONALD B. SCARAMASTRA IN RESPONSE TO GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Donald B. Scaramastra

Donald B. Scaramastra
Jennifer A. Krebs
**Garvey Schubert Barer**
18th Floor
1191 Second Avenue
Seattle, WA 98101
Telephone (206) 464-3939
Facsimile (206) 464-0125
Attorneys for Plaintiffs