# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WALTER JAYNES, *et al.*, Plaintiffs, | ) | No. 04-856C |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | Filed October 5, 2007 |

**ORDER**

Pursuant to the Court's order of September 28, 2007 (docket entry 148), the parties participated in a telephonic status conference on October 5, 2007 to discuss defendant's motion filed September 27, 2007 (docket entry 147) for an enlargement of time to file its responses to plaintiffs' four motions/cross-motions for summary judgment, and plaintiffs' opposition to the motion filed October 2, 2007 (docket entry 149).

Having heard and considered the arguments of the parties, the Court does hereby **ORDER** as follows:

1) Defendant shall have until **Monday, November 5, 2007**, to file its responses to plaintiffs' motions 3 and 4 (docket entries 141 and 143, respectively).

2) Defendant shall have until **Monday, December 3, 2007**, to file its responses to plaintiffs' motions 1 and 2 (docket entries 144 and 145, respectively).

3) Defendant shall have until **Monday, December 3, 2007**, to file its reply memorandum in support of its motion to dismiss or in the alternative to remand and for partial summary judgment (docket entry 138).

4) Plaintiffs shall have until **Wednesday, December 5, 2007**, to file their reply memorandum in support of plaintiffs' motions 3 and 4.

5) Plaintiffs shall have until **Wednesday, January 2, 2008**, to file their reply memorandum in support of plaintiffs' motions 1 and 2.

6) The telephonic status conference previously scheduled for November 13, 2007 is cancelled. The telephonic status conference is rescheduled for **Wednesday, January 16, 2008**, at 2 p.m. EDT. The Court will initiate the call.

7) Counsel shall cooperate to schedule the depositions of the "various front-line supervisors"( referred to by plaintiffs at page 5 of their motion) for dates promptly after defendant's filings due to be made on Monday, December 3, 2007.

8) The Court recognizes that defendant has been cooperating with plaintiffs to alleviate plaintiffs' difficulties in understanding and utilizing the data furnished by the Government pursuant to the representations described in the Court's order of August 13, 2007 and plaintiffs' follow-up inquiries. Defendant shall continue to cooperate with plaintiffs in responding to plaintiffs' informal requests for information that will assist plaintiffs in understanding and utilizing this data. If the parties reach an impasse in accomplishing such informal discovery, they should contact chambers, and the Court will schedule a conference call to resolve any such matters as efficiently and fairly as possible.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge