IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WALTER JAYNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-856C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## Second Declaration of Kathleen M. Maher

**Pursuant to 28 U.S.C. §1746, I, Kathleen M. Maher, declare that the following is true and correct:**

1. I am currently employed as a Senior Systems Analyst in the Workforce Analysis and Human Factors Program of the American Institutes for Research ("AIR") in Palo Alto, California, and have been employed here for the past ten years. Prior to coming to AIR, I was an Assistant Professor in the Psychology Department and Program Director of the Computer Studies Program at California State University, Long Beach, CA. I have a Ph.D. in Mathematical Psychology. I have personal knowledge of all matters stated herein.

2. This declaration addresses the back pay that was paid to the 134 shipwrights and/or loan-overs who received payment as a result of the settlement reached in grievance #05153-K.

3. Under direction of the United States Navy, AIR obtained the Fiscal Year 2000 and 2001 pay records from the Defense Finance and Accounting Service ("DFAS"). DFAS is the Governmental agency that receives the time cards and other pay records from, among other activities, the Puget Sound Naval Shipyard ("the shipyard"), calculates the amount of pay owed to an employee, and pays that employee.

4. I received a list of names and social security numbers from the shipyard of the 134 employees who were part of the settlement of grievance #05153-K. I also received a list of the number of hours of high pay they received as settlement of grievance #05153-K.

5. Using these lists, I was able to extract from the DFAS data the pay records for each of the 134 individuals. For each employee I was able to determine that they received a pay adjustment on July 15, 2000 which corresponded to the number of hours payable to each employee as settlement of grievance #05153-K. I was also able to determine that the adjustment rate was $4.77 per hour which corresponds to 25 percent of the hourly pay rate of a grade level 10, step 2 wage grade employee at the time of the settlement.

6. I was also able to determine that for the pay period ending on December 30. 2000, 133 of the 134 individuals received interest on the back pay adjustment from July 15, 2000 and that the remaining individual received an interest payment on the July 15, 2000 back pay adjustment in the pay period ending October 20, 2001.

7. The DFAS data does not specifically state that the pay adjustment was for high pay or in settlement of a grievance. Therefore, I confirmed with employees of the shipyard that the high pay adjustment occurred on July 15, 2000 and that interest was subsequently paid on that high pay adjustment.

8. Based upon the above, I conclude that the 134 employees received $374,407.06 in settlement of grievance #05153-K.

9. The attached spreadsheet shows the amount of money received by each employee who was part of the grievance settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 20th day of May, 2005 at Palo Alto, California

Kathleen M. Maher

**KATHLEEN M. MAHER**

Employees with High Pay Records in DFAS Data Related to Award from Tallman's Shop 64 Grievance Decision 5/20/2005

| | Employee | Hours and Amount of High Pay Award | | | | Interest on High Pay Award | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME | Effective Adjustment Date | Pay Code | Hours | Amount | Effective Adjustment Date | Pay Code | Amount | Hourly Premium |
| 1 | ABBOTT, RANDOLF | 07/15/00 | EB | 303.0 | $1,445.31 | 12/30/00 | YB | $174.10 | $4.77 |
| 2 | AFLAQUE, RICK | 07/15/00 | EB | 159.0 | $758.43 | 12/30/00 | YB | $91.36 | $4.77 |
| 3 | AIKEN, BARRY | 07/15/00 | EB | 802.0 | $3,825.54 | 12/30/00 | YB | $460.78 | $4.77 |
| 4 | ALLEN, RUSSELL | 07/15/00 | EB | 1,066.0 | $5,084.82 | 12/30/00 | YB | $612.47 | $4.77 |
| 5 | ALLISON, HOWARD | 07/15/00 | EB | 25.0 | $119.25 | 12/30/00 | YB | $14.37 | $4.77 |
| 6 | AMABLE, IRENEO | 07/15/00 | EB | 549.5 | $2,621.12 | 12/30/00 | YB | $315.72 | $4.77 |
| 7 | BAKER, DONALD | 07/15/00 | EB | 633.5 | $3,021.80 | 12/30/00 | YB | $363.98 | $4.77 |
| 8 | BARR, JAMES | 07/15/00 | EB | 75.0 | $357.75 | 12/30/00 | YB | $43.10 | $4.77 |
| 9 | BARTH, JOHN | 07/15/00 | EB | 843.5 | $4,023.50 | 12/30/00 | YB | $484.64 | $4.77 |
| 10 | BEISTLINE, CHARLES | 07/15/00 | EB | 151.5 | $722.66 | 12/30/00 | YB | $87.06 | $4.77 |
| 11 | BERGLAND, THERON | 07/15/00 | EB | 733.0 | $3,496.41 | 12/30/00 | YB | $421.15 | $4.77 |
| 12 | BESSLER, MICHAEL | 07/15/00 | EB | 442.5 | $2,110.73 | 12/30/00 | YB | $254.23 | $4.77 |
| 13 | BLANKENSHIP, ROYCE | 07/15/00 | EB | 289.0 | $1,378.53 | 12/30/00 | YB | $166.06 | $4.77 |
| 14 | BOALS, BRADLEY | 07/15/00 | EB | 214.0 | $1,020.78 | 12/30/00 | YB | $122.96 | $4.77 |
| 15 | BOINK, KATHLEEN | 07/15/00 | EB | 28.0 | $133.56 | 12/30/00 | YB | $16.09 | $4.77 |
| 16 | BOYLE, DAVID | 07/15/00 | EB | 216.0 | $1,030.32 | 12/30/00 | YB | $124.12 | $4.77 |
| 17 | BRILL, NICK | 07/15/00 | EB | 252.0 | $1,202.04 | 12/30/00 | YB | $144.78 | $4.77 |
| 18 | CAIN, BOBBY | 07/15/00 | EB | 689.0 | $3,286.53 | 12/30/00 | YB | $395.88 | $4.77 |
| 19 | CAMPBELL, JEFF | 07/15/00 | EB | 412.0 | $1,965.24 | 12/30/00 | YB | $236.73 | $4.77 |
| 20 | CARNAGHI, HENRY | 07/15/00 | EB | 582.0 | $2,776.14 | 12/30/00 | YB | $334.39 | $4.77 |
| 21 | CARNES, HENRY | 07/15/00 | EB | 21.0 | $100.17 | 12/30/00 | YB | $12.07 | $4.77 |
| 22 | CARTER, WILLIAM | 07/15/00 | EB | 360.5 | $1,719.59 | 12/30/00 | YB | $207.13 | $4.77 |
| 23 | CHRISTIANSEN, DAVID | 07/15/00 | EB | 701.0 | $3,343.77 | 12/30/00 | YB | $402.76 | $4.77 |
| 24 | CLIBER, WALTER | 07/15/00 | EB | 425.0 | $2,027.25 | 12/30/00 | YB | $244.19 | $4.77 |
| 25 | COCKERILL, KEVIN | 07/15/00 | EB | 588.0 | $2,804.76 | 12/30/00 | YB | $337.83 | $4.77 |
| 26 | COCKRUM, JERRY | 07/15/00 | EB | 808.0 | $3,854.16 | 12/30/00 | YB | $464.25 | $4.77 |
| 27 | COLLINS, DAVID | 07/15/00 | EB | 934.0 | $4,455.18 | 12/30/00 | YB | $536.64 | $4.77 |
| 28 | COMPTON, BEN | 07/15/00 | EB | 338.0 | $1,612.26 | 12/30/00 | YB | $194.21 | $4.77 |
| 29 | CONMAY, THOMAS | 07/15/00 | EB | 528.0 | $2,518.56 | 12/30/00 | YB | $303.38 | $4.77 |
| 30 | COOK, RANDAL | 07/15/00 | EB | 660.0 | $3,148.20 | 12/30/00 | YB | $379.21 | $4.77 |
| 31 | COOPER, ALLEN | 07/15/00 | EB | 300.0 | $1,431.00 | 12/30/00 | YB | $172.38 | $4.77 |

**Employees with High Pay Records in DFAS Data Related to Award from Tallman's Shop 64 Grievance Decision** 5/20/2005

| Employee | | Hours and Amount of High Pay Award | | | | Interest on High Pay Award | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME | Effective Adjustment Date | Pay Code | Hours | Amount | Effective Adjustment Date | Pay Code | Amount | Hourly Premium |
| 32 | COREY, GREGORY | 07/15/00 | EB | 887.0 | $4,230.99 | 12/30/00 | YB | $509.63 | $4.77 |
| 33 | COZAD, MIKE | 07/15/00 | EB | 257.5 | $1,228.28 | 12/30/00 | YB | $147.95 | $4.77 |
| 34 | CRUZ, LUIS | 07/15/00 | EB | 601.0 | $2,866.77 | 12/30/00 | YB | $345.32 | $4.77 |
| 35 | CUSIMANO, ALFRED | 07/15/00 | EB | 647.0 | $3,086.19 | 12/30/00 | YB | $371.75 | $4.77 |
| 36 | DAWSON, LONNIE | 07/15/00 | EB | 593.5 | $2,831.00 | 12/30/00 | YB | $340.99 | $4.77 |
| 37 | DAY, DAVID | 07/15/00 | EB | 733.0 | $3,496.41 | 12/30/00 | YB | $421.15 | $4.77 |
| 38 | DENTON, GREGORY | 07/15/00 | EB | 377.0 | $1,798.29 | 12/30/00 | YB | $216.62 | $4.77 |
| 39 | DEVEN, EDWARD | 07/15/00 | EB | 533.0 | $2,542.41 | 12/30/00 | YB | $306.24 | $4.77 |
| 40 | DEVLIN, SEAN | 07/15/00 | EB | 271.0 | $1,292.67 | 12/30/00 | YB | $155.71 | $4.77 |
| 41 | DIVITIS, DEBORAH | 07/15/00 | EB | 514.0 | $2,451.78 | 12/30/00 | YB | $295.34 | $4.77 |
| 42 | DOSTIE, JEFFERY | 07/15/00 | EB | 590.0 | $2,814.30 | 12/30/00 | YB | $338.99 | $4.77 |
| 43 | EGGE, MICHAEL | 07/15/00 | EB | 63.5 | $302.90 | 12/30/00 | YB | $36.50 | $4.77 |
| 44 | ERBE, DONALD | 07/15/00 | EB | 643.0 | $3,067.11 | 12/30/00 | YB | $369.45 | $4.77 |
| 45 | ERICKSON, WARREN | 07/15/00 | EB | 702.0 | $3,348.54 | 12/30/00 | YB | $403.34 | $4.77 |
| 46 | EZELL, JOHN | 07/15/00 | EB | 512.5 | $2,444.63 | 12/30/00 | YB | $294.45 | $4.77 |
| 47 | FARMER, DAVID | 07/15/00 | EB | 222.0 | $1,058.94 | 12/30/00 | YB | $127.56 | $4.77 |
| 48 | FARMER, MARTIN | 07/15/00 | EB | 1,007.0 | $4,803.39 | 12/30/00 | YB | $578.58 | $4.77 |
| 49 | FISCHER, BRIAN | 07/15/00 | EB | 72.5 | $345.83 | 12/30/00 | YB | $41.66 | $4.77 |
| 50 | FLATAU, COREY | 07/15/00 | EB | 408.0 | $1,946.16 | 12/30/00 | YB | $234.43 | $4.77 |
| 51 | FOLEY, CHARLES | 07/15/00 | EB | 87.5 | $417.38 | 12/30/00 | YB | $50.28 | $4.77 |
| 52 | FORBES, DAVID | 07/15/00 | EB | 877.0 | $4,183.29 | 12/30/00 | YB | $503.89 | $4.77 |
| 53 | FOWLER, RICHARD | 07/15/00 | EB | 959.5 | $4,576.82 | 12/30/00 | YB | $551.29 | $4.77 |
| 54 | FREESE, BEREND | 07/15/00 | EB | 733.0 | $3,496.41 | 12/30/00 | YB | $421.15 | $4.77 |
| 55 | GAL, CHRISTOPHER | 07/15/00 | EB | 449.0 | $2,141.73 | 12/30/00 | YB | $257.98 | $4.77 |
| 56 | GARRIS, ISAAC | 07/15/00 | EB | 180.0 | $858.60 | 12/30/00 | YB | $103.43 | $4.77 |
| 57 | GESSNER, TED (a) | 07/15/00 | EB | 220.0 | $1,049.40 | 12/30/00 | YB | $126.42 | $4.77 |
| 58 | GILBERT, SHELLI (b) | 07/15/00 | EB | 244.0 | $1,163.88 | 10/20/01 | YB | $193.23 | $4.77 |
| 59 | GLITCH, JOSH | 07/15/00 | EB | 271.0 | $1,292.67 | 12/30/00 | YB | $155.71 | $4.77 |
| 60 | GRAY, JERRY | 07/15/00 | EB | 300.5 | $1,433.39 | 12/30/00 | YB | $172.66 | $4.77 |
| 61 | GREEN, FREDRICK | 07/15/00 | EB | 551.0 | $2,628.27 | 12/30/00 | YB | $316.58 | $4.77 |
| 62 | GRIFFIS, GREG | 07/15/00 | EB | 602.5 | $2,873.93 | 12/30/00 | YB | $346.18 | $4.77 |

**Employees with High Pay Records in DFAS Data Related to Award from Tallman's Shop 64 Grievance Decision** 5/20/2005

| Employee | | Hours and Amount of High Pay Award | | | | Interest on High Pay Award | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME | Effective Adjustment Date | Pay Code | Hours | Amount | Effective Adjustment Date | Pay Code | Amount | Hourly Premium |
| 63 | GROAT, JAMES | 07/15/00 | EB | 1,071.0 | $5,108.67 | 12/30/00 | YB | $615.33 | $4.77 |
| 64 | HANBERG, GORDON | 07/15/00 | EB | 876.0 | $4,178.52 | 12/30/00 | YB | $503.30 | $4.77 |
| 65 | HARPER, DAVID | 07/15/00 | EB | 282.0 | $1,345.14 | 12/30/00 | YB | $162.03 | $4.77 |
| 66 | HARPER, ROBERT | 07/15/00 | EB | 130.0 | $620.10 | 12/30/00 | YB | $74.69 | $4.77 |
| 67 | HAWKINS, JOHN | 07/15/00 | EB | 62.0 | $295.74 | 12/30/00 | YB | $35.64 | $4.77 |
| 68 | HAYDEN, MICHAEL | 07/15/00 | EB | 949.0 | $4,526.73 | 12/30/00 | YB | $545.24 | $4.77 |
| 69 | HAYNES, ARTHUR | 07/15/00 | EB | 384.0 | $1,831.68 | 12/30/00 | YB | $220.64 | $4.77 |
| 70 | HOSKINS, BRIAN | 07/15/00 | EB | 386.0 | $1,841.22 | 12/30/00 | YB | $221.78 | $4.77 |
| 71 | HURM, DAVID | 07/15/00 | EB | 890.0 | $4,245.30 | 12/30/00 | YB | $511.35 | $4.77 |
| 72 | IMPEY, DOUGLAS | 07/15/00 | EB | 1,004.0 | $4,789.08 | 12/30/00 | YB | $576.86 | $4.77 |
| 73 | JACOBSEN, MICHAEL | 07/15/00 | EB | 692.0 | $3,300.84 | 12/30/00 | YB | $397.60 | $4.77 |
| 74 | JAYNES, WALTER | 07/15/00 | EB | 620.0 | $2,957.40 | 12/30/00 | YB | $356.22 | $4.77 |
| 75 | JOHANNES, MICHAEL (c) | 07/15/00 | EB | 283.0 | $1,349.91 | 12/30/00 | YB | $71.25 | $4.77 |
| 76 | KADLECEK, RANDY | 07/15/00 | EB | 338.0 | $1,612.26 | 12/30/00 | YB | $194.21 | $4.77 |
| 77 | KEMPER, TREVER | 07/15/00 | EB | 784.0 | $3,739.68 | 12/30/00 | YB | $450.44 | $4.77 |
| 78 | KENDIZORA, ERON | 07/15/00 | EB | 957.5 | $4,567.28 | 12/30/00 | YB | $550.12 | $4.77 |
| 79 | KULBACKI, TIMOTHY | 07/15/00 | EB | 666.0 | $3,176.82 | 12/30/00 | YB | $382.65 | $4.77 |
| 80 | LANSKEY, GARY | 07/15/00 | EB | 888.0 | $4,235.76 | 12/30/00 | YB | $510.21 | $4.77 |
| 81 | LANTRIP, BOBBY | 07/15/00 | EB | 727.0 | $3,467.79 | 12/30/00 | YB | $417.71 | $4.77 |
| 82 | LEAVIT, JOHN | 07/15/00 | EB | 963.5 | $4,595.90 | 12/30/00 | YB | $553.59 | $4.77 |
| 83 | LEIBLE, DALE | 07/15/00 | EB | 636.0 | $3,033.72 | 12/30/00 | YB | $365.43 | $4.77 |
| 84 | LENGOWSKI, PAUL | 07/15/00 | EB | 1,087.0 | $5,184.99 | 12/30/00 | YB | $624.54 | $4.77 |
| 85 | LEWIS, LARRY | 07/15/00 | EB | 698.0 | $3,329.46 | 12/30/00 | YB | $401.04 | $4.77 |
| 86 | LONGCRANE, ROBERT | 07/15/00 | EB | 557.5 | $2,659.28 | 12/30/00 | YB | $320.33 | $4.77 |
| 87 | MAIN, TYSON | 07/15/00 | EB | 771.5 | $3,680.06 | 12/30/00 | YB | $443.26 | $4.77 |
| 88 | MARTIN, BOBBY | 07/15/00 | EB | 492.5 | $2,349.23 | 12/30/00 | YB | $282.97 | $4.77 |
| 89 | MARTIN, KIMBERLY | 07/15/00 | EB | 531.0 | $2,532.87 | 12/30/00 | YB | $305.10 | $4.77 |
| 90 | MARTIN, RICK | 07/15/00 | EB | 474.0 | $2,260.98 | 12/30/00 | YB | $272.34 | $4.77 |
| 91 | MCCRARY, DAVID | 07/15/00 | EB | 627.0 | $2,990.79 | 12/30/00 | YB | $360.24 | $4.77 |
| 92 | MCDONALD, ROSS | 07/15/00 | EB | 376.0 | $1,793.52 | 12/30/00 | YB | $216.04 | $4.77 |
| 93 | MELAY, WILLIAM | 07/15/00 | EB | 224.0 | $1,068.48 | 12/30/00 | YB | $128.70 | $4.77 |

**Employees with High Pay Records in DFAS Data Related to Award from Tallman's Shop 64 Grievance Decision** 5/20/2005

| | Employee | Hours and Amount of High Pay Award | | | | Interest on High Pay Award | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME | Effective Adjustment Date | Pay Code | Hours | Amount | Effective Adjustment Date | Pay Code | Amount | Hourly Premium |
| 94 | MIDDENDORF, STEVEN | 07/15/00 | EB | 748.0 | $3,567.96 | 12/30/00 | YB | $429.77 | $4.77 |
| 95 | MINAKER, JAMES | 07/15/00 | EB | 69.0 | $329.13 | 12/30/00 | YB | $39.66 | $4.77 |
| 96 | MINAKER, KELLY JO | 07/15/00 | EB | 165.0 | $787.05 | 12/30/00 | YB | $94.80 | $4.77 |
| 97 | MORELAND, ROY | 07/15/00 | EB | 722.0 | $3,443.94 | 12/30/00 | YB | $414.83 | $4.77 |
| 98 | MORGAN, MARK | 07/15/00 | EB | 898.5 | $4,285.85 | 12/30/00 | YB | $516.23 | $4.77 |
| 99 | NAUD, KEVIN | 07/15/00 | EB | 1,243.0 | $5,929.11 | 12/30/00 | YB | $714.10 | $4.77 |
| 100 | NOERENBERG, JOSHUA | 07/15/00 | EB | 607.0 | $2,895.39 | 12/30/00 | YB | $348.76 | $4.77 |
| 101 | ODELL, PATRICK | 07/15/00 | EB | 1,001.0 | $4,774.77 | 12/30/00 | YB | $575.12 | $4.77 |
| 102 | OHAIR, CURTIS | 07/15/00 | EB | 152.5 | $727.43 | 12/30/00 | YB | $87.62 | $4.77 |
| 103 | PARK, DONALD | 07/15/00 | EB | 324.0 | $1,545.48 | 12/30/00 | YB | $186.17 | $4.77 |
| 104 | PERRY, ROY | 07/15/00 | EB | 25.0 | $119.25 | 12/30/00 | YB | $14.37 | $4.77 |
| 105 | PETERS, JOHN | 07/15/00 | EB | 481.0 | $2,294.37 | 12/30/00 | YB | $276.36 | $4.77 |
| 106 | PETERSON, DAVID | 07/15/00 | EB | 1,264.0 | $6,029.28 | 12/30/00 | YB | $726.22 | $4.77 |
| 107 | PETERSON, NATHAN | 07/15/00 | EB | 305.0 | $1,454.85 | 12/30/00 | YB | $175.24 | $4.77 |
| 108 | PIEHL, DENNIS | 07/15/00 | EB | 119.0 | $567.63 | 12/30/00 | YB | $68.37 | $4.77 |
| 109 | PINKERTON, DION | 07/15/00 | EB | 479.5 | $2,287.22 | 12/30/00 | YB | $275.50 | $4.77 |
| 110 | PINKERTON, MARGARET | 07/15/00 | EB | 239.0 | $1,140.03 | 12/30/00 | YB | $137.32 | $4.77 |
| 111 | PROVOE, ROSS | 07/15/00 | EB | 111.0 | $529.47 | 12/30/00 | YB | $63.79 | $4.77 |
| 112 | PUGH, TOM | 07/15/00 | EB | 236.0 | $1,125.72 | 12/30/00 | YB | $135.60 | $4.77 |
| 113 | RICHARDS, EZRA | 07/15/00 | EB | 819.0 | $3,906.63 | 12/30/00 | YB | $470.55 | $4.77 |
| 114 | ROGERS, JEFF | 07/15/00 | EB | 679.0 | $3,238.83 | 12/30/00 | YB | $390.11 | $4.77 |
| 115 | SAEZ, JAVIER | 07/15/00 | EB | 1,000.5 | $4,772.39 | 12/30/00 | YB | $574.84 | $4.77 |
| 116 | SAMPSON, JAMES | 07/15/00 | EB | 229.5 | $1,094.72 | 12/30/00 | YB | $131.86 | $4.77 |
| 117 | SCHACKMANN, ANTHONY | 07/15/00 | EB | 951.0 | $4,536.27 | 12/30/00 | YB | $546.41 | $4.77 |
| 118 | SCHNOOR, JEFF | 07/15/00 | EB | 885.0 | $4,221.45 | 12/30/00 | YB | $508.49 | $4.77 |
| 119 | SCOTT, PAUL | 07/15/00 | EB | 831.0 | $3,963.87 | 12/30/00 | YB | $477.45 | $4.77 |
| 120 | STEVENS, SCOTT | 07/15/00 | EB | 837.0 | $3,992.49 | 12/30/00 | YB | $480.89 | $4.77 |
| 121 | THOMSON, HELLEN | 07/15/00 | EB | 368.0 | $1,755.36 | 12/30/00 | YB | $211.43 | $4.77 |
| 122 | TWOGOOD, JAMES | 07/15/00 | EB | 1,015.5 | $4,843.94 | 12/30/00 | YB | $583.46 | $4.77 |
| 123 | WALL, KEVIN | 07/15/00 | EB | 682.0 | $3,253.14 | 12/30/00 | YB | $391.86 | $4.77 |
| 124 | WASHBURN, MARK | 07/15/00 | EB | 50.0 | $238.50 | 12/30/00 | YB | $28.73 | $4.77 |

**Employees with High Pay Records in DFAS Data Related to Award from Tallman's Shop 64 Grievance Decision** 5/20/2005

| | Employee | Hours and Amount of High Pay Award | | | | Interest on High Pay Award | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | NAME | Effective Adjustment Date | Pay Code | Hours | Amount | Effective Adjustment Date | Pay Code | Amount | Hourly Premium |
| 125 | WEBSTER, DAVID | 07/15/00 | EB | 883.0 | $4,211.91 | 12/30/00 | YB | $507.33 | $4.77 |
| 126 | WELSH, THOMAS | 07/15/00 | EB | 282.0 | $1,345.14 | 12/30/00 | YB | $162.03 | $4.77 |
| 127 | WERNER, RONALD | 07/15/00 | EB | 130.0 | $620.10 | 12/30/00 | YB | $74.69 | $4.77 |
| 128 | WILLIAMS, ELDIE | 07/15/00 | EB | 654.0 | $3,119.58 | 12/30/00 | YB | $375.77 | $4.77 |
| 129 | WODYGA, JOSEPH | 07/15/00 | EB | 680.0 | $3,243.60 | 12/30/00 | YB | $390.69 | $4.77 |
| 130 | WOOD, GEORGE | 07/15/00 | EB | 40.0 | $190.80 | 12/30/00 | YB | $22.99 | $4.77 |
| 131 | YOUNG, DENNIS | 07/15/00 | EB | 353.0 | $1,683.81 | 12/30/00 | YB | $202.83 | $4.77 |
| 132 | ZERBEST, JAMES | 07/15/00 | EB | 511.0 | $2,437.47 | 12/30/00 | YB | $293.59 | $4.77 |
| 133 | ZIESER, JOHN J | 07/15/00 | EB | 126.0 | $601.02 | 12/30/00 | YB | $72.39 | $4.77 |
| 134 | ZIESER, JOHN C | 07/15/00 | EB | 199.0 | $949.23 | 12/30/00 | YB | $114.35 | $4.77 |
| | | | | | | | | | |
| | TOTAL | | | 70,061.0 | $334,191.10 | | | $40,215.96 | |

**NOTES:**

Pay Codes: EB = High Pay; YB = Interest Paid-Back Pay Award

(a) Hours for Ted Gessner were missing in the DCPS Pay History record from DFAS. The 220 hours attributed as high work for Gessner were calculated in the table above by dividing the amount of the adjustment paid by the premium of $4.77.

(b) Hours for Shelli Gilbert were missing in the DCPS Pay History record from DFAS. The 244 hours attributed as high work for Gilbert were calculated in the table above by dividing the amount of the adjustment paid by the premium of $4.77. In addition, the interest Gilbert received on this back pay award was not posted until the pay period ending October 20, 2001. Consequently the interest on this back pay award amounts to 16.60% of the award as compared to 12.05% for employees for whom interest payments were posted for the pay period ending December 30, 2000.

(c) The DCPS Pay History table from DFAS contained two records of pay adjustment for high pay with same effective date for Michael Johannes. One record showed 124 hours of additional high work, while the number of hours was missing from the second record. The records were combined here to show the total amount he received. The 283 hours attributed as high work for Johannes were calculated in the table above by dividing the amount of the adjustment paid by the premium of $4.77. Johannes appears to have been paid interest on the back pay for only 124 out of the 283 hours of additional high work.