**CERTIFICATE OF FILING**

This is to certify that on this 3rd day of December, 2007, a copy of the foregoing "DEFENDANT'S SUPPLEMENTAL APPENDIX IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR REMAND AND RESPONSE TO PLAINTIFFS' CROSS-MOTION NO. 1 FOR SUMMARY JUDGMENT OR FOR JUDGMENT ON ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice