FOR OFFICIAL USE ONLY (WHEN FILLED IN) REF: NAVSHIPYDPUGETINST 5240.1

# INDUSTRIAL PROCESS INSTRUCTION CATEGORY III

TITLE SCAFFOLDING; INSTALLATION, USE, AND REMOVAL OF

NO. 0991-901A CH-4
CANCELS 0991-901A CH-3
ISSUE DATE ~~14 Aug 03~~ ~~28 Jul 05~~ 26 Jul 2007

SECTIONS

I EQUIPMENT
II MATERIAL
III OSH/ENVR
IV QA
V TRAINING/SKILL
VI METHOD
VII FEEDBACK

TYPE B
SHIP CLASS CODE N/A
SHIP SYSTEM N/A
TSD 64
KEY SHOP 64
ASSIST SHOPS

ORIGINATOR
SHIPYARD NAVSHIPYD PUGET
CODE 980.2
PREPARED BY B. Peterson
PHONE/DSN 439/4377

CH-2

DISTRIBUTION

CH-4

| | | |
|---|---|---|
| 106.23 | 900T | PSNS&IMF Bangor C/B454 |
| 133 | 900P.123DC | SIMA Norfolk |
| 134 | 980.2 | SIMA Mayport/ Code 10E |
| 135 | 980.6 | USS CABLE (AS40) C/10E Tech Library |
| 250.01 | 31 | NSRO |
| 260.01 | 38 | SRF Yokosuka, Code 202 |
| 260M | 56(4) | |
| 260.2(2) | 67 | |
| 260.3 | 99(2) | |
| 270.101 | 99 Resource | |
| 312 | NRRO | |
| 350 BLDG 551 | | |
| 710 | | |
| 720.1 | | |
| 902.4 | | |

APPROVALS

ORIGINATOR B. Peterson
106 R. Cipra
130 C. R. Wood
220 L. M. Anderson
248 J. W. Brunson

SHOP 64 SUPT. M. J. Tallman
2300 N/A
105 N/A

NOTE: For the names typed above, signed originals are on file with Code 241.2. For the lines marked N/A, signed or initialed originals are on file with Code 241.2. Signatures for changes appear on each Change Notice Transmittal.

DISTRIBUTION STATEMENT D: Distribution authorized to DoD and DoD contractors only; Administrative or Operational use 7/27/98 . Other U.S. requests shall be referred to Puget Sound Naval Shipyard.

THIS TYPE "B" INSTRUCTION SHALL ALWAYS BE FOLLOWED ON AUTHORIZED WORK WHEN SPECIFICALLY INVOKED AND CITED ON THE WORK AUTHORIZING DOCUMENT.

PERIODIC REVIEW: THIS INSTRUCTION SHALL BE REVIEWED EVERY 2 Years

IPI/UIPI CHANGE NOTICE TRANSMITTAL

Ref: PSNS&IMFINST 5240.1

Instruction No. 0991-901 Rev. A CH 4

Title: SCAFFOLDING; INSTALLATION, USE, AND REMOVAL OF

Document holder will make the following changes:

Replace entire document.

Purpose or reason for changes:

1. On page "iii," clarifies IPI use location and all types scaffolds in "scope".
2. In Part I, eliminates sole reference to Plettac beam clamps in 1.4.2.
3. In Part VI, added written requests for ship system pipe supports in 6.1.4.
4. In Encl (I):
   - Clarified aluminum plank rating in footnote to Table 1-A.
   - Added electrical substation fence warnings in (A)(5)(c).
   - Added competent person responsibilities in (A)(7)
   - Added note to use scaffold manuf. guidelines as needed in (B)(1)(b).
   - Added info to prevent scaffold contact with moving components in (D)(1)(h).
   - Clarified guardrail requirements at ladder access areas.
5. In Encl (2):
   - Provided Tube and Coupler layout options per system scaffold in (B)(5).
   - Added small coupler slip capacity in (B)(6).
6. In Encl (3), clarified large coupler slip capacity in (F)(1).
7. In Encl (5),
   - Added requirement that main beam clamps be used in pairs in (B)(8)(a)
   - Re-located beam clamp capacity to (B)(8)(b)
   - Added carrier painter padeye capacity information in (B)(10)
8. In Encl (6), added restriction on moving occupied mobile scaffolds in (D)(3).

This change meets the requirements for the periodic review.

Concurrence signatures and dates (for change 4 only.)

| ORIGINATOR | CODE | DATE | CONCURRENCE SIGNATURE | SHOP/CODE/SY | DATE |
|---|---|---|---|---|---|
| Brian Peterson | 980.2bp | 4/27/07 | Lori Tobin | S/64 | 5/31/07 |
| FIRST LEVEL SUPERVISOR | CODE | DATE | CONCURRENCE SIGNATURE | SHOP/CODE/SY | DATE |
| Ty Heino | 980.2 | 4/27/07 | Rocky McNeil | C/106 | 7/26/07 |
| SECOND LEVEL SUPERVISOR | CODE | DATE | CONCURRENCE SIGNATURE | SHOP/CODE/SY | DATE |
| NOT REQUIRED | | | Hans P. Stevens | C/250 | 7/17/07 |
| *NEPD CONCURRENCE | CODE | DATE | CONCURRENCE SIGNATURE | SHOP/CODE/SY | DATE |
| NOT REQUIRED | | | | | |

*Enter "NOT REQUIRED" IF APPLICABLE.

NOTE: For the names typed above, signed originals are on file with Code 241.2. For the lines marked N/A, signed or initialed originals are on file with Code 241.2.

APPROVED Ty Heino DATE 4/27/07

SEA 04Y/05Y concurrence (for UIPIs only) Not Required DATE

**IPI/UIPI CHANGE NOTICE TRANSMITTAL** Ref: NAVSHIPYDPUGETINST 5240.1

Instruction No. 0991-901 Rev. A CH 3

Title: SCAFFOLDING; INSTALLATION, USE, AND REMOVAL OF

Document holder will make the following changes:

Replace pages with attached.

Purpose or reason for changes:

1. Deleted cancelled reference (f) and revised 1.4.1 to reflect change. Revised reference (n) to reflect new document.
2. Added system rack capacity information to section I.
3. Relocated "front edge of platform clearance" from Encl 1 Part D(1) to Part (3).
4. Revised "omitted rail" info of Encl. 1 Part D(4)(c) for better clarity.
5. Added ladder clearance requirements. Revised height for landings to 21 ft. in Encl (1) to better accommodate scaffold configuration.
6. Added briefing requirements for platform material accumulation in Encl. (1).
7. Added weld bent cantilever load tables to Encl (3).
8. Changed landing platform height to 21 feet and added user requirements for mobile scaffolds Encl. (6).

This change meets the requirements for the biennial review.

Concurrence signatures and dates are for change 3 only.

| | CODE | DATE | | SHOP/CODE | DATE |
|---|---|---|---|---|---|
| ORIGINATOR<br>Brian Peterson | 980.2bp | 7/13/05 | CONCURRENCE SIGNATURE<br>Rocky McNeil | C/106 | 7/19/05 |
| FIRST LEVEL SUPERVISOR<br>R.C.Yanss | 980.2 | 7/18/05 | CONCURRENCE SIGNATURE<br>R. J. Whitchner | S/64 | 7/18/05 |
| SECOND LEVEL SUPERVISOR<br>NOT REQUIRED | | | CONCURRENCE SIGNATURE<br>A.F.Tuttle | C/220 | 7/28/05 |
| *NEPD CONCURRENCE<br>NOT REQUIRED | | | CONCURRENCE SIGNATURE | | |

*Enter "NOT REQUIRED" IF APPLICABLE.

APPROVED R.C. Yanss DATE 7/19/05

DISTRIBUTION: SEE ATTACHED DISTRIBUTION LIST

PSNS 5240/6 (Rev. 3-99)

**IPI/UIPI CHANGE NOTICE TRANSMITTAL** Ref: NAVSHIPYDPUGETINST 5240.1

Instruction No. 0991-901 Rev. A CH 2

Title: SCAFFOLDING; INSTALLATION, USE, AND REMOVAL OF

Document holder will make the following changes:

Replace entire document with attached document.

Purpose or reason for changes:

1. Updated references. Eliminated all referrals to ANSI and OSHA paragraphs within enclosure requirements since this information is now in the requirements tree.
2. Upgraded lift bracket information to reflect higher working capacity and revised test values. Added wrench requirements for lift brackets.
3. Revised tagging and added "staging incomplete" sign requirements.
4. Revised aluminum plank load capacity to reflect 2-man load capacity and added plank installation OSHA requirements.
5. Added poly-wrapped scaffold guidelines for small tube and coupler.
6. Added power line clearance requirements.
7. Added minor clarifications from ANSI in system scaffold enclosure.
8. Updated engineering code designation (C/248 is now C/980.2).
9. Relocated "high wind" definition and re-worded fall protection on solid decks.

This change meets the requirements for the biennial review.

Concurrence signatures and dates are for change 2 only.

| ORIGINATOR | CODE | DATE | CONCURRENCE SIGNATURE | SHOP/CODE | DATE |
|---|---|---|---|---|---|
| BRIAN PETERSON | 980.2bp | 7/2/03 | T. A. DAVIDSON | C/106 | 7/17/03 |
| FIRST LEVEL SUPERVISOR | CODE | DATE | CONCURRENCE SIGNATURE | SHOP/CODE | DATE |
| R.C.YANSS | 980.2 | 7/3/03 | R. J. WHITCHER | S/64 | 7/30/03 |
| SECOND LEVEL SUPERVISOR | CODE | DATE | CONCURRENCE SIGNATURE | SHOP/CODE | DATE |
| MICHELLE R. TIBKE | 980E | 7/3/03 | A.F Tuttle | C/220 | 8/8/03 |
| *NEPD CONCURRENCE | CODE | DATE | CONCURRENCE SIGNATURE | SHOP/CODE | DATE |
| NOT REQUIRED | | | | | |

*Enter "NOT REQUIRED" IF APPLICABLE.

APPROVED Michelle R. Tibke DATE 8/14/03

DISTRIBUTION: SEE ATTACHED DISTRIBUTION LIST

PSNS 5240/6 (Rev. 3-99)

**IPI/UIPI CHANGE NOTICE TRANSMITTAL** Ref: NAVSHIPYDPUGETINST 5240.1

Instruction No. 0991-901 Rev. A CH 1

Title: SCAFFOLDING; INSTALLATION, USE, AND REMOVAL OF

Document holder will make the following changes:

1. Mark cover sheet in the right-hand margin adjacent to the IPI number with the above change number and change the effective date to 16 January 2001.
2. Add page IV-3 attached.
3. Replace the following pages with the attached.
   IV-1 and IV-2
   Pg. 1-8 of Encl. (1)
   Pg. 1-4 of Encl. (2)
   Pg. 1 and 2 of Encl. (3)
   Pg. 1 and 2 of Encl. (4)

Purpose or reason for change:

1. Added staging log book requirements [pg. IV-2].
2. Clarified tables included have 4 to 1 safety factor [pg. 1 of Encl. (1)].
3. Added aluminum component load information [pg. 1 & 2 of Encl. (2)].
4. Corrected dimensions of spaul channels [pg. 2 of Encl. (3)].
5. Revised system scaffold screw jack extension height [pg. 1 of Encl (4)].

This change meets the requirements for the biennial review.

Concurrence signatures and dates are for change 1 only.

| ORIGINATOR | CODE | DATE | CONCURRENCE SIGNATURE | SHOP/CODE | DATE |
|---|---|---|---|---|---|
| *Brian Peterson* | *248.544* | *12/5/00* | /S/ ROCKY MCNEIL | C/106 | 03 NOV 00 |
| **FIRST LEVEL SUPERVISOR** | **CODE** | **DATE** | **CONCURRENCE SIGNATURE** | **SHOP/CODE** | **DATE** |
| *Dave Carley* | *248.5* | *12/8/00* | /S/ RODNEY WHITCHER | S/64 | 05 DEC 00 |
| **SECOND LEVEL SUPERVISOR** | **CODE** | **DATE** | **CONCURRENCE SIGNATURE** | **SHOP/CODE** | **DATE** |
| *Jan W. Brunson* | *248* | *12/15/00* | | | |
| ***NEPD CONCURRENCE** | **CODE** | **DATE** | **CONCURRENCE SIGNATURE** | **SHOP/CODE** | **DATE** |
| NOT REQUIRED | | | | | |

*Enter "NOT REQUIRED" IF APPLICABLE.

APPROVED *L. Downey* DATE *1/16/2001*

DISTRIBUTION: SEE ATTACHED DISTRIBUTION LIST

PSNS 5240/6 (Rev. 3-99)

**INDUSTRIAL PROCESS INSTRUCTION NO.** 0991-901 **REV.** A

**Revision/Change - Brief Description:**

1. Revised fall protection requirements to reference S/64 IPI only.
2. Deleted references to S/72 for scaffold assembly(they no longer perform scaffolding functions).
3. Updated guard rail height requirements per latest CFR.
4. Clarified mesh requirements.
5. Corrected various typographical errors/made clarifications.
6. Changed nomenclature of fire-retardant treated wood from FRT to FRX to be consistent with Shipyard terminology.
7. Eliminated dates/rev's of local instructions.
8. Deleted provisions to test 3-1/2" scaffolding & associated reference.
9. Deleted references to Shipyard fall protection manual since it is not yet issued.
10. Added aluminum plank inspection criteria.
11. Revised grade requirement for "merch" plank.

This document has been reviewed by Codes/Shops: 105.22, 106.2, 120C, 136, 241.2, 248.5, 260.31, 300.12, 300N, 511.7, 901, 902.55,903, 909.1, 912.1, 920, 38, 51, 56, 64, 72, 90, 99

**All comments from reviewing Codes/Shops have been incorporated in this document or otherwise resolved.**

ORIGINATOR SIG. /s/ B. Peterson CODE 245.544

FIRST LEVEL SUPERVISOR SIG. /s/ Dave Curley DATE 6/19/98

SECOND LEVEL SUPERVISOR SIG. N/A DATE

THIRD LEVEL SUPERVISOR SIG. N/A DATE

PSNS 5240/8 (9-92) REF: NAVSHIPYDPUGETINST 5240.1

## TABLE OF CONTENTS


| SECTION | TITLE | PAGE |
|---|---|---|
| | References (list) | ii |
| | Enclosures (list) | iii |
| | Purpose | iii |
| | Scope | iii |
| | General Notes | iv |
| | Definitions | v |
| I | Equipment | I-1 |
| II | Material | II-1 |
| III | Occupational Safety and Health and Environmental Protection | III-1 |
| IV | Quality Assurance | IV-1 |
| V | Training and Skill Requirements | V-1 |
| VI | Method | VI-1 |
| | 6.1 Preliminary | VI-1 |
| | 6.2 Erection | VI-1 |
| | 6.3 Use | VI-2 |
| | 6.4 Disassembly | VI-2 |
| VII | Feedback | VII-1 |

## REFERENCES

All references are for general background information only and are not normally required in the work package for trained production personnel.

a) Occupational Safety and Health Administration Regulation 29 CFR 1910 Subpart D; Walking-Working Surfaces, 1 JUL 1997 CH-2
b) American National Standard (ANSI) A10.8-2001, Title: Construction and Demolition Operations - Safety Requirements for Scaffolding
c) Occupational Safety and Health Administration Regulation 29 CFR 1915 Subpart E; Walking-Working Surfaces, 1 JUL 1997
d) Military Specification, MIL-S-29180A; Scaffolding Components, Steel (Pipe, Tube, and Coupler), 10 DEC 1981.
e) PUGET Drawing x72552; Hanging Staging Components CH-3
f) deleted
g) Underwriter Laboratories Test UL 1322, 5th Ed.; Fabricated Scaffold Planks and Stages, 29 JUN 1993 CH-2
h) NAVSHIPYDPUGET INST P11320.1, Vol. VI; Fire Prevention and Protection Manual; Ch. 7 General Fire Prevention Regulations Aboard Ships in Overhaul, Repair, Decommissioning, and Recycle.
i) Military Specification, MIL-L-19140E; Lumber and Plywood, Fire Retardant Treated, Revision of 1 OCT 1985
j) NAVSHIPYDPUGET INST P11320.2, Fire Prevention and Protection for Radioactive Material Storage Areas, Radiologically Controlled Areas, Nuclear Ships and Submarines: Ch. 1 - Nuclear Ships and Submarines, of CH-2
k) NAVSHIPYDPUGET INST P5100.66 A, Shipyard Occupational Safety and Health Manual
l) INDUSTRIAL PROCESS INSTRUCTION (Category IV) 0064-011; Working Aloft
m) Deleted
n) NAVSHIPYDPUGET INST P11262, Corporate Lifting and Handling Manual CH-3
o) ANSI A14.2, Title: Safety Code for Portable Metal Ladders

**NOTE**

Latest revision of PSNS referenced documents in effect shall be used unless otherwise specified in the applicable Technical Work Document.

**APPENDICES**

None

**ENCLOSURES**

1) General Scaffold Requirements
2) Small Tube and Coupler Scaffold Requirements
3) Large Tube and Coupler Scaffold Requirements
4) System Scaffold Requirements
5) Hanging Scaffold Requirements
6) Mobile Scaffold Requirements
7) Scaffold Flowchart
8) (U)IPI Feedback Record

**PURPOSE**

This Industrial Process Instruction (IPI) establishes requirements for the planning, erection, maintenance, use, disassembly, testing, and storage of all scaffolding used in the Shipyard- excluding Facilities and Maintenance Department scaffolding.

**SCOPE**

This IPI is applicable for support of all nuclear and nonnuclear work at Puget Sound Naval Shipyard and Intermediate Maintenance Facility (PSNS&IMF), Bremerton site - excluding work performed by the Facilities and Maintenance Department. Special applications for nuclear work, such as foreign material exclusion protection of components, are not considered critical to this document and are therefore not a part of this document. CH-4

Aside from general requirements applicable to all scaffolds, this IPI establishes specific scaffold requirements for the scaffold types listed below: CH-4

1. 2" and 3-1/2" Tube and Coupler Scaffolds
2. System Scaffolds
3. Hanging Scaffolds
4. Mobile Scaffolds

This is a category III IPI and does not require uniform performance by all shipyards.

## GENERAL NOTES

1. This IPI supersedes NAVSHIPYDPUGET PROCESS INSTRUCTION 0991-140C CH-3. This IPI increases the scope of coverage over the previous process instruction, and also includes all OSHA regulations applicable to Shipyard scaffolding.

2. Enclosure (7) is a graphical representation of the actions of section VI.

3. To the greatest extent possible, the requirements in enclosures 1, 2, and 4-6 are taken directly from the applicable sections of 29 CFR 1910 (OSHA), ANSI A10.8, or 29 CFR 1915-references (a), (b), and (c) respectively.

## DEFINITIONS

Where applicable, these definitions are verbatim from references (a) or (b). See enclosure (1), page 8, for Illustration of General Terminology.

**BAY:** The area consisting of the space between adjacent sets of posts in the transverse and longitudinal direction. Example; a light duty scaffold with posts spaced at 4-feet transversely by 10-feet longitudinally covering an area of 4-feet by 40-feet has a total of 4 each 4 by 10-foot bays.

**BEARER:** A horizontal member of a scaffold upon which the platform or plank rests.

**BRACE:** A tie that holds one scaffold member in a fixed position with respect to another member.

**CLIMBING LADDER:** A separate ladder with equally spaced rungs usually attached to the scaffold structure for climbing and descending.

**COMPETENT PERSON:** One who is capable of identifying existing and predictable hazards in the surroundings or working conditions which are unsanitary, hazardous, or dangerous to employees, and who has authorization to take prompt corrective measures to eliminate them.

**COUPLER:** A device for locking together the components of a tubular metal scaffold which shall be designed and used to safely support the maximum intended loads.

**DESIGN WORKING LOAD:** The maximum intended load, being the total of all loads including the weight of the workers, materials, equipment, and platform.

**EQUIVALENT:** Alternative design or features which will provide an equal degree or factor of safety.

**FLOOR OPENING:** An opening measuring 12 inches or more in its least dimension, in any floor or platform, through which persons may fall; such as a hatchway, stair or ladder opening.

**FRX:** Fire-retardant treated, such as for timber or plywood.

**GUARDRAIL:** A rail secured to uprights and erected along the exposed sides and ends of platforms.

**HANGING SCAFFOLD:** A scaffold suspended from the ceiling or roof structure.

**LARGE TUBE AND COUPLER SCAFFOLD:** Tube and coupler scaffold constructed of 3-½" tube components.

**LOAD RATINGS:** Maximum loadings for the following categories as shown in enclosure tables:

**light duty:** A scaffold designed and constructed to carry a working load not to exceed 25 pounds per square foot such as intended for workers only, with no material storage other than weight of tools.

**medium duty:** A scaffold designed and constructed to carry a working load not to exceed 50 pounds per square foot such as intended for minor material storage in addition to workers.

**heavy duty:** A scaffold designed and constructed to carry a working load not to exceed 75 pounds per square foot such as intended for storage of material in addition to workers.

**extra-heavy duty:** A scaffold designed and constructed to carry a working load not to exceed 100 pounds per square foot such as intended for storage of material, minimal equipment, in addition to workers.

**blasting duty:** A scaffold designed and constructed with a covered deck to carry a working load not to exceed 25 pounds per square foot such as intended for abrasive blast material in addition to a 125 pound concentrated load per plank to support one worker on every other plank.

**equipment duty:** A scaffold designed and constructed to carry a working load not to exceed 150 pounds per square foot such as intended to support major equipment in addition to workers.

**MAXIMUM INTENDED LOAD:** The total of all loads including the working load, the weight of the scaffold, and such other loads as may be reasonably anticipated.

**MID-RAIL:** A rail approximately midway between the guardrail and platform, used when required, and secured to the uprights erected along the exposed sides and ends of platforms.

**MOBILE:** "Manually propelled."

**OUTRIGGER SCAFFOLD:** A scaffold supported by outriggers or thrustouts projecting beyond the wall or face of the building or structure, the inboard ends of which are secured inside of such a building or structure.

**PERSON LOAD:** A 250 pound live load consisting of one 200 pound person plus 50 pounds of tools.

**PLANK LEVEL:** A scaffold level which at some time may be used as a work level (see separate definition). Plank levels shall not be used for actual production workers or materials, until at that time when they are designated as a work level in order to prevent overloading the scaffold.

**PLATFORM:** A working space for persons, elevated above the surrounding floor or ground.

**RUNNER:** The lengthwise horizontal bracing member which extends from post to post and which supports the bearer forming a tie between the posts.

**SCAFFOLD:** Any temporary elevated platform and its supporting structure used for supporting workers or materials or both.

**SMALL TUBE AND COUPLER SCAFFOLD:** Tube and coupler scaffold constructed of 2 and/or 2-½ inch tube components.

**STAGE SCAFFOLD:** A scaffold platform which is more than one bay wide (i.e., in the transverse direction). The deck is fully planked over to provide a larger work space than typically available with a wall scaffold. Applications include equipment platforms and Hanging scaffold decks.

**STAIR RAILING:** A vertical barrier erected along exposed sides of a stairway to prevent falls.

**STANDARD RAILING:** A vertical barrier erected along exposed edges of a floor opening, wall opening, ramp, platform, or runway to prevent falls of persons.

**SYSTEM SCAFFOLD:** A scaffold consisting of posts with fixed connection points that accept runners, bearers, and diagonals that can be interconnected at predetermined levels.

**TOEBOARD:** A barrier secured along the sides and ends of a scaffold platform, to guard against the falling of material.

serves as posts, bearers, braces, ties, and runners, a base supporting the posts, and special couplers which serve to connect the posts and to join the various members.

**WALL SCAFFOLD:** A scaffold that is one or more bays in length in the longitudinal direction, but only one bay wide in the transverse direction.

**WORK LEVEL:** The elevated platform used for supporting workers and their materials, comprising the necessary vertical, horizontal, and diagonal braces, guardrails, toeboards, wire mesh (when required), and ladder for access to the work platform. (see also "plank level")

**WORKING LOAD:** Load imposed by workers, materials, and equipment.

## SECTION I: EQUIPMENT

### 1.1 SMALL TUBE AND COUPLER SCAFFOLDING

1.1.1 Component size. Small tube and coupler scaffolding consists of nominal 2-inch components.

1.1.2 Tube. The tube is high strength nominal 2-inch O.D. (1.9-inch O.D. actual) with twist lock fittings attached to each end. The tube is procured in accordance with reference (d).

1.1.2.1 Tube without end fittings may be used for bearers.

1.1.3 Couplers. Couplers are 2-inch right angle and swivel style for connecting tubes. The couplers are procured in accordance with reference (d).

1.1.4 Additional components. Other items include casters (for mobile scaffolds), base plates, and various styles of plank.

### 1.2 LARGE TUBE AND COUPLER SCAFFOLDING

1.2.1 Component size. Large tube and coupler consists of nominal 3-½-inch components.

1.2.2 Tube. The scaffold tube is 3-inch nominal schedule 40 pipe with $F_y$ = 33 ksi and $F_u$ = 60 ksi. Although the material is dimensionally equivalent to "pipe," throughout this document it is referred to as tube.

1.2.2.1 The tube has either 1-inch or 1-½-inch diameter twist lock end fittings. Only scaffold tube with 1-½-inch fittings shall be used for pre-assembled scaffolds. The tube with twist lock end fittings is no longer commercially available.

1.2.3 Couplers. Couplers include 3-½-inch right angle and swivel style for connecting tubes. The couplers are no longer commercially available.

1.2.4 Channel brackets. Channel brackets (or spall brackets) are attached to posts to support channels used as bearers.

1.2.4.1 Clamping bolts for channel brackets shall be 5/8 - 11 UNC S.A.E. Grade 5 or better American Standard heavy hex head bolts with heavy nuts.

1.2.5 Channel bearers. Channel bearers meet ASTM A-36 or MIL-S-22698 Grade A. Channels used are C 5x6.7 (5" x 1-3/4" x 6.7

CH-2

1.2.6 Lift bracket. Lift brackets for rigging preassembled scaffold are rated for a safe working load of 8,000-pounds when used with two backup couplers. Brackets shall be tested and inspected as defined in section IV.

1.2.7 Additional components. Additional items include wood plank and timbers (see section II), casters, base plates, and various plank styles.

1.3 SYSTEM SCAFFOLDING

1.3.1 Manufacturer. System scaffolding is manufactured by Bil-Jax/Plettac. Only Bil-Jax/Plettac brand System scaffolding shall be purchased for replacement or additional components.

1.3.2 Components. Components include posts, starter collars, leveling jack screws, horizontals, cantilever brackets, horizontal diagonals, and vertical diagonals.

1.4 HANGING SCAFFOLDING

CH-3

1.4.1 Saddle Bracket Style. Twist bar, perforated flat bar, and saddle brackets are manufactured in accordance with reference (e), although as-built dimensions of existing components may vary.

1.4.1.1 Overhead beam clamps shall have a 4,000 pound minimum working capacity.

1.4.1.2 Bolting of components shall be with 1-8 UNC Grade 5 or better American Standard heavy hex head bolts and heavy nuts.

CH-4

1.4.2 Tube and Coupler Style. Tube and coupler style shall be constructed of small tube and coupler components. Tubes may be attached to overhead beams with "Scaffold Beam Clamps." See manufacturers recommendation for load rating.

1.5 NON-WOOD PLANKS

1.5.1 Steel. Steel plank is Bil-Jax/Plettac brand galvanized with end hooks for installation on bearer. Other brands may be used provided they are compatible with the Bil-Jax/Plettac end hook configuration when used together.

CH-2

1.5.2 Aluminum. Aluminum plank shall be procured in accordance with reference (g). Plank style is "scaffold" (rated for a 2-man load) in 12-inch width by various lengths. Planks which will be overlapped shall have an end cap on plank ends for

1.6 TOOLS

1.6.1 Wrenches and sockets. Snap-on wrenches and deep sockets shall be in stock in tool rooms for Shop 64 use for tube and coupler scaffold assembly.

1.6.2 Hammers. Smooth-face hammers are required for System scaffold installation.

1.7 RACKS

1.7.1 Material Rack (System Style). Racks are painted yellow and can be moved by fork truck or crane. Racks are rated for 6,000 lbs. CH-3

## SECTION II: MATERIAL

2.1 FIRE RESISTANT MEASURES FOR MATERIAL

2.1.1 Temporary structures, staging, and the use of combustible materials aboard ship (from reference (h)).

2.1.1.1 The use of wood shall be minimized. Where wood is used aboard ship, or in the vicinity of the ship, it shall be fire-retardant treated in accordance with reference (i), Type II Treatment and Category 2 marking.

2.1.1.2 Pieces cut from scaffold planking need not be remarked or rebranded.

2.1.1.3 Pieces cut from plywood which are larger than one square foot shall show some part of the original mark, or shall be remarked to indicate that it is fire-retardant treated.

2.1.2 Fire prevention program aboard nuclear submarines and surface ships (from reference (j)).

2.1.2.1 Staging and other structures shall be of metal, impregnated wood, impregnated plywood, or other fire-retardant materials.

2.2 PLYWOOD

2.2.1 Plywood is fire-retardant treated in accordance with reference (i).

| Description | Size | Stock number |
|---|---|---|
| Plywood | 5/16" | NSN-5530-LL-S05-0914 |
| Plywood | 3/8" | NSN-5530-LL-S05-0915 |
| Plywood | 1/2" | NSN-5530-LL-S05-1152 |
| Plywood | 3/4" | NSN-5530-LL-S05-0913 |

2.3 WOOD PLANK

2.3.1 Douglas Fir. Douglas Fir full sawn plank, referred to as "Merch" in the Shipyard, is exterior fire-retardant treated in accordance with reference (I). The plank shall meet the following ordering description for grade and grade inspection:

Dense Premium Scaffold Plank in accordance with West Coast Lumber Inspection Bureau (WCLIB) paragraph 171-aa and HH-L-751. The plank shall be hammer branded and supplied with WCLIB Inspection certificate.

| Description | Size | Stock number |
|---|---|---|
| Lumber | 2" x 4" | NSN-5510-00-663-4687 |
| Lumber | 2" x 6" | NSN-5510-01-016-7437 |
| Lumber | 2" x 12" | NSN-5510-00-551-9860 |

2.3.2 Laminated veneer. Laminated Plank is fire-retardant treated in accordance with reference (i) and is Trus Joist MacMillan "Micro=Lam" Laminated Veneer Lumber scaffold plank.

| Description | Size | Stock number |
|---|---|---|
| Plank, Laminated Veneer | 2"x24"x 32'-2" | LS 5510-LL-S04-8488 |
| Plank, Laminated Scaffold | 2"x12"x16' | NSN-5510-01-323-5928 |

2.4 TIMBER USED WITH SCAFFOLDS

2.4.1 14x14. Douglas Fir timber 14-inch by 14-inch is rough sawn grade Number 1 in accordance with the WCLIB.

2.4.2 12x12. Douglas Fir timber 12-inch by 12-inch timber is ordered as rough sawn grade Select number 1 structural in accordance with WCLIB.

| Description | Size | Stock number |
|---|---|---|
| Lumber, Softwood, Timber | 12" x 12"x 16/20' | NSN 5510-00-273-6784 |
| Lumber, Softwood, Timber | 14" x 14"x 16/20' | NSN 5510-00-550-6821 |

## SECTION III: OCCUPATIONAL SAFETY AND HEALTH AND ENVIRONMENTAL PROTECTION

3.1 GENERAL

3.1.1 Personnel shall conform to all Occupational Safety and Health requirements of reference (k).

3.2 OCCUPATIONAL SAFETY PROTECTION

3.2.1 PPE. Personnel shall wear all Personal Protective Equipment (PPE) required for the task conducted at their physical location. This includes safety glasses, safety shoes, hard hat, protective clothing, and when required, fall restraint or arrest gear.

3.2.2 Scaffold safety. See safety requirements associated with each type of scaffold in enclosures (1) through (6).

3.2.3 Working aloft

3.2.3.1 See reference (l) for full requirements while working aloft.

3.3 OCCUPATIONAL HEALTH PROTECTION: None

3.4 ENVIRONMENTAL PROTECTION/POLLUTION CONTROL AND HAZARDOUS MATERIAL/WASTE DISPOSITION: None.

## SECTION IV: QUALITY ASSURANCE

4.1 QUALITY CONTROL

4.1.1 Shop Supervision. Supervisory personnel of Shop 64 shall ensure that operations, as performed, achieve the quality requirements of this instruction.

4.2 QUALITY ASSURANCE OFFICE

4.2.1 Engineering and Analysis Division (Code 136). The provisions of this instruction are subject to audit by the Engineering and Analysis Division (Code 136).

4.3 INSPECTION

4.3.1 Preassembled scaffold. Shop 64 personnel shall visually check preassembled scaffold after each relocation for signs of racking or a loosening of components. Documentation is not required.

4.3.2 Installed scaffold. Shop 64 personnel shall visually check erected scaffolds frequently to be sure that they are maintained in a safe condition, that scaffold connections have not become loosened, and that "wall" ties, butts and other components have not been improperly released or removed. Documentation is not required.

4.3.3 Prior to use. Scaffold users shall briefly visually check assembled scaffolds for obvious deficiencies on a daily basis prior to the start of work. Deficiencies include things such as missing guardrail, missing plank, or visible damage to any component. Documentation is not required.

4.3.4 Upon disassembly. Shop 64 personnel shall visually check all components for damage after disassembly from scaffold. Documentation is not required.

4.3.4.1 Tube with damaged end-fittings may be used in locations where interlocking is not necessary, such as for bearers. Tube which is bent may be shortened and used elsewhere.

4.3.5 Aluminum plank. Shop 64 personnel shall visually check aluminum plank prior to installation as follows. Plank which violates any condition shall be segregated for disposal or reclamation of the undamaged portion. Report questionable damaged material to your supervisor

damage such as twists, notches, or cracks.

4.3.5.2 Ladder rungs. Plank "ladder" rungs shall have no visible damage such as missing, broken, or bent rungs. A minor amount of nail holes in ladder rungs are acceptable.

4.3.5.3 Deck channels. Plank deck channels shall not be missing, or deformed such that they would create a tripping hazard. Openings in the deck over 1 inch in size shall be covered to prevent a tripping hazard.

CH-2 4.3.6 Logbook & Tagging. For S/64 management tracking and quality control.

CH-1 4.3.6.1 Logbook Information. Each Shipwright Foreman shall maintain a staging inspection logbook. The following information shall be entered in the logbook for each staging: a) The tracking number as listed on the "Staging Responsibility Tracking Tag," b) the location of the staging, c) the shift and date when staging was assembled, d) identification of who built the staging, e) notation that the staging is complete and safe for use, f) the date of each inspection or major modification, and g) the date the staging is dismantled. CH-2

CH-2 4.3.6.2 Tagging. Where feasible, scaffolds supporting personnel shall have a sequential "Staging Responsibility Tracking Tag" (PSNS 4855/717 (2-98)) placed at eye level near the stairs or ladder. The tag shall have a unique staging number assigned by the applicable Shipwright Foreman, shall have Shipwright and Supervisor names (or their designee/stand-in), and the names and dates applicable to major modifications performed. CH-2

4.4 TESTING

4.4.1 deleted

4.4.2 Aluminum plank. Aluminum plank shall be tested by Shop 72 in accordance with reference (g) after performance of repairs.

4.4.2.1 Repairs are defined as straightening side rails, straightening or replacing rungs, etc. The shortening of a plank by removing damaged portions of the plank is not considered a repair and does not require testing. The replacement or reattachment of deck grate does not require testing.

4.4.3 Lift bracket. Lift brackets shall be initially proof tested, then visually inspected thereafter.

test in accordance with 4.4.3.1.1 through 4.4.3.1.4.

4.4.3.1.1 Assemble two lift brackets, with backup couplers, on one section of 3-½-inch tube with the direction of load in opposition to each other.

4.4.3.1.2 Tighten bracket bolts to 110 ± 5 ft-lb torque. Tighten backup coupler bolts to 75 ± 5 ft-lbs. CH-2

4.4.3.1.3 With 3/4" shackles in lift eyes, apply a 16,000-pound tensile load to the assembly and hold for 10 minutes.

4.4.3.1.4 Remove the load. Visually inspect for permanent damage or deformation of bracket or for weld cracks. If cracks are discovered, make appropriate repair and re-test the bracket. If cracks reappear, destroy. If the bracket has permanent deformation, destroy.

4.4.3.2 Visual Inspection. Recorded visual inspection shall be on a two year cycle after successful completion of initial proof test.

## SECTION V: TRAINING AND SKILL REQUIREMENTS

5.1 Installation, removal, or modification of scaffolds shall be performed only by employees of Shop 64.

5.2 Personnel erecting, dismantling, or modifying scaffolds must have vision in both eyes with far vision correctable in one eye to 20/20 and to 20/40 in the other eye. Depth perception is required.

5.3 Process Training. Shop supervisors shall ensure that all employees assigned to the job are familiar with the process. This may involve briefing the employees, reviewing this IPI with the employees, or ensuring that the worker has on-the-job training by working with an experienced worker. Formal training and documentation is not required.

## SECTION VI: METHOD

| STEP NO. | COG SHOP OR CODE | ACTION | |
|---|---|---|---|
| 6.1 | | ***PRELIMINARY*** | |
| 6.1.1 | 980.2 | Issue Technical Work Documents (TWD's) and provide technical support to Shop 64. | CH-2 |
| 6.1.2 | 64 Supv. | Evaluate scaffold job for potential hazards and determine if safety harnesses are required. Inform erectors if they are required. | |
| 6.1.3 | 64 | Determine style of scaffold required for application. | |
| 6.1.4 | All | Provide written requests to S/64 for ship system temporary pipe supports constructed of scaffold material. | CH-4 |
| 6.2 | | ***ERECTION*** | |
| 6.2.1 | 64 | Small Tube and Coupler Scaffolds. Erect scaffold in accordance with the requirements of enclosures (1) and (2). | |
| 6.2.2 | 64 | Large Tube and Coupler Scaffolds. Erect scaffold in accordance with the requirements of enclosures (1) and (3). | |
| 6.2.3 | 64 | System Scaffolds. Erect scaffold in accordance with the requirements of enclosures (1) and (4). | |
| 6.2.4 | 64 | Hanging Scaffolds. Erect scaffold in accordance with the requirements of enclosures (1) and (5). | |
| 6.2.5 | 64 | Mobile Scaffolds. Erect scaffold in accordance with the requirements of enclosures (1) and (6). | |
| 6.2.6 | 980.2 | Resolve technical problems identified by Shop 64. | CH-2 |
| 6.2.7 | 64, 72 | Transport components to locations indicated | |

| | | |
|---|---|---|
| 6.2.8 | 72 | Rig and transport pre-assembled scaffold(s) as requested by Shop 64. |
| 6.2.9 | 64 | Visually check scaffolds as identified in 4.3.1 and 4.3.2. |
| 6.2.10 | 72 | Test scaffold components as required as identified in 4.4. |
| 6.3 | | ***USE*** |
| 6.3.1 | Users | Use scaffold in accordance with the applicable requirements of enclosures (1) through (6). |
| 6.3.2 | Users | Visually check scaffolds as stated in section 4.3.3. |
| 6.3.3 | Users | Contact Shop 64 personnel for needed scaffold modifications. Personnel other than Shop 64 are prohibited from altering or modifying scaffolds. |
| 6.3.4 | Users | Inform Shop 64 when scaffold is no longer needed. |
| 6.4 | | ***DISASSEMBLY*** |
| 6.4.1 | 64 | Dismantle scaffolding when requested or when no longer deemed necessary. |
| 6.4.2 | 72 | Rig and transport preassembled scaffold(s) as requested by Shop 64. |
| 6.4.3 | 64 | Inspect disassembled scaffold components as specified in 4.3.4. |
| 6.4.4 | 64, 72 | Transport components to location indicated by Shop 64. |
| 6.4.5 | 64 | Store material. |

## SECTION VII: FEEDBACK

7.1 All personnel using this instruction are encouraged to submit feedback which may improve this IPI. Enclosure (8) shall be used to submit feedback to Code 980.2. Feedback determined to be necessary or beneficial will be incorporated into this instruction by change or revision. CH-2

## GENERAL SCAFFOLD REQUIREMENTS

TABLE 1- A: PLANK ALLOWABLE LOADS AND SPANS

| | | Allowable Center Load or Uniform Load (not additive) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Permissible Span | | | | | | | | | | | |
| | | 4 ft. | | 6 ft. | | 8 ft. | | 10 ft. | | 12 ft. | | 14 ft. | |
| Plank Style | Size | lbs | psf | lbs | psf | lbs | psf | lbs | psf | lbs | psf | lbs | psf |
| Doug. Fir(or "merch") | 2"x 12" | 915 | 450 | 600 | 200 | 450 | 110 | 350 | 70 | 290 | 45 | 240 | 30 |
| Laminated Doug. Fir | 2"x 12" | | | | | | | | | | | | |
| Steel | 9-½" wide | 625 | 400 | 400 | 175 | 300 | 100 | 250 | 60 | - | - | - | - |
| Aluminum* | 12" wide | - | - | - | - | 310 | 75 | 350 | 70 | 375 | 60 | 390 | 55 |

Note: Doug. Fir (merch or laminated) values shown reflect FRX planks exposed to wet conditions.
* All aluminum plank is vendor rated as "2-man" capacity regardless of length. "Center" and "uniform" load is developed from the vendor rating. CH-4

(A) General

(1) This enclosure provides general requirements, primarily from 29 CFR §1910.28(a), applicable to all scaffold styles. See page 8 for illustrations of general terminology.

(2) Scaffolds shall be furnished and erected in accordance with this IPI for persons engaged in work that cannot be done safely from the ground or from solid construction.

(3) Scaffolds and other devices mentioned or described in this IPI shall be maintained in safe condition. Scaffolds shall not be altered or moved horizontally while they are in use or occupied.

(4) Any scaffold (including individual component) damaged or weakened from any cause shall be immediately repaired and shall not be used until repairs have been completed.

(5) Scaffold clearance for power lines and substations. CH-4

(a) Scaffolds shall not be erected, used, dismantled, altered, or moved such that they or any conductive material handled on them might come closer to exposed and energized power lines than as follows: The minimum distance shall be 10 feet, plus 0.4 inches for each 1 kv over 50 kv. CH-2

(b) If power lines are deenergized and lockout of energy source is accomplished, scaffolds and materials may be closer to power lines than specified above where such clearance is necessary for performance of work.

(c) Scaffolds, including any attachments, shall maintain a 2-foot working clearance around substation fences. CH-4