(6) Incomplete scaffolds shall be made inaccessible or shall be posted at access points with a sign stating "Danger Keep Off."

CH-4 (7) No scaffold shall be erected, moved, dismantled or altered except under the supervision of competent persons.

(B) Design

(1) Scaffolds and their components shall be capable of supporting without failure at least four times the maximum intended load.

(a) Allowable load tables and other capacity values in this IPI have a 4 to 1 safety factor incorporated unless otherwise noted.

CH-4 (b) Scaffold manufacturer guidelines shall be followed for scaffolds not covered in this instruction.

(2) The allowable load tables in all enclosures of this IPI are for wall scaffolds, unless otherwise noted. To prevent overloading, installations requiring stage scaffolds shall be erected only after consideration of the increased load on interior posts due to the additional platform area loaded.

(3) When scaffolds are to be partially or fully enclosed, precautions shall be taken, as determined by a qualified person, to assure the adequacy of the number, placement, and strength of ties attaching the scaffolding to a structure due to the increased load conditions resulting from the effects of wind and weather. The scaffolding components to which the ties are attached shall be strong enough to sustain, without failure, the additional loads imposed upon them. Contact C/980.2 for technical guidance in these situations.

CH-2 (4) The use of shore scaffolds or lean-to scaffolds is prohibited.

(5) Special precautions shall be taken to protect scaffold members, including any wire or fiber ropes, when using a heat-producing process.

(6) To minimize damage from earthquakes, the following requirements apply to scaffolds supporting equipment:

CH-2 (a) Liquid tanks or critical nuclear equipment shall not be allowed on scaffolds without concurrence from C/980.2.

(b) Timbers or planks supported by bearers shall be secured from movement.

(c) Post bases supported by timbers shall have base plate stanchions which are secured to the timbers by nailing or other means.

(d) Timbers used as a transition between upper and lower portions of a scaffold, similar to installations on dry dock steps, shall have the base of the upper scaffold or the timbers themselves

(e) Timbers shall overlap drydock coping a minimum of 24-inches, or be secured from movement, for platforms with support timbers supported at one end by bearers and on the other end by the dry dock coping.

(C) PLANK

(1) All planking shall be Scaffold Grade as recognized by grading rules for the species of wood used.

(2) Use of any scaffold plank shall be consistent with allowable bearer loads.

(3) <u>Wood plank</u>

(a) FRX wood members shall have working loads allowed reduced by 25%. [ANSI A10.8 4.12] CH-2

(b) For two wood plank layers, the values in Table 1-A may be doubled provided the top plank is supported by bearers at each end and the orientation of the top plank matches the bottom plank.

(c) See Section II (of main body), 2.3.1 for Douglas Fir specifications and ordering information.

(d) See Section II (of main body), 2.3.2 for Laminated Douglas Fir specifications and ordering information.

(4) <u>Aluminum plank</u>. See Section I (of main body), 1.4.2 for aluminum plank information. See Section IV (of main body), 4.3.5 for inspection requirements.

(5) <u>Steel plank</u>. See Section I (of main body), 1.5.1 for steel plank information.

(6) <u>Allowable loads</u>. Table 1-A shows maximum permissible spans and related allowable loads for various shipyard plank.

(D) Construction

(1) <u>General</u>

(a) All scaffolds shall be erected by competent and experienced personnel.

(b) Install and secure two scaffold planks for use as a work platform for assembly or dismantling of the next level of tube and coupler or System scaffolds.

(c) Refrain from walking on scaffold members while erecting, modifying, or dismantling scaffolding.

scaffold is erected or dismantled, so it will be no more than 20 feet below working personnel.

(e) Use a clamp bag to pass material.

(f) Scaffolds shall be secured to permanent structures through use of anchor bolts, reveal bolts, or other equivalent means.

CH-3

(g) Nails or bolts used in the construction of scaffolds shall be of adequate size and in sufficient numbers at each connection to develop the designed strength of the scaffold. Nails shall not be subjected to a straight pull and shall be driven full length.

CH-4

(h) Ensure scaffolding installed around moving components is installed in such a manner that it will not interfere with normal movements, or that cognizant managers are made aware of any obstructions.

(2) <u>Posts</u>

(a) The footing or anchorage for scaffolds shall be sound, rigid, and capable of carrying the maximum intended load without settling or displacement. Unstable objects such as barrels, boxes, loose brick, or concrete (i.e., cinder) blocks shall not be used to support scaffolds or planks.

(b) The posts of scaffolds shall be plumb, and securely and rigidly braced to prevent swaying and displacement.

(i) Where the configuration of a tank prevents vertical placement of posts, such as pocket tanks in vessels, the plumb requirement is exempt.

CH-2

(3) <u>Plank/Platform Installation</u>

(a) Scaffold platforms shall be not less than two 10 inch planks in width except in such cases as the structure of the vessel makes it impossible to provide such a width.

(b) All plank, regardless of style, shall be secured to the bearers for conditions where plank uplift is possible- such as when exposed to the wind.

(c) Each end of a platform, unless cleated or otherwise restrained by hooks or equivalent means, shall extend over the centerline of its support at least 6 inches.

(d) Each end of a platform 10 feet or less in length shall not extend over its support more than 12 inches unless the platform is designed and installed so that the cantilevered portion of the platform is able to support employees and/or materials without tipping, or has guardrails which block employee access to the cantilevered end.

installed so that the cantilevered portion of the platform is able to support employees without tipping, or has guardrails which block employee access to the cantilevered end.

(f) On scaffolds where scaffold planks are abutted to create a long platform, each abutted end shall rest on a separate support surface. This provision does not preclude the use of common support members, such as "T" sections, to support abutting planks, or hook on platforms designed to rest on common supports.

(g) On scaffolds where platforms are overlapped to create a long platform, the overlap shall occur only over supports, and shall not be less than 12 inches (30 cm) unless the platforms are nailed together or otherwise restrained to prevent movement. CH-2

(h) When overlapping aluminum planks, planks shall be set flush, rail above rail, to prevent slippage of the upper plank off of the lower unit. The upper plank of overlapping planks shall have end caps or access restricted to the planks without caps.

(i) At all points of a scaffold where the platform changes direction, such as turning a corner, any platform that rests on a bearer at an angle other than a right angle shall be laid first, and platforms which rest at right angles over the same bearer shall be laid second, on top of the first platform.

(j) Aluminum planks without end hooks shall be secured to bearers to prevent movement.

(k) Shop 64 supervisor shall inspect and ensure that all aluminum planks have been properly installed.

(L) The front edge of all platforms shall not be more than 14 inches from the face of the work, unless guardrail systems are erected along the front edge. CH-3

(4) <u>Guardrails, toeboards, and wire mesh</u>

(a) Guardrails not less than 2x4 inches or the equivalent (2-inch tube is considered equivalent) with a mid-rail of 1x4-inch lumber or equivalent, shall be installed at all open sides on all scaffolds more than 5 feet above the ground or floor or at any distance above the water. The top edge height of toprails or equivalent member on supported scaffolds shall be installed between 38 inches (0.97 m) and 45 inches (1.2 m) above the platform surface.

(I) Where portions of midrail and/or top rail are removed for ladder access, replace removed rails with gate, removable rails, chains, or similar components.

(b) When necessary, to prevent tools and materials from falling on people below, toeboards of not less than 1 x 4 inch lumber shall be provided

CH-3

the vessel prevents their use. When rails are omitted, employees working more than 5 feet above solid surfaces shall be protected by personal fall protection equipment. Employees working over water shall be protected by Coast Guard approved personal flotation devices.

(d) Overhead protection shall be provided for workers on a scaffold exposed to overhead hazards.

(e) When materials are piled higher than the toeboard, the scaffolds shall be provided with a screen between the toeboard and the guardrail, extending along the entire opening, consisting of No. 18 gauge U.S. Standard Wire one-half-inch mesh or the equivalent, where persons are required to work or pass under the scaffolds.

(I) "No walk" zones may be established under scaffolds to minimize areas requiring wire mesh.

(E) Access

(1) Access from below to a scaffold work or planked level more than 5 feet above a floor, deck or the ground shall consist of well secured stairways, cleated ramps, or fixed or portable ladders meeting the requirements of this section.

(2) Access from above to scaffold work or planked level more than 3 feet below the point of access shall consist of a straight, portable ladder meeting the requirements of this section.

(3) Ramps and stairways shall be provided with 36-inch handrails with midrails.

(4) Ladder Requirements

(a) The use of ladders with broken or missing rungs or steps, broken or split side rails, or other faulty or defective construction is prohibited. When ladders with such defects are discovered, they shall be immediately withdrawn from service. Inspection of metal ladders shall include checking for corrosion of interiors of open end, hollow rungs.

(b) Portable ladders shall be lashed, blocked or otherwise secured to prevent their being displaced. The side rails of ladders used for access to any level shall extend not less than 36 inches above that level. When this is not practical, grab rails which will provide a secure grip for an employee moving to or from the point of access shall be installed.

(c) Portable metal ladders shall be of strength equivalent to that of wood ladders. Manufactured portable metal ladders shall be in accordance with the provisions of the ANSI A14.2-1990.

immediate inspection is necessary:

(i) If ladders tip over, inspect ladder for side rail dents or bends, or excessively dented rungs; check all rung-to-siderail connections; check hardware connections; check rivets for shear.

(ii) If ladders are exposed to oil and grease, equipment should be cleaned of oil, grease, or slippery materials. This can easily be done with a solvent or steam cleaning.

(iii) Ladders having defects are to be marked and taken out of service until repaired by either maintenance department or the manufacturer.

(e) Ladders must be maintained in good usable condition at all times.

(f) Ladders shall be so located or other means shall be taken so that it is not necessary for employees to step more than one foot from the ladder to any intermediate landing or platform.

(g) Where conditions require ladder heights greater than 21 feet, each section shall be offset from the adjacent section. A landing platform shall be provided at each offset. The ladder shall be secured to the scaffold. CH-3

(h) Portable metal ladders shall not be used near electrical conductors nor for electric arc welding operations.

(i) Clearance for ladders shall be as shown in the figure D-3 below when unavoidable obstructions are encountered.

Minimum Ladder Clearances




FIGURE D-3.—Clearance for Unavoidable Obstruction at Rear of Fixed Ladder

CH-3

(F) Use

(1) Scaffolds shall not be loaded in excess of the working load for which they are intended.

(a) Precautions for Material Accumulation on Work

i. Debris accumulation may occur on scaffold planked levels during certain work processes such as abrasive blasting. Employees must ensure accumulating material is removed to prevent plank and/or scaffold overload. Scaffold plank covered with impervious material is of greatest concern.

ii. Shop 64 shall perform pre-job briefings with supervisors of personnel performing abrasive blasting to relay load limits and process concerns with accumulating material.

(3) Materials being hoisted onto a scaffold shall have a tag line.

(4) Employees shall not work on scaffolds during storms or high winds.

(a) Per this instruction, "high winds" is defined as wind gusts or sustained winds exceeding 40 miles per hour, or at lower speeds at Shop 64/72 Supervisor's discretion.

(5) Employees shall not perform production work functions on scaffolds that are covered with ice or snow.

(6) Tools, materials, and debris shall not be allowed to accumulate in quantities to cause a hazard. [29 CFR §1910.28 (a)(20)]

(7) Unless posted "Danger Keep Off," scaffolds with uninhibited personnel access such as a ladder, stair tower, or other means are complete and ready for use.

(G) Timber Engineering Information

(1) Based on Appendix C of ANSI A10.8, Scaffold timber allowable bending stress = $F_b' = F_b C_{mod}$.

(2) $C_{mod}$ is the various modification factors which account for timber characteristics and service conditions (see Timber Construction Manual). To convert published allowable bending stress to scaffold use (i.e., 4 to 1 safety factor), use a modification factor of 0.8. If an allowable bending stress has already been converted for scaffold use, such as the case for scaffold grade plank tables, the modification factor is taken as unity. $F_b$ is the published timber allowable bending stress.

(3) Example: 8" x 4" Grade #1 Douglas Fir Hanging scaffold bearer, loaded on edge, exposed to the weather, no FRX. From WCLIB Standard no. 17, Table 10, $F_b$ = 1300 psi. The relevant modifiers for this case are $C_S$ = 0.8 to convert for scaffold use and $C_M$ = 0.86 to account for high moisture content from weather exposure. Then, $F_b' = F_b \times C_S \times C_M$ = 1,300 psi x 0.8 x 0.86 = 894 psi.

(4) For a center span allowable load in pounds, $P = (2/3)F_b' \times b \times t^2/L$, where b is the member width, t is its depth, and L is the unsupported span, all in inches. $F'_b$, as defined above, is in psi.

Note: 29 CFR §1910.28(a) 8, 21, 23, and 25 are not applicable to

## Illustration of General Terminology




WALL SCAFFOLD

One bay wide in in traverse direction



STAGE SCAFFOLD

More than one bay wide on traverse direction. (Toeboards and diagonals not shown)

**SMALL TUBE AND COUPLER SCAFFOLD REQUIREMENTS**

Table 2-A: Steel Tube and Coupler Scaffolds - Light Duty

| | |
|---|---|
| Uniformly distributed load........ | Not to exceed 25 p.s.f. |
| Post spacing (longitudinal)....... | 10 ft. 0 in. |
| Post spacing (transverse)......... | 4 ft. 0 in. |

| Working levels | Additional planked levels | Maximum height |
|---|---|---|
| 1 | 16 | 125 ft. |
| 2 | 11 | 125 ft. |
| 3 | 6 | 125 ft. |
| 4 | 1 | 125 ft. |

Table 2-B: Steel Tube and Coupler Scaffolds- Medium Duty

| | |
|---|---|
| Uniformly distributed load......... | Not to exceed 50 p.s.f. |
| Post spacing (longitudinal)....... | 8 ft. 0 in. |
| Post spacing (transverse)......... | 3 ft. 6 in. |

| Working levels | Additional planked levels | Maximum height |
|---|---|---|
| 1 | 11 | 125 ft. |
| 2 | 1 | 125 ft. |

Table 2-C: Aluminum Tube and Coupler Scaffolds- Light Duty

| | |
|---|---|
| Uniformly distributed load......... | Not to exceed 25 p.s.f. |
| Post spacing (longitudinal)....... | 8 ft. 0 in. |
| Post spacing (transverse)......... | 4 ft. 0 in. |

| Working levels | Additional planked levels | Maximum height |
|---|---|---|
| 2 | 1 | 40 ft. |

(A) General

(1) This enclosure provides specific requirements for "small" tube and coupler scaffolding, primarily from 29 CFR 1910.28(c), with load tables and their descriptions from the more conservative requirements of ANSI A10.8. See page 3 for illustrations of components.

(B) Design

(1) A (steel) light-duty tube and coupler scaffold shall have all posts, bearers, runners, and bracing of nominal 2-inch O.D. steel tubing. The posts shall be spaced no more than 4 feet apart by 10 feet along the length of the scaffold. Other structural metals when used must be designed to carry an equivalent load.

(a) A aluminum light-duty tube and coupler scaffold shall have all posts, bearers, runners, and bracing of nominal 2-inch O.D.

by 8 feet along the length of the scaffold. Steel components may be used in combination with the aluminum components.

CH-2 (b) Where required by process, it is acceptable to poly wrap scaffold components for scaffolds within the parameters of Table 2-A.

(2) A (steel) medium-duty tube and coupler scaffold shall have all posts, bearers, runners, and bracing of nominal 2-inch O.D. steel tubing. The posts shall be spaced not more than 3 feet 6 inches apart by 8 feet along the length of the scaffold. Other structural metals when used must be designed to carry an equivalent load.

(3) Heights and working levels for tube and coupler scaffolds are listed in Tables 2-A, B and C. Drawings and specifications of all tube and coupler scaffolds above the limitations in Tables 2 A-C shall be designed by a registered professional engineer and copies made available to the employer and for inspection purposes.

(4) All tube and coupler scaffolds shall be constructed and erected to support four times the maximum intended loads as set forth in tables 2-A and B of this section, or as set forth in the specifications by a registered professional engineer, and a copy be made available to the employer and for inspection purposes.

(5) Tube and coupler scaffolds constructed in accordance with the Perfect System technical manual "Horizontal Ledger Capacity - Allowable Platform Load" table are acceptable, and will meet the scaffold "4 to 1" design requirements.

CH-4 (6) Tube and coupler clamp slip capacity is 500-pounds per clamp for wide-bodied style, 1000-pounds per clamp narrow-bodied style.

(C) Construction

(1) Posts shall be accurately spaced, erected on suitable bases, and maintained plumb.

(a) Where the configuration of a tank prevents vertical placement of posts, such as pocket tanks in vessels, the plumb requirement is exempt.

(2) Runners shall be erected along the length of the scaffold located on both the inside and the outside posts at even height. Runners shall be interlocked to form continuous lengths and coupled to each post. The bottom runners shall be located as close to the base as possible. Runners shall be placed not more than 6 feet 6 inches on centers.

(3) Bearers shall be installed transversely between posts and shall be securely coupled to the posts bearing on the runner coupler. When coupled directly to the runners, the coupler must be kept as close to the posts as possible.

(4) Bearers shall extend beyond the posts and runners, and shall provide full contact with the coupler. Bearers may be cantilevered unbraced for use as brackets to carry not more than two planks.

(5) Cross bracing shall be installed across the width of the scaffold at least every third set of posts horizontally and every fourth runner vertically. Such bracing shall extend diagonally from the inner and outer runners upward to the next outer and inner runners.

(6) Longitudinal diagonal bracing shall be installed at approximately a 45-degree angle from near the base of the first outer post upward to the extreme top of the scaffold. Where the longitudinal length of the scaffold permits, such bracing shall be duplicated beginning at every fifth post. In a similar manner, longitudinal diagonal bracing shall also be installed from the last post extending back and upward toward the first post. Where conditions preclude the attachment of this bracing to the posts, it may be attached to the runners.

(7) The entire scaffold shall be tied to and securely braced against the building (or structure) at intervals not to exceed 30 feet horizontally and 26 feet vertically.

(a) If a scaffold's height to base width ratio is less than 4:1, the scaffold does not require restraint as described in (7).

(8) Guardrails, toeboards, and wire mesh shall be installed in accordance with (D)(4) of enclosure (1).

## SMALL TUBE AND COUPLER SCAFFOLD REQUIREMENTS

ILLUSTRATION OF COMPONENTS




ASSEMBLY SCHEMATIC




STANDARD OR RIGHT ANGLE COUPLER



BASE PLATE



TUBE ENDS



SWIVEL OR ADJUSTABLE COUPLER

**LARGE TUBE AND COUPLER SCAFFOLD REQUIREMENTS**

(A) General

CH-1 (1) This enclosure provides specific requirements for "large" (3-½") tube and coupler scaffolding from local requirements only since OSHA or ANSI requirements do not exist.

(2) See enclosure (2) for illustrations applicable to large tube and coupler.

(B) Design

(1) A light-duty 3-½-inch tube and coupler scaffold shall have all posts, runners, and bearers of nominal 3-½-inch O.D. steel tubing. Bracing shall be nominal 2-inch O.D. or greater steel tubing. The posts shall be spaced not more than 8 feet apart by 10 feet along the length of the scaffold.

(2) A medium-duty 3-½-inch tube and coupler scaffold shall have all posts, runners, bearers, and bracing of nominal 3-½-inch O.D. steel tubing. The posts shall be spaced not more than 6 feet apart by 8 feet along the length of the scaffold.

(3) An extra heavy-duty tube and coupler scaffold shall have all posts, runners, and bracing of nominal 3-½- inch O.D. steel tubing. With posts spaced not more than 6 feet apart by 8 feet along the length of the scaffold, the scaffold shall have:

(a) non load-bearing members of nominal 3-½-inch O.D. steel tubing,

(b) bearers of dual channels C 5x6.7 (5" x 1-3/4" x 6.7#/ft.), and

(c) a minimum of one back-up clamp under each channel bracket.

(4) An equipment-duty tube and coupler scaffold shall have all posts, runners, and bracing of nominal 3-½- inch O.D. steel tubing. The load-bearing platform normally consists of two layers of wood staging plank placed on 14 x 14 inch timbers, which in turn are supported by the channel bearers. With posts spaced not more than 6 feet apart by 8 feet along the length of the scaffold, the scaffold shall have:

(a) non load-bearing transverse members of nominal 3-½-inch O.D. steel tubing,

CH-1 (b) bearers of dual channels C 7x12.25 (7" x 2-1/4" x 12.25#/ft.), and

(c) a minimum of two back-up couplers under each channel

## LARGE TUBE AND COUPLER SCAFFOLD REQUIREMENTS

Table 3-A: 3-½" Tube and Coupler Scaffolds - Light Duty

| | |
|---|---|
| Uniformly distributed load........ | Not to exceed 25 p.s.f. |
| Post spacing (longitudinal)....... | 10 ft. 0 in. |
| Post spacing (transverse)......... | 8 ft. 0 in. |

| Working levels | Additional planked levels | Maximum height |
|---|---|---|
| 1 | 11 | 120 ft. |
| 5 | 1 | 120 ft. |

Table 3-B: 3-½" Tube and Coupler Scaffolds - Medium Duty

| | |
|---|---|
| Uniformly distributed load........ | Not to exceed 50 p.s.f. |
| Post spacing (longitudinal)....... | 8 ft. 0 in. |
| Post spacing (transverse)......... | 6 ft. 0 in. |

| Working levels | Additional planked levels | Maximum height |
|---|---|---|
| 1 | 11 | 120 ft. |
| 4 | 8 | 120 ft. |

Table 3-C: 3-½" Tube and Coupler Scaffolds - Extra Heavy Duty

| | |
|---|---|
| Uniformly distributed load........ | Not to exceed 100 p.s.f. |
| Cantilevered deck 7 ft. out....... | Not to exceed 25 p.s.f. with a non-work level on adjacent interior deck. |
| Post spacing (longitudinal)....... | 8 ft. 0 in. |
| Post spacing (transverse)......... | 6 ft. 0 in. |

| Working levels | Additional planked levels | Maximum height |
|---|---|---|
| 0 | 5 | 120 ft. |
| 1 | 3 | 120 ft. |
| 2 | 1 | 120 ft. |
| 3 | 0 | 120 ft. |

Table 3-D: 3-½" Tube and Coupler Scaffolds - Equipment Duty

| | |
|---|---|
| Uniformly distributed load........ | Not to exceed 150 p.s.f. |
| Cantilevered deck 6 ft. out....... | Not to exceed 50 p.s.f. with a non-work level on adjacent interior deck. |
| Post spacing (longitudinal)....... | 8 ft. 0 in. |
| Post spacing (transverse)......... | 6 ft. 0 in. |

| Working levels | Additional levels/decks planked | cantilevered | Maximum height |
|---|---|---|---|
| 0 | 10 | 4 | 120 ft. |
| 1 | 10 | 2 | 120 ft. |
| 2 | 8 | 0 | 120 ft. |

**LARGE TUBE AND COUPLER SCAFFOLD REQUIREMENTS**

(5) Tube and coupler scaffolds shall be limited in heights and working levels to those permitted in tables 3-A, B, C, and D of this section. Drawings and specifications of all tube and coupler scaffolds above the limitations in tables 3-A, B, C, and D of this section shall be designed by C/980.2 and copies made available to the employer and for inspection purposes. CH-2

(6) All 3-½-inch tube and coupler scaffolds shall be constructed and erected to support four times the maximum intended loads as set forth in tables 3-A, B, C, and D of this section, or as set forth in a C/980.2 design, copies of which shall be made available to the employer and for inspection purposes. CH-2

(C) Construction

(1) Posts shall be accurately spaced, erected on suitable bases, and maintained plumb.

(a) Where the configuration of a tank prevents vertical placement of posts, such as pocket tanks in vessels, the plumb requirement shall be exempt.

(2) Runners shall be erected along the length of the scaffold located on both the inside and the outside posts at even height. Runners shall be interlocked to form continuous lengths and coupled to each post. The bottom runners shall be located as close to the base as possible. Runners shall be placed not more than 10 feet on centers.

(3) Bearers shall be installed transversely between posts and shall be securely coupled to the posts bearing on the runner coupler.

(4) Bearers shall extend beyond the posts and runners, and shall provide full contact with the coupler. Cantilevered bearers shall be used for personnel only.

(5) Cross bracing shall be installed across the width of the scaffold at least every third set of posts horizontally and every fourth runner vertically. Such bracing shall extend diagonally from the inner and outer runners upward to the next outer and inner runners.

(6) Longitudinal diagonal bracing shall be installed at approximately a 45-degree angle from near the base of the first outer post upward to the extreme top of the scaffold. Where the longitudinal length of the scaffold permits, such bracing shall be duplicated beginning at every fifth post. In a similar manner, longitudinal diagonal bracing shall also be installed from the last post extending back and upward toward the first post. Where conditions preclude the attachment of this bracing to the posts, it may be attached to the runners.

(7) Scaffolds with a height to base width ratio of greater than 4:1 shall be restrained from tipping by guying, tying, bracing, or

(8) Guardrails, toeboards, and wire mesh shall be installed in

accordance with (D)(4) of enclosure (1).

(9) Install and secure two scaffold planks for use as a work platform for assembly or dismantling of the next level of scaffold.

(10) Only competent and experienced personnel capable of tightening fasteners within the specified torque range shall assemble load bearing fasteners. When securing lift bracket clamps, use 2 wrenches (one on nut, one on bolt head). The desired bolt torque range is:

(a) 50 to 75 ft-lbs for coupler bolts.

(b) 100 to 125 ft-lbs channel and lift bracket clamping bolts.

(11) Secure channels in bracket by driving wooden wedges between channel and vertical bracket bolts. The wooden wedge shall be placed on the inner side of the scaffold (between the channel and bracket) pointed outboard, driven in until snug, and secured in place by driving in one 12d to 16d common nail per wedge. The nail shall be driven in on the outboard side of the spall bracket bolt and bent over the spall bracket bolt. Re-torque all coupler and channel bracket clamping nuts.

(12) Stairway towers may be built with 3-½-inch scaffold tube using 5-inch channels and wood plank.

(D) Preassembled Scaffolds

(1) Assemble by placing tube in preassembly fixture for lower set of posts (3 legs) and interlock securely with chain wrench. Position couplers on posts for intersecting members. Install longitudinal members, transverse members, and longitudinal diagonal bracing with male end locking device up. Position couplers on transverse members for upper set of posts (3 posts). Lay tube in fixture and couplers for upper legs, interlock ends securely and tighten couplers. Position couplers on upper legs for intersecting members. Install longitudinal members, longitudinal and transverse diagonal bracing.

(2) Prior to rigging a scaffold, visually confirm the color code of the lift bracket is still valid (i.e., the bracket is not overdue for testing). If bracket is in questionable condition, perform testing of 4.4.3. For transporting an upright scaffold, install lifting brackets near the base of the posts. Use backup couplers with all lift brackets.

(3) deleted (no longer performed)

(4) Preassembled scaffolds shall be disassembled if it is anticipated they will not be needed in the near future, or if they are physically or weather damaged. The scaffold should periodically be reconstructed on a planned program, and shall not have been used on

**LARGE TUBE AND COUPLER SCAFFOLD REQUIREMENTS**

more than 5 different work sites.

(E) Use. Prior to placing equipment on platforms, obtain approval from cognizant Process Manager of Shop 64. CH-3

(F) Supplemental Information

1) The working capacity of 3-½-inch components is as follows:

(a) coupler or channel bracket = 2,500 pounds.

(b) each backup coupler = 1,000 pounds additional capacity. CH-4

(c) The working capacity of lifting clamps is 8,000 pounds each.

2) Welded Bent cantilever load table.

| LIVE LOAD RATING | CHANNEL SECTION | SPAN PERMITTED |
|---|---|---|
| Light Duty (25 psf) | C7 x 12.25 | 8.0 ft |
| Medium Duty (50 psf) | C7 x 12.25 | 6.0 ft |
| Heavy Duty (75 psf) | C7 x 12.25 | 5.0 ft |
| Light Duty (25 psf) | C6 x 10.5 | 6.75 ft |
| Medium Duty (50 psf) | C6 x 10.5 | 5.0 ft |
| Heavy Duty (75 psf) | C6 x 10.5 | 4.0 ft |

Notes:

1) Table is based on loading on an 8 foot "effective width" of each spaul as shown below. If plank is continuous between multiple bents, the load rating and/or span must be reduced.
2) Dead Load of single layer merch or aluminum plank may be supported in combination with stated live loads.
3) Do not exceed plank capacity. CH-3



**SYSTEM SCAFFOLD REQUIREMENTS**

Table 4-A: System Scaffold - Light Duty

| | |
|---|---|
| Uniformly distributed load........ | Not to exceed 25 p.s.f. |
| Post spacing (longitudinal)....... | 9 ft. 0 in. |
| Post spacing (transverse)......... | 4 ft. 0 in. |

| Working levels | Additional planked levels | Maximum height |
|---|---|---|
| 1 | 16 | 125 ft. |
| 2 | 11 | 125 ft. |
| 3 | 6 | 125 ft. |
| 4 | 1 | 125 ft. |

Table 4-B: System Scaffold - Medium Duty

| | |
|---|---|
| Uniformly distributed load........ | Not to exceed 50 p.s.f. |
| Post spacing (longitudinal)....... | 5 ft. 0 in. |
| Post spacing (transverse)......... | 4 ft. 0 in. |

| Working levels | Additional planked levels | Maximum height |
|---|---|---|
| 1 | 16 | 125 ft. |
| 2 | 11 | 125 ft. |
| 3 | 6 | 125 ft. |
| 4 | 1 | 125 ft. |

(A) General

(1) From ANSI A10.8 with local additions/clarifications. Technical information, including table 4-A and B development, is from Bil-Jax/Perfect Plettac System Scaffold Technical Manual. See page 4 for illustration of components.

(B) Design

(1) <u>Allowable Loads and Working Levels</u>

(2) 1-1/2" diameter tubular leveling jack capacity is 7200 lbs at 12" or less extension for leveling jack.

(3) The maximum permissible spans for planking shall be in conformance with Table 1-A of enclosure (1). CH-1

(4) The erected scaffold assembly shall be designed to support without failure its own weight and at least four times the maximum intended load. The spacing of posts and runners shall be consistent with the loads imposed so as not to exceed the safety factor of any CH-2

[illegible]

professional engineer shall be consulted for allowable [illegible]

**SYSTEM SCAFFOLD REQUIREMENTS**

spacings. (tables 4-A and 4-B were developed from manufacturer input).

(5) System scaffolds erected higher than 125 feet above the adjustable base shall be designed by a licensed professional engineer, and copies of the drawing and specifications shall be made available at the jobsite for inspection purposes. CH-2

(6) System scaffold components manufactured by different companies shall not be intermixed.

(C) Construction

(1) Prior to erection, an inspection shall be made of all components. Damaged or deteriorated components shall not be used and shall be removed from the job site.

(2) The tools that are recommended by the manufacturer shall be used during erection and dismantling of a scaffold.

a) Smooth-face hammers only shall be used for System scaffold installation to minimize wear on toggle connections.

CH-2 (3) All posts shall be supported by adjustable bases on sills or other suitable foundations adequate to support the maximum intended load including the weight of the scaffold and to provide vertical alignment of connecting points.

(4) Posts shall be erected plumb, with runners and bearers level.

(5) Install and secure two scaffold planks for use as a work platform for assembly or dismantling of the next level of scaffold.

(6) See page 5 for illustrations of the following requirements recommended by the manufacturer.

(a) Each erected system scaffold assembly shall be braced with vertical diagonal braces to provide rigidity, as recommended by the scaffold manufacturer.

(b) Horizontal diagonal braces or other suitable means shall be used to square scaffolds at the base and to provide tie-point rigidity, as recommended by the manufacturer.

CH-2 (c) The running scaffold shall be secured to the wall or structure when the scaffold height exceeds four times its minimum base dimension. The first tie shall be at this level. Additional ties shall be repeated vertically at the following intervals; scaffolds 3 feet and narrower in width, 20 feet; scaffolds wider than 3 feet, 26 feet. Ties shall be placed horizontally at intervals no greater than 30 feet and at each end of the scaffold. The top tie shall be placed no lower [illegible]

**SYSTEM SCAFFOLD REQUIREMENTS**

or away from the wall or structure.

(7) All connections on a scaffold level shall be made secure before assembly of the next level.

(8) Where uplift may occur, post members shall be locked together vertically by pins or other equivalent means.

(9) Guardrails, toeboards, and wire mesh shall be installed in accordance with (D)(4) of enclosure (1).

(a) When guardrail systems are used, the runner directly below the midrail may be omitted. When guardrail systems are removed to other levels, extra runners shall be installed.

(b) Runners shall be placed no more than 7 feet vertically on centers.

(10) Access to platform levels shall be provided as specified in section (E) of enclosure (1).

(11) When a scaffold system is being dismantled, the components above each tie shall be dismantled or removed before the tie is removed.

INDUSTRIAL PROCESS INSTRUCTION 0991-901A

## SYSTEM SCAFFOLD REQUIREMENTS

(1) Leveling screw jack (used with post collars)

(2) Post with fixed rings for member locations

(3) Bearer

(4) Runner

(5) Horizontal Diagonal

(6) Guardrail Post (used at top levels only)

(7) Vertical Diagonal

(8) Plank (wood, steel, or aluminum)

(9) Guardrail (items (3) and (4) used)

(10) Toeboard




Member Installation on Post:



**SYSTEM SCAFFOLD REQUIREMENTS**

TYPICAL BRACING AND TIEING SCHEME






Enclosure (4)

## HANGING SCAFFOLD REQUIREMENTS

Table 5-A: Saddle Bracket Hanging Scaffolds - Light Duty

| | |
|---|---|
| Uniformly distributed load | Not to exceed 25 p.s.f. |
| Bracket spacing (longitudinal or plank direction) | 14 ft. 0 in. |
| Bracket spacing (transverse or timber direction) | 5 ft. 0 in. |
| Working levels | 1 |

Table 5-B: Saddle Bracket Hanging Scaffolds - Medium Duty

| | |
|---|---|
| Uniformly distributed load | Not to exceed 50 p.s.f. |
| Bracket spacing (longitudinal or plank direction) | 11 ft. 0 in. |
| Bracket spacing (transverse or timber direction) | 4 ft. 0 in. |
| Working levels | 1 |

Table 5-C: Saddle Bracket Hanging Scaffolds - Blasting Duty

| | |
|---|---|
| Uniformly distributed load | Not to exceed 25 p.s.f. |
| plus Concentrated load per 12-inch wide plank* | Not to exceed 125 pounds |
| Bracket spacing (longitudinal or plank direction) | 10 ft. 0 in. |
| Bracket spacing (transverse or timber direction) | 5 ft. 0 in. |
| Working levels | 1 |

*Plywood covered deck with a one-person load on every other plank.

Table 5-D: Tube Beam Clamp Hanging Scaffolds - Light Duty

| | |
|---|---|
| Uniformly distributed load | 0 |
| Concentrated load | Not to exceed one-person load per bay |
| Post spacing (longitudinal direction) | 8 ft. 0 in. |
| Post spacing (transverse direction) | 4 ft. 0 in. |
| Working levels | 1 |

(A) General

(1) This enclosure provides hanging scaffold requirements from 29 CFR §1910.28(p), along with local requirements which are unique to PSNS.

(2) See pages 4 and 5 for typical hanging scaffold layouts and installation requirements.

(B) Design

capable of supporting at least six times the intended load.

(2) For hanging wood scaffolds, the following minimum nominal size

**HANGING SCAFFOLD REQUIREMENTS**

material is recommended:

(a) Supporting bearers 2 by 9 inches on edge.

(b) Planking 2 by 9 inches or 2 by 10 inches, with maximum span 7 feet for heavy duty and 10 feet for light duty or medium duty.

(3) Steel tube and coupler members may be used for hanging scaffolds with both types of scaffold designed to sustain a uniform distributed working load up to heavy duty scaffold loads with a safety factor of four.

(a) Tables 2-A and B of enclosure (2) may be used for allowable member spacing and loading. However, only one working or plank level is allowed. Wall scaffold applications only are allowed unless adjacent bays in the transverse direction are not simultaneously loaded.

(4) Saddle bracket hanging scaffolds shall be constructed with the following components.

(a) Bearers shall be Gr. #1 or better, 4 x 6 nominal Douglas Fir.

(b) Twist bar, Saddle brackets, flat bar, beam clamps, and bolts shall be in accordance with Section I (of main body), 1.4.1.

(c) Permissible plank spans for the loading identified shall be governed by the limitations of Table 1-A of enclosure (1).

(5) Saddle bracket hanging scaffolds shall be limited in loading to that permitted in tables 5-A, B, or C of this section. All loadings are acceptable for stage scaffolds. Drawings and specifications of all saddle bracket Hanging scaffolds above the limitations in tables 5-A, B, or C of this section shall be designed or approved by C/980.2, with copies of the design made available to the employer and for inspection purposes.

CH-2

(a) If FRX bearers are used, the allowable loads of tables 5-A, B, and C shall be reduced by 25%.

(6) Table 5-C is applicable to work requiring abrasive blasting on covered decks.

(7) Tube clamp hanging scaffolds shall be constructed with components listed in Section I (of main body), 1.4.2.

(8) Tube clamp hanging scaffolds shall be limited in loading to that permitted in table 5-D of this enclosure. Loadings are acceptable for stage scaffold applications. Drawings and specifications of all tube clamp Hanging scaffolds above the limitations in table 5-D of this section shall be designed or approved by Code 980.2, with copies of the design made available

## HANGING SCAFFOLD REQUIREMENTS

(a) Scaffold beam clamps shall always be used in pairs unless used as secondary members (e.g., bracing, etc.). CH-4

(b) Suspended load capacity of scaffold beam clamp is 800-pounds each.

(9) Other styles of hanging scaffolds may be used provided they are designed or approved by Code 980.2 and copies made available to the employer and for inspection purposes.

(10) Painter pads on carriers, in good condition, have the following load rating which meets the required 4 to 1 safety factor. CH-4

(a) 1000-pounds when loaded at $\pm$ 25 degrees out of the plane of the eye.

(C) Construction

(1) When a hanging scaffold is supported by means of wire rope, such wire rope shall be wrapped at least twice around the supporting members and twice around the bearers of the scaffold, with each end of the wire rope secured by at least three standard wire-rope clips.

(a) Wire rope shall be secured to prevent slipping off bearer ends.

(2) All overhead supporting members shall be inspected and checked for strength before the scaffold is erected.

(3) Guardrails, toeboards, and wire mesh shall be installed in accordance with (D)(4) of enclosure (1).

INDUSTRIAL PROCESS INSTRUCTION 0991-901A

## HANGING SCAFFOLD REQUIREMENTS

SADDLE BRACKET & WIRE ROPE STYLE




SADDLE BRACKET STYLE

(LONGITUDINAL VIEW SHOWN)




WIRE ROPE STYLE

(TRAVERSE VIEW SHOWN)

TUBE BEAM CLAMP STYLE




PARTIAL SIDE ELEVATION VIEW

(LONGITUDINAL DIRECTION) PLANK NOT SHOWN




PARTIAL END ELEVATION VIEW

(LONGITUDINAL DIRECTION)



Enclosure (5)

## MOBILE SCAFFOLD REQUIREMENTS

General

(1) From 29 CFR §1910.29 with local additions/ clarifications.

(2) This enclosure is intended to prescribe rules and requirements for the design, construction, and use of mobile work platforms and rolling (mobile) scaffolds (towers). This enclosure is promulgated to aid in providing for the safety of life, limb, and property, by establishing minimum standards for structural design requirements and for the use of mobile work platforms and towers.

(3) Mobile scaffolds include those constructed of tube and coupler components.

(4) All scaffold casters shall be provided with a positive wheel and/or swivel lock to prevent movement.

(a) Casters shall be visually inspected prior to each use and removed from service if damaged.

(B) Design

(1) Work platforms and scaffolds shall be capable of carrying the design load under varying circumstances depending upon the conditions ~~of use. Therefore, all parts and appurtenances necessary for their~~ safe and efficient utilization must be integral parts of the design.

(2) Specific design and construction requirements are not a part of this section because of the wide variety of materials and design possibilities. However, the design shall be such as to produce a mobile ladder stand or scaffold that will safely sustain the specified loads. The material selected shall be of sufficient strength to meet the test requirements and shall be protected against corrosion or deterioration.

(3) Material. The material used for the couplers shall be of a structural type, such as a drop-forged steel, malleable iron or structural grade aluminum. The use of gray cast iron is prohibited.

(4) The design load of all scaffolds shall be calculated on the basis of:

(a) *Light*-Designed and constructed to carry a working load of 25 pounds per square foot.

(b) *Medium*-Designed and constructed to carry a working load of 50 pounds per square foot.

(c) *Heavy*-Designed and constructed to carry a working load of 75 pounds per square foot.

times the design working load.

**MOBILE SCAFFOLD REQUIREMENTS**

(6) The materials used in scaffolds shall be of standard manufacture and conform to standard specifications of strength, dimensions, and weights, and shall be selected to safely support the design working load.

(7) Wheels or casters shall be properly designed for strength and dimensions to support four (4) times the design working load.

(C) Construction

(1) Only the manufacturer of the scaffold or their qualified designated agent shall be permitted to erect or supervise the erection of mobile tube and coupler scaffolds exceeding 50 feet in height above the base, unless such structure is approved in writing by a licensed professional engineer, or erected in accordance with instructions furnished by the manufacturer.

(2) Nails, bolts, or other fasteners used in the construction of ladders, scaffolds, and towers shall be of adequate size and in sufficient numbers at each connection to develop the designed strength of the unit. Nails shall be driven full length. (All nails should be immediately withdrawn from dismantled lumber.)

(3) The work level platform of scaffolds (towers) shall be of wood, aluminum, or plywood planking, steel or expanded metal, for the full width of the scaffold, except for necessary openings. Work platforms shall be secured in place. All planking shall be 2- inch (nominal) scaffold grade minimum 1,500 f. (stress grade) construction grade lumber or equivalent.

(4) All exposed surfaces shall be free from sharp edges, burrs or other safety hazards.

(5) The maximum work level height shall not exceed three (3) times the minimum or least base dimension of any mobile scaffold. Where the basic mobile unit does not meet this requirement, suitable outrigger frames shall be employed to achieve this least base dimension, or provisions shall be made to guy or brace the unit against tipping.

(6) The minimum platform width for any work level shall not be less than 20 inches for mobile scaffolds (towers).

(7) The supporting structure for the work level shall be rigidly braced, using adequate cross bracing or diagonal bracing with rigid platforms at each work level.

(8) Guardrails, toeboards, and wire mesh shall be installed in accordance with (D)(4) of enclosure (1).

**MOBILE SCAFFOLD REQUIREMENTS**

(9) A climbing ladder or stairway shall be provided for proper access and egress, and shall be affixed or built into the scaffold and so located that its use will not have a tendency to tip the scaffold. A landing platform shall be provided at intervals not to exceed 21 feet. CH-3

(10) Where leveling of the elevated work platform is required, screw jacks or other suitable means for adjusting the height shall be provided in the base section of each mobile unit.

(D) Use

(1) Ensure casters are locked before climbing or working on a mobile scaffold.

(2) The user shop is authorized to move mobile scaffold. Ensure the travel path is clear both on the ground and above, make sure the area you are moving the scaffold to is flat and level visually. Inspect the work platform and remove all loose material, make sure that no lines, cables, wires or hoses are secured to the ship or other structure. Unlock the wheels before attempting to move the scaffold. Do not use a forklift or other vehicle to move the scaffold. When you get the scaffold in place lock the wheels. CH-3

(3) Scaffolds shall not be moved horizontally while occupied. CH-4

Note: 29 CFR §1910.29(a)(2)(ii)(a), (a)(3)(iv), (b), and (c) are not applicable to Shipyard scaffolding and therefore are not a part of this enclosure.

INDUSTRIAL PROCESS INSTRUCTION 0991-901A

## TRAFFIC CHART

| | Description of Duty | Paragraph No. | Code 248.5 | Shop 64/72 | Shop 64 | Shop 72 | Users |
|---|---|---|---|---|---|---|---|
| 1. | Begin Process | | | | | | |
| 2. | Issue Technical Work Documents (TWDs) and provide technical assistance as required. | 6.1.1 | | | | | |
| 3. | Supervisors evaluate scaffold job for potential safety hazards and specify safety harnesses if required. | 6.1.2 | | | | | |
| 4. | Determine style of scaffold required. | 6.1.3 | | | | | |
| 5. | Request Shop 64 construct temporary pipe supports. | 6.1.4 | | | | | |
| 6. | Erect scaffolding in accordance with applicable enclosures. | 6.2 | | | | | |
| 7. | Transport components to locations indicated by Shop 64. | 6.2.7 | | | | | |
| 8. | Rig and transport pre-assembled scaffolds as requested by Shop 64. | 6.2.8 | | | | | |
| 9. | Visually check scaffolds as identified in Section 4.3.1 and 4.3.2 of this IPI. | 6.2.9 | | | | | |
| 10. | Test scaffolds as required in Section 4.4 of this IPI. | 6.2.10 | | | | | |
| 11. | Visually check scaffolds as stated in Section 4.3.3 of this IPI. | 6.3.2 | | | | | |
| 12. | Any modifications required? If Yes - request Shop 64 to modify scaffolds. | 6.3.3 | | | | Yes | |
| 13. | Modify scaffold as required. | 6.3.3 | | | | | No |
| 14. | Continued on Sheet 2 | | | | | | 1 |

Begin or End of process    Process step    Decision step

INDUSTRIAL PROCESS INSTRUCTION 0991-901A

## TRAFFIC CHART

| | Description of Duty | Paragraph No. | Code 248.5 | Shop 64/72 | Shop 64 | Shop 72 | Users |
|---|---|---|---|---|---|---|---|
| 15. | Continued from Sheet 1 | | | | | | (1) |
| 16. | Use scaffold in accordance with the applicable requirements of enclosures (1) through (6). | 6.3.1 | | | | | □ |
| 17. | Inform Shop 64 when scaffold is no longer needed. | 6.3.4 | | | | | □ |
| 18. | Dismantle scaffolding when requested or when no longer deemed necessary. | 6.4.1 | | | □ | | |
| 19. | Rig and transport preassembled scaffold(s) as requested by Shop 64. | 6.4.2 | | | | □ | |
| 20. | Inspect disassembled scaffold components as specified in Section 4.3.5 of this IPI. | 6.4.3 | | | □ | | |
| 21. | Transport components to location specified by Shop 64. | 6.4.4 | | □ | | | |
| 22. | Store material. | 6.4.5 | | | □ | | |
| 23. | End of Process | | | | ⬭ | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

⬭ Begin or End of process □ Process step ◇ Decision step

# IPI/UIPI FEEDBACK RECORD

Ref: NAVSHIPYDPUGETINST 5240.1

| | | |
|---|---|---|
| IPI/UIPI NO. | CAT NO. | |
| TITLE: | | |
| FROM: NAME | SHOP | SECTION |
| TO: ORIGINATING/POINT OF CONTACT CODE | | |

PRESENT PROCESS:

PROCESS IMPROVEMENT:

| | | | |
|---|---|---|---|
| SUPERVISOR SIGNATURE: | SHOP | PHONE | DATE |

FORWARD COMPLETED PROCESS INSTRUCTION FEEDBACK RECORD TO THE ORIGINATING CODE.

PSNS 5240/3 (Rev. 3-99)