# INDUSTRIAL PROCESS INSTRUCTION CATEGORY IV SHOP 64

TITLE: SHIPWRIGHTS WORKING ALOFT

NO. 0064-011 REVISION C
CANCELS 0064-011 REVISION B
EFFECTIVE DATE 04/30/2004
CATEGORY IV
APPL. TYPE SHIP N/A
SHIP SYSTEM N/A
TRADE/KEY SHOP S/64 CODE 16
ASSIST SHOPS N/A
TPY 16

PUGET SOUND NAVAL SHIPYARD BREMERTON WASHINGTON

## SECTIONS


I EQUIPMENT
II MATERIAL
III OSH/ENVR
IV QA
V LEADING EDGE PROCESS
VI METHOD
VII TRAINING/SKILL
VIII FEEDBACK


ORIGINATOR
SHIPYARD NAVSHIP PUGET
CODE 964
PREPARED BY B. E. Boals
PHONE 476-4217

## DISTRIBUTION NAVSHIPYD PUGET

106, 106.2,
SHOP 57/64 Superintendent
S/64 Sr. Process Manager
S/64 Shipwright Process Manager
S/64 Shipwright Supervisors

## APPROVALS

ORIGINATOR
106
130 N/A
240 N/A
248 N/A
290 N/A

S/64 Process Mgr
S/64 SR Process Mgr
SHOP 57/64 SUPT
2300 N/A
105 N/A

BIENNIAL REVIEW
ORIGINATOR ____________________
DATE ____________________

THIS TYPE B INSTRUCTION SHALL ALWAYS BE FOLLOWED ON AUTHORIZED WORK UNLESS SPECIFICALLY REVOKED OR SUPERSEDED.

# WORKING ALOFT

References: (a) NAVSHIPYPUGET P5100 (2)(REV.3-95) Safety Rules Handbook
(b) NAVSHIPYDPUGET P5100 Vol. II Chapter 5

Enclosure: (1) IPI Feedback Record

## SCOPE

This Category IV Industrial Process Instruction (IPI) establishes safety requirements for working aloft when erecting staging, jacking reactor compartments and building dock settings.

## PREREQUISITES

Shop 64 Shipwright Supervision, with the help of the competent person, shall evaluate each job, prior to starting work, to determine if fall protection is required.

Shop 64 supervision shall evaluate the capability of individual employees to work aloft prior to manning jobs.

## GENERAL NOTES

1. Per reference (a), paragraph 14.c. When working at heights greater than 5', guardrails must be installed or fall protection must be provided.

2. While erecting, modifying, or dismantling scaffolding, Shop 64 Shipwrights are required to utilize fall protection equipment when erecting or dismantling scaffolding unless fall protection anchorage points are not reasonably achievable. If, upon evaluation, fall protection is determined to be not achievable, the "Leading Edge Process", section 5, will be utilized. Personal flotation devices are required when working over water below twenty-five feet.

3. Fall Protection Competent Person (CP) will evaluate fall protection scenarios at the request of the Supervisor, employee or any concerned party.

This page left blank

1.0 SECTION I: EQUIPMENT

1.1 Fall protection kit

1.2 Approved ladder -- (a folding stepladder, meeting the requirements of reference (c)

1.3 Clamp bag and pulley

2.0 SECTION II: MATERIAL

2.1 Staging components (pipe, clamps, spaul brackets, "systems", etc.)

2.2 Staging plank

3.0 SECTION III: OCCUPATIONAL SAFETY AND HEALTH (OSH)

3.1 A primary cause of falls is failure of people to pay close attention to where they are stepping. The best protection against falls is the attention you give to what you are doing, how you are doing it, and constant attention to your footing.

3.2 Per reference (a), when working aloft, remain alert and observe the following precautions:

3.2.1 The wind is stronger aloft and carries small particles of dust or other material; wear appropriate eye protection (i.e. safety glasses or goggles).

3.2.2 Secure all tools, both hand and portable, to prevent them from falling and injuring someone below. Do not leave tools, equipment, or debris aloft.

3.2.3 Notify persons working in the area when you are preparing to work aloft. When deemed necessary by supervision, erect barricades around the base perimeter with signs or barrier tape stating "Personnel Working Aloft".

3.2.4 Heights affect people in different ways. You may be climbing and working aloft regularly with no ill effects, but it is possible for you to become ill or dizzy. If this happens, try to keep your balance and do not attempt to descend. Request assistance from a fellow worker.

3.2.5 Rescue is a function of the Shipyard Fire Department. Call NESCOM (911). The Fire Department will coordinate rescue efforts.

3.2.6 When working aloft at night, make certain adequate lighting is provided.

3.2.7 Before going aloft aboard ship, check with Ships Force or your supervisor to ensure that all radar, electrical control equipment, and radio transmitters have been de-energized, tagged, and locked out, prohibiting use until work aloft has been completed.

4.0 SECTION IV: QUALITY ASSURANCE

4.1 Fall Protection trained employees are required to perform the following actions before using fall protection equipment:

4.1.1 Prior to each use, inspect fall protection equipment for dry rot, chemical damage, or other defects which may affect their strength of usability. Defective equipment shall not be used.

4.1.2 Secure the lanyard with a minimum of slack to a5000 pound Improvised anchorage point, or 3600 Engineered anchorage point.

4.1.3 Change the attachment point as the work progresses to keep the fall protection anchorage point above the back "D" ring, and above the employee.

4.1.4 Attachment points specifically for lanyard connections are provided in AWP's. Railings shall not be used.

4.1.5 Immediately return fall protection equipment that is defective or has been subject to impact forces to Shop 06. Advise Shop 06 of the reason the equipment is being returned and notify your supervisor that the equipment was returned.

4.2 Shop 64 supervision will ensure, by visual inspection, that Shop 64. personnel adhere to the guidelines of this instruction.

5.0 SECTION V: LEADING EDGE PROCESS

5.1 Fall protection is <u>required</u> when erecting or dismantling scaffolding unless fall protection anchorage points are <u>not reasonably achievable</u>. If, upon evaluation, fall protection is determined to be not reasonably achievable, the "Leading Edge Process" will be utilized.

5.1.1 The lifeline/scaffold leading edge shall be erected/dismantled in a systematic manner. The employee will work immediately adjacent to, and behind leading edge of the lifeline/scaffolding being erected/dismantled.

5.1.2 Lifeline/scaffolding shall be stored in a manner that does not present a tripping hazard.

5.1.3 Shipwright employees engaged in leading edge lifeline construction/ dismantle work should only do so within the boundary confines of the scaffold/lifeline already erected whenever possible.

5.2 To determine Leading Edge process applicability to a specific worksite, the Shipwright Supervisor or designated Lead Shipwright, shall evaluate the site prior to accomplishing work. Examples of leading edge scaffolding work can be the topside submarine/ship lifeline, rooftop, or unguarded deck edge.

5.3 If Leading Edge process is to be used in lieu of fall protection equipment, the supervisor, or designated lead mechanic, shall brief the entire crew to safety and leading edge methods for the specific job prior to work commencing.

5.4 If, during the scaffold construction/dismantle process, a question or deviation of the leading edge process is required, work will be stopped, the area will be secured, and the appropriate Shipwright supervisor will be contacted for guidance.

5.4.1 If securing the area is not possible, the scaffolding shall be made inaccessible and posted with a "DANGER-STAGING INCOMPLETE" sign.

6.0 SECTION VI: TRAINING AND SKILL REQUIREMENTS

6.1 Shop 64 Shipwright supervision shall provide copies of this instruction to personnel.

6.1.2 S/64Install and secure at least two staging planks for use as a work platform for assembling or dismantling of the next level of pipe staging.

6.2 Supervisors shall have all personnel assigned to their crew sign a training roster indicating that they have read and fully understand this instruction.

6.3 Supervisors shall forward the completed roster to Shop 64 process office where it will be maintained.

7.0 SECTION VII: METHOD

| STEP # | ACCOUNTABLE SHOP/CODE | ACTION |
|---|---|---|
| 7.1 | | STANDARD STAGING |
| 7.1.1 | S/64 Supv | Evaluate the staging job for potential hazards and determine if fall protection is required. Refer to the Fall Protection Competent Person when necessary |

| STEP # | ACCOUNTABLE SHOP/CODE | ACTION |
|---|---|---|
| 7.1.3 | S/64 | Refrain from walking on staging pipe, while erecting, modifying, or dismantling scaffolding. |
| 7.1.4 | S/64 | When passing staging material up from a lower non platform level, one rail of lifeline is required and enough plank to safely walk from corner to corner. |
| 7.1.5 | S/64 | Install intermediate platforms on stagings in excess of 20 feet high that have ladder access. There shall not be more than 20 feet between the working and intermediate platform levels, eliminating the need to climb more than twenty feet at one time. |
| 7.1.6 | S/64 | Use a clamp bag to pass material. |

8.0 SECTION VIII: FEEDBACK

8.1 Shop 64 is responsible for the preparation, review, and maintenance of this IPI. All shops and codes shall provide recommendations for action on this IPI to Shop 64.

8.2 To improve process effectiveness, use the Feedback Record to provide feedback to the originator of the IPI. Enclosure (1) is an example of a Feedback Record used to describe the present process and the recommended improvements. The originator will review the feedback information to determine what course of action is necessary. Once the process in question has been resolved, a response will be sent back to the originator of the Feedback Record.

(U) IPI FEEDBACK RECORD
PSNS 5240/3 (REV. 12/88)

Ref. NAVSHIPYDPUGETINST 5240.1

| (U) IPI NO. | CAT NO. |
|---|---|
| 0064-011 REVISION C | IV |

TITLE
SHIPWRIGHTS WORKING ALOFT

| FROM: NAME | SHOP 64 | SECTION |
|---|---|---|

TO: ORIGINATING/POINT OF CONTACT CODE
SHOP 64 Process Office 6-4217

PROCESS IMPROVEMENT

| SUPERVISORS SIGNATURE | SHOP 64 | PHONE 6-4217 | DATE |
|---|---|---|---|

FORWARD COMPLETED FEEDBACK RECORD TO SHOP 57/64 PROCESS OFFICE

Enclosure (1)