**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER JAYNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-856C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**Declaration of Gerald A. ("Rocky") McNeil**

**Pursuant to 28 U.S.C. §1746, I, Gerald A. ("Rocky") McNeil, declare that the following is true and correct:**

1. I am a federal employee. I currently work at the Puget Sound Naval Shipyard and Intermediate Maintenance Facility ("Shipyard"). I have worked at the Shipyard since December 15, 1982. I work in the Shipyard Safety Office, also known as Code 106. My area of responsibility is fall safety, and I am familiar with the Occupational Safety and Health Administration regulations and guidance on fall safety. I am also familiar with all Navy and Shipyard guidance on fall safety. My title is Fall Protection Program Manager.

2. Part of the function of the Safety Office is to continuously evaluate safety practices at the Shipyard. One result of these safety evaluations is a publication which the Safety Office maintains, generally known as the Shipyard Safety Manual. The official title is Shipyard Occupational Safety and Health Manual, PSNS&IMFINST 5100.66B-11-5 CH-1.

3. One chapter in the Shipyard Safety Manual is specifically devoted to Fall Safety. It is Volume 2, Chapter 5. Chapter 5 includes an appendix, which is applied to all Navy Shipyards under the authority of the Naval Sea Systems Command. This appendix includes a description of

fall safety criteria, including a requirement to use "fall protection equipment." It also includes a specific exception to the use of fall protection equipment related to "erecting or dismantling staging or scaffolding." I have attached a copy of one page from this appendix that includes this written exception. The exception is located in paragraph B(1)(e).

4. This exception was introduced by the Safety Office prior to my becoming the Fall Protection Program Manager. However, I know from my earlier involvement with the Fall Safety Program and with safety oversight of the Shop 64 Shipwright work processes, that this exception was introduced after an in-depth evaluation of staging work. This safety evaluation included both a review of Shop 64 Shipwright work processes and an evaluation of the injury data related to work conducted by Shop 64.

5. A review of the latest injury data for Shop 64 for the period of 1997 to 2007 indicates that there have been no recorded injuries related to falls from scaffolding for work that was done as part of this exception. We continue to evaluate all safety measures, and receive continuous input from OSHA and from safety professionals providing best practices from the private industry. As part of this, I am aware that our exception for the use of fall protection equipment is consistent with industry scaffold building practices.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on the 30th day of November, 2007, in Bremerton, Washington.**

[signature]

**Gerald A. McNeil**

9. Lanyard. A flexible line of up to 6 feet consisting of webbing, rope, or cable that connects a safety harness to a lifeline, anchorage connector, or anchorage.

10. Rope-Grab. A device traveling along a lifeline (usually vertical), that will engage and lock to arrest a fall. Rope-grabs can be of the "automatic" type, which automatically engage the rope in the event of a fall, or "manual" type, that must be manually moved along the length of the rope, and locks when released.

11. Safety Harness. A device that is secured about the wearer in such a manner as to spread the shock load of the fall impact across the wearer's body.

12. Safety Monitor. A safety system in which a competent person monitors the safety of personnel in a fall hazardous area, and warns them when it appears to the monitor that the personnel are unaware of the fall hazard, or are acting in an unsafe manner.

13. Unguarded Edge. An edge of a working or standing surface with a fall hazard greater than five feet that is not guarded by a standard guardrail or equivalent.

**B. Fall Protection Requirement Criteria:**

1. Shipyard personnel shall utilize fall protection equipment as follows:

a. When operating or working from the basket of an Aerial Work Platform.

b. When an Aerial Work Platform basket is positioned over water, fall protection equipment will be disconnected and an approved personal flotation device worn, in order to reduce the risk of injury or drowning.

c. When climbing ladders fitted with ladder climbing devices.

d. When elevated in a Crane-Suspended Personnel Platform.

e. When working at heights greater than 5 feet and not protected by a standard guardrail, except when working from a sloping ladder (step ladder or extension ladder) or climbing a fixed ladder. **Exception:** When erecting or dismantling staging or scaffolding.

2. There is no minimum job duration allowed excluding the fall protection requirement. For example, if a 2-minute job requires 15 minutes to establish fall protection, personnel shall then spend the 15 minutes to establish their fall protection. **Exception:** If a fall protection anchorage point has not previously been established, the first job of the first person exposed to the fall hazard is to establish fall protection for himself/herself, and all personnel that follow.

3. There is no minimum acceptable distance from an unguarded edge. Unguarded edges shall be guarded by standard guardrails or equivalent, or fall protection equipment will be utilized. Warning systems such as barrier tape **are not** considered a physical barrier. A physical barrier, such as rope, chain, closed hatch, or closed door, which prevents personnel from approaching an unguarded edge is an acceptable method of guarding an edge. Safety monitors shall not be employed as a method of fall protection.

**Note 1**: Piers, quay walls, and flooded drydocks are not considered unguarded edges. However, working at the edge of a pier, quay wall, or flooded dry-dock five feet or more above a solid surface, such as a camel or barge requires fall protection.



*FOR ILLUSTRATION PURPOSES ONLY - DO NOT REPRODUCE*