**CERTIFICATE OF FILING**

This is to certify that on this 3rd day of December, 2007, a copy of the foregoing "DEFENDANT'S SUPPLEMENTAL APPENDIX IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION NO. 2 FOR PARTIAL SUMMARY JUDGMENT OR RCFC 52 RULING THAT WORK ON OR ABOVE THE FIRST LEVEL OF INCOMPLETE STAGING CONSTITUTES HIGH WORK" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice