Subj: HIGH PAY GRIEVANCE – SHIPWRIGHT WORK

Ref: (a) Grievance 05153-K of 4/13/99
(b) Grievance Meeting of 5/20/99
(c) Discussion with management SME (Winkler), various dates
(d) Tour of Staging on 11/10/99
(e) BMTC Agreement, Article 10 and Appendix II
(f) 5 USC 5343(c)(4)
(g) 5 CFR 532.511 and Appendix A to Subpart E
(h) OPM Operating Manual 532-1, Subchapter 8-7 and Appendix J

SUMMARY OF UNION'S POSITION

BMTC asserts that work performed by Shipwrights in building and dismantling staging warrants high pay (25%) under references (e) through (h). Examples of claimed qualifying work include: building or dismantling staging while standing on unguarded planks, pipe, or staging couplings, work from other unguarded edges (eg ships/submarine decks or hulls), and similarly unguarded work in heavy rain, wind, or darkness.

INVESTIGATION

Information concerning the work situations at issue in this matter was gathered through references (a) through (d). During the grievance meeting, the union representative and several witnesses described various staging work situations. The management SME confirmed that work situations described were accurate depictions of typical staging work. The tour of staging provided by the union representative and the management SME further illustrated those descriptions.

The following illustrates the typical process for erecting staging. Variables exist, including height of the staging, location of the staging (ground, hanging, ships deck, carrier mast), size and weight of the staging material, and environmental conditions (weather, darkness).

The work begins on the ground/deck (except for hanging staging), and shipwrights work up from the previously built level. The build work is typically performed in teams of two, with other shipwrights working from the ground or from a JLG providing materials to the builders. The shipwrights building the structure are standing on the pipe or on one nine to twelve inch plank while building up to the next level. The shipwrights are handling and installing staging materials weighing up to 100 pounds while standing there. There are no lifelines, railings, or other enclosures around the unfinished staging levels. These shipwrights are also climbing the pipe, using vertical pipe and staging couplings as foot holds, to move from level to level. The height between levels varies based on staging material used, but is typically between 7 to 11 feet. The shipwrights typically use two planks in building the staging (one on each side of the level), and move them from level to level as they work. When the staging reaches a working level (where other workers will be using it), the level is fully planked and lifelines (safety rails) are installed.

FILED
DEC 5 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE U.S. COURT OF FEDERAL CLAIMS
NO (S) 04-856C
Pltf's. Deft's 27 (No. of Sheets)
Joint Ct's. In Evid.



J0000730

Dismantling the staging consists basically of the building process in reverse. Lifelines (on worker levels) come down, planking is removed, and the staging is dismantled from the top down. Shipwright dismantlers are standing on the pipe, one plank, or staging couplings while dismantling, and are climbing the pipe and staging couplings to move down from level to level. The two working planks are moved down level by level as the dismantlers work down. The dismantled staging materials are handed to Shipwrights in JLG's or are passed down to the ground.

Shipwrights receive 25% high pay differential when working on structures at or above 100 feet from the ground, deck, or other surface. They also receive the differential on occasion when environmental conditions make the work unusually hazardous (such as during high winds and heavy rain). The Shipwrights in the JLG's receive 25% high pay.

The Shipwrights also build lifelines around the edges of ships and submarines, both in dock and in the water. Ships structures or other stable fixtures are available to properly secure fall protection when performing this work.

RECOMMENDATION

Pertinent regulations governing this matter dictate payment of the high pay environmental differential when workers are exposed to an unusually severe hazard that cannot be adequately alleviated by mechanical equipment or protective devices. The definition of the 25% high work differential applicable to this grievance is:

*b. Working at lesser height:*

*(1) If the footing is unsure or the structure is unstable;*
*Or*
*(2) If safe scaffolding, enclosed ladders or other similar protective facilities are not adequate (for example, working from a swing stage, boatswain chair, or similar support);*
*Or*
*(3) If adverse conditions such as darkness, steady rain, high wind, icing, lightning or similar environmental factors render working at such height(s) hazardous.*

The work of the staging builders and dismantlers does frequently meet the definition of unsure footing under b.(1) (pipe, single plank, staging couplings), and frequently lacks the protective enclosures or facilities contemplated under b.(2). Adverse environmental conditions under b.(3) are also recurring factors in the work.

Payment of the 25% high pay differential is recommending for the following work situations:

1) Building and dismantling staging beginning from the first level above ground/deck unless:

   a) flooring and safety rails are installed, **or**
   b) fall protection devices can be properly used.

2) Building and dismantling hanging staging under similarly unguarded situations when fall protection devices cannot be properly used.