IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WALTER L. JAYNES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES<br><br>Defendant. | No. 04-856C<br><br>Judge George W. Miller |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANDA**

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiffs Jaynes *et al.*, by and through their counsel, respectfully request a two-day extension of time until December 7, 2007 to file their Reply Memoranda in support of Plaintiffs' Motions for Partial Summary Judgment Nos. 3 (Statute of Limitations) and 4 (Application of *Anderson*). (Plaintiffs' reply briefs are currently due December 5, 2007.)

Plaintiffs' counsel has discussed this motion with Defendant's counsel, Steven Mager. He does not oppose this extension of time.

Unfortunately, recent Seattle weather conditions have been worse than those described in footnote 10 of the trial court's February 2007 opinion. Among the consequences was the flooding of undersigned's (newly-developed) basement. Never one to own a houseboat, the undersigned spent much of the last two days removing or redirecting water from his home, moving personal property out of harm's way, and dealing with insurance issues. While the undersigned has successfully diverted

further water from his house, the water has equally successfully diverted the undersigned's attention away from (among other things) the reply briefs that are currently due.

Accordingly, Plaintiffs respectfully request that the Court grant this motion for a two-day enlargement of time, allowing Plaintiffs until December 7, 2007 to file their Reply Memoranda in support of Plaintiffs' Motions for Partial Summary Judgment Nos. 3 and 4.

DATED this 5th day of December, 2007.

Respectfully Submitted,

s/Donald B. Scaramastra

Donald B. Scaramastra
Jennifer A. Krebs
**Garvey Schubert Barer**
18th Floor
1191 Second Avenue
Seattle, WA 98101
Telephone (206) 464-3939
Facsimile (206) 464-0125
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, a copy of the foregoing "PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANDA" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald B. Scaramastra

Donald B. Scaramastra
Jennifer A. Krebs
**Garvey Schubert Barer**
18th Floor
1191 Second Avenue
Seattle, WA 98101
Telephone (206) 464-3939
Facsimile (206) 464-0125
Attorneys for Plaintiffs