# In the United States Court of Federal Claims

WALTER JAYNES, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 04-856C

Filed January 15, 2008

ORDER

In its Order of October 5, 2007, the Court ordered that the parties participate in a telephonic status conference on January 16, 2008 at 2 p.m. EST (docket entry 150).

After conferring with the parties, the Court hereby ORDERS that the January 16, 2008 telephonic status conference be CANCELLED and RESCHEDULED for **Tuesday, February 5, 2008 at 2 p.m. EST**. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge