# In the United States Court of Federal Claims

| | |
|---|---|
| WALTER JAYNES, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 04-856C<br>Filed January 24, 2008 |

ORDER

In its Order of January 15, 2008, the Court ordered that the parties participate in a telephonic status conference on Tuesday, February 5, 2008 at 2 p.m. EST (docket entry 162).

After conferring with the parties, the Court hereby ORDERS that the February 5, 2008 telephonic status conference be CANCELLED and RESCHEDULED for **Thursday, February 7, 2008 at 2 p.m. EST**. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge