# In the United States Court of Federal Claims

| | |
|---|---|
| WALTER JAYNES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-856C<br><br>Filed February 8, 2008 |

ORDER

Pursuant to the Court's orders of October 5, 2007, January 15, 2008, and January 24, 2008, the parties and the Court participated in a telephonic status conference on February 7, 2008. The parties reported on the status of defendant's responses to plaintiffs' discovery requests, and the Court granted defendant's oral request to serve interrogatories and document production requests upon plaintiffs pending the Court's rulings on the motions described in the next sentence. The Court advised the parties of its thinking with regard to the merits of the parties' pending motions (docket entries 138, 144, 145, 141, and 143), and the parties responded. The Court granted the oral request of counsel for defendant for leave to file a supplemental memorandum relating to: 1) the impact of the decision of the Court of Appeals for the Federal Circuit in *Doe v. United States*, Docket No. 2007-5107, decided January 22, 2008; and of the Supreme Court in *John R. Sand & Gravel Co. v. United States*, Docket No. 06-1164, decided January 8, 2008, and 2) defendant's responses (in the nature of a surreply) to certain arguments advanced by plaintiffs for the first time in their reply memoranda in support of their pending motions. After consultation with counsel, the Court does hereby **ORDER** that: 1) defendant's supplemental memorandum/surreply shall be filed and served no later than **Monday, February 25, 2008**, and 2) plaintiffs shall file and serve their responsive memorandum no later than **Thursday, March 6, 2008.**

The Court **FURTHER ORDERS** that the parties shall participate in a telephonic status conference on **Friday, March 21, 2008 at 2 p.m.** The Court anticipates that it will have issued its rulings on the pending motions prior to that date and that the status conference will therefore address the nature and timing of further proceedings. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge