# INDEX


| Document | Page |
| --- | --- |
| Environmental Differential Pay Plan Under The Federal Wage System, NAVSHIPYDPUGET Instruction 12532.1A, issued by Commander, Puget Sound Naval Shipyard, dated October 18, 1991. | 1-14 |
| Trial Transcript Excerpts, dated November 6, 2006. | 15-18 |