DEPARTMENT OF THE NAVY
PUGET SOUND NAVAL SHIPYARD
BREMERTON, WASHINGTON 98314-5000

IN REPLY REFER TO:

NAVSHIPYDPUGETINST 12532.1A
Code 175
OCT 18 1991

NAVSHIPYDPUGET INSTRUCTION 12532.1A

From: Commander, Puget Sound Naval Shipyard

Subj: ENVIRONMENTAL DIFFERENTIAL PAY PLAN UNDER THE FEDERAL WAGE SYSTEM

Ref: (a) FPM Supplement 532-1
(b) NAVSHIPYDPUGETINST 7410.4D

Encl: (1) Administration of Environmental Differential Pay
(2) Schedule of Environmental Differentials

1. Purpose. To establish policies, responsibilities and procedures for the implementation, operation and control of environmental differentials for wage grade employees.

2. Cancellation. NAVSHIPYDPUGETINST 12532.3B and NAVSHIPYDPUGETINST 12532.1 are superseded. Since this is a complete rewrite, asterisks have not been used to denote changes.

3. Background

a. By reference (a) the Office of Personnel Management (OPM) has issued regulations pertaining to the payment of differentials to wage grade employees for exposure to the following:

(1) Hazards of an unusually severe nature

(2) Physical hardships of an unusually severe nature

(3) Working conditions of an unusually severe nature

b. Although normal working conditions are taken into account in rating jobs, environmental situations of an unusually severe nature cannot be built into the job grading process and additional compensation may be warranted.

c. Percentage differentials based on the area rate of WG-10, step 2, have been established for the categories of environmental situations and are listed in reference (a). When authorized to receive an environmental differential, wage grade employees will receive the same hourly amount regardless of their grade level.

4. Policy. It is Navy policy to provide a safe and healthful work place for all personnel. It is the inherent responsibility of the command at all levels of supervision to eliminate or minimize to the lowest possible degree, all hazards, physical hardships, and working conditions of an unusually severe nature. When concerted effort does not overcome these conditions, Environmental Differential Pay shall be provided Federal Wage System



PSD0518355

employees as additional compensation for exposure to such conditions as authorized by reference (a). The Environmental Differential shall be administered per instructions set forth in enclosure (1) as such pay is applicable to the situation, or essentially similar situations, specified in enclosure (2). Even though an environmental differential is authorized, continuous positive action must be taken to eliminate danger and risk which contribute to or cause the hazard, physical hardship or working conditions of an unusually severe nature. Authorization to pay an environmental differential is not an approval of work practices which circumvent safety rules and regulations. When applicable to particular situations, Occupational Safety and Health Administration standards provide the legal permissible exposure limits (PELs) to determine if a hazard, physical hardship or working condition of an unusually severe nature has been practically eliminated.

5. Responsibilities

a. First Level Supervisors will:

(1) Review monthly reports of environmental differential payments for their respective area of concern and initiate appropriate changes or corrective action when warranted.

(2) Review environmental pay regulations and guidelines to make consistent and equitable decisions and recommendations on environmental issues.

(3) Initiate actions to eliminate hazards, physical hardships and working conditions of an unusually severe nature, or reduce to the lowest possible level insofar as practical. These actions will be coordinated with other managers from within and outside the immediate organization.

(4) Ensure that protective equipment and clothing are available and used for the elimination or reduction of hazardous or adverse working conditions, including providing appropriate training in the use of protective control measures.

(5) Recommend the payment of an environmental differential on the appropriate muster sheet and route to the approving official via the 2nd level supervisor. Consultation with subject matter specialists, i.e., Industrial Hygienist, Safety Specialist, etc., may be necessary prior to formulating a recommendation.

b. Second Level Supervisors will:

(1) Review the applicable work site with the first level supervisor to determine hazardous situations and adverse working conditions with the objective of elimination or reduction of these to the lowest level possible.

(2) Ensure that subordinate supervisors are knowledgeable of the provisions and requirements of the environmental pay program and discharge their responsibilities in a consistent manner.

(3) Assist first level supervisors in obtaining or making available the appropriate safety equipment, devices and clothing.

(4) Initial the muster sheet or other documents involving the payment of an environmental differential when the regulatory requirements have been met and policy guidance followed.

c. Third Level Supervisors will:

Approve the payment of an environmental differential when applicable regulations and conditions have been met.

d. Shop Heads/Division Heads will:

(1) Support subordinate managers/supervisors in their endeavors to eliminate or reduce to the lowest level possible, the hazards, risks and conditions that warrant the payment of environmental differentials.

(2) Initiate action to add additional environmental pay categories when reference (a) does not cover a local work situation and it appears a differential payment may be warranted.

e. Employees will:

(1) Assume personal responsibility and accountability for utilization of protective devices, equipment and clothing and adhere to safe work practices and procedures.

(2) Notify their immediate supervisor when working conditions are hazardous, unsafe, or otherwise adverse when these are not already known.

f. <u>The Director of Industrial Relations (Code 150) will:</u>

(1) Provide advisory services relative to questions involving the Environmental Differential Pay Plan and the propriety of differential pay for particular work assignments.

(2) Provide necessary publicity in changes, deletions or additions to the plan.

(3) Conduct audits on the use of Environmental Differential assignments during position reviews or as circumstances warrant, report any misapplication or misinterpretation to the Department Head, review questionable Environmental Differential pay situations that may arise, advise line management on the appropriateness of allowances, and recommend to the Navy's Office of Civilian Personnel Management new Environmental Differential Pay categories when warranted.

g. <u>Comptroller will:</u> Process daily muster sheets or any other verifying documents that reflect differential pay in accordance with current procedures.

h. <u>Occupational Safety and Health Office will:</u> Provide such services as needed to evaluate environmental conditions, protective equipment/clothing and personal exposure.

A. Clark
A. CLARK

<u>DISTRIBUTION</u>
NAVSHIPYDPUGETINST 5215.5P

Lists A, B, C, F, G, and DCP

Copy to:
148.3 (5)
175 (5)

## ADMINISTRATION OF ENVIRONMENTAL DIFFERENTIAL PAY

1. Guidelines

a. Every effort shall be made to eliminate or reduce to an absolute minimum the exposure of employees to the hazards, physical hardships, and adverse working conditions compensable under this instruction.

b. Reference (a) states that Environmental Differential Pay is authorized for:

(1) Exposure to an unusually severe hazard which could result in significant injury, illness, or death, such as working on a high structure or on an open structure when adverse conditions such as darkness, lightning, steady rain, snow, sleet, ice or high wind velocity exist.

(2) Exposure to an unusually severe physical hardship under circumstances which cause significant physical discomfort or distress.

(3) Exposure to an unusually severe working condition under circumstances involving exposure to fumes, dust, or noise which cause significant distress or discomfort in the form of nausea, skin, ear, or nose irritation, or conditions which cause abnormal soil of body or clothing.

c. This schedule is the legal basis for the payment of environmental differentials at Puget Sound Naval Shipyard. Only those defined work situations, or essentially similar work situations in enclosure (2) are payable. For changes to this schedule, please refer to paragraph 6.

2. Schedule of Environmental Differentials: The schedule of Differential Pay is divided into two parts:

Part I: Defines categories of exposure for which differentials will be paid for actual exposure, with a minimum of one hour's differential pay for the exposure.

Part II: Defines categories of exposure for which differentials will be paid on the basis of hours in pay status.

3. Payment Procedures

a. The hourly amount of the Environmental Differential is determined by multiplying the percentage rate authorized for the category by the second step rate for Grade WG-10 on the

Enclosure (1)

Shipyard's current regular nonsupervisory wage schedule. The resulting cents-an-hour amount is paid uniformly to each wage employee who qualifies for the authorized environmental differential, regardless of the wage rate of the employee.

b. An employee subjected at the same time to more than one hazard, physical hardship or working condition listed in the schedule shall be paid for that exposure which results in the highest differential, but shall not be paid more than one differential for the same hour's work.

4. When Environmental Differential is Paid. Environmental Differential Pay will be paid when a wage grade employee is performing assigned duties which expose the employee to a hazard, physical hardship or working condition as specified in enclosure (2). Each category of hazard, hardship or working condition listed in reference (a) and Appendix II of the negotiated agreement between the Shipyard and the Bremerton Metal Trades Council, indicates whether payment is made on an actual exposure basis or on an hours in a pay status basis.

a. When an employee is entitled to an Environmental Differential which is paid on an actual exposure basis, the employee shall be paid a minimum of one hour's differential pay for the exposure. For exposure beyond one hour, the employee shall be paid in increments of one-quarter hour for each 15 minutes and portions thereof. For example, an employee who is exposed for 10 minutes beyond one hour will be paid one and one-quarter hours for exposure, and if exposed for 20 minutes beyond one hour, will be paid one and one-half hours for exposure.

b. When an employee is exposed at intermittent times during a day to a hazard, physical hardship or working condition for which Environmental Differential is paid on an actual exposure basis, each exposure is considered separately, and the amount of time exposed is not added together before payment is made for exposure beyond one hour's duration. However, pay for the Environmental Differential may not exceed the number of hours of active duty by the employee on the day of the exposure.

c. When an employee is exposed to a hazard, physical hardship or working condition for which an environmental differential is payable on the basis of hours in pay status, and on the same day is exposed to a hazard, physical hardship or working condition for which an Environmental Differential is payable on an actual exposure basis at a higher rate, the employee shall be paid the Environmental Differential on the basis of actual exposure for that exposure and the Environmental Differential on the basis of the hours in pay status for remaining working hours that day.

d. When an employee is exposed to more than one category for which the Environmental Differential is payable on an actual exposure basis, each category is considered separately in computing the amount of Environmental Differential payable.

e. Environmental Differential is included as part of an employee's basic rate of pay for periods of paid leave (annual leave, sick leave, administrative excusals, etc.) under the following circumstances:

(1) When an employee is exposed to a situation for which an Environmental Differential is authorized on the basis of hours in a pay status, that differential will be paid during a period of absence on paid leave on the day on which the exposure occurs.

(2) When an employee is exposed to a situation for which an Environmental Differential is authorized on an actual exposure basis, that differential will be paid during a period of absence on paid leave only to the extent that such leave is within the minimum payment periods specified in paragraph 4a. An employee will not be paid an Environmental Differential during a period of absence on paid leave on any day on which the employee is not exposed to situations for which an Environmental Differential is authorized.

5. <u>Relationship to Other Pay</u>

a. Environmental Differential is included as part of the employee's basic rate of pay and shall be used to compute premium pay (pay for overtime, holiday, or Sunday work), the amount for which retirement deductions are made and the amount on which group life insurance is based.

b. Because an Environmental Differential is paid only on a day on which an employee is exposed to a situation for which the differential is authorized, it is not included in a lump sum payment for annual leave or in computing severance pay.

6. <u>Change to Schedule of Environmental Differentials</u>

a. Categories in enclosure (2) have been determined applicable to work situations at Puget Sound Naval Shipyard. Per reference (a), there may be other instances or work that qualify for Environmental Differential which are not included in this instruction. In that case, a Shop or Division Head may recommend changes to the Schedule. When agreement is reached upon applicability of any new categories of additional pay for a specified work situation, the Industrial Relations Office will issue a change to this instruction.

7. <u>When Environmental Differential is not Payable.</u> A brief casual exposure, passing through an area when an unusual condition exists, incidental entries, brief inspections and the like, do not warrant the differential pay. The exposure must occur while performing the actual work which subjects the employees to the physical hazards, hardships or working conditions of an unusually severe nature.

8. <u>Authority to Approve Environmental Differential Pay.</u> The immediate supervisor will assess the particular job condition and determine whether or not the condition meets the criteria for additional pay. An accurate assessment of working assignments involving poisons, explosives, fibrous glass, etc., may require the assistance of other personnel, i.e., Occupational Safety and Health Office, medical, etc. When determined that additional pay is warranted, a recommendation for payment will accompany the muster sheet on which the differential is annotated and routed to the third level supervisor, via the second level supervisor, for approval. The time card will be completed in accordance with reference (b).

NAVSHIPYDPUGETINST 12532.1A
OCT 18 1991

**SCHEDULE OF ENVIRONMENTAL DIFFERENTIALS PAID FOR EXPOSURE TO VARIOUS DEGREES OF HAZARDS, PHYSICAL HARDSHIPS AND WORKING CONDITIONS OF AN UNUSUAL NATURE AT PUGET SOUND NAVAL SHIPYARD, BREMERTON, WASHINGTON**

**Part I. PAYMENT FOR ACTUAL EXPOSURE**

| DIFFERENTIAL RATE | CATEGORY FOR WHICH PAYABLE |
|---|---|
| 25% | HIGH WORK (Pay Code 42) |

a. Working on any structure at least 100 feet above the ground, deck, floor or roof, or from the bottom of a tank or pit.

b. Working at a lesser height;

(1) If the footing is unsure or the structure is unstable, or,

(2) If adverse conditions such as darkness, steady rain, high wind, icing, lightning or similar environmental factors render working at such height(s) hazardous.

EXAMPLES:* CONDITION b. ONLY - Removing structural members of a mast without adequate safeguards. Drilling or painting from a swinging stage, boatswain chair or similar device. Replacing wiring on open towers during stormy conditions.

| | |
|---|---|
| 4% | DIRTY WORK (Pay Code 26) (Performing work which subjects the employee to soil of body or clothing) |

a. Beyond that normally to be expected in performing the duties of the classification; and

b. Where the condition is not adequately alleviated by the mechanical equipment or protective devices; or

c. When the use of mechanical equipment, protective devices, or protective clothing results in an unusual degree of discomfort.

EXAMPLES:* Using and operating sandblasting equipment; working in dirty sewage tanks; working in confined areas where there is excessive dust, dirt, or fumes due to the application or removal of surface coverings, such as paint, lime, cement wash; welding and burning in grease coated ballast tanks.

Enclosure (2)

NAVSHIPYDPUGETINST 12532.1A
OCT 18 1991

4% COLD WORK (Pay Code 66)

Working in cold storage or other climate controlled areas where the employee is subjected to temperature at or below freezing (32 degrees Fahrenheit) where such exposure is not practically eliminated by the mechanical equipment or protective devices being used.

EXAMPLES:* Performing maintenance and/or repair inside cold storage lockers.

4% HOT WORK (Pay Code 25)

Working in confined spaces wherein the employee is subjected to temperatures in excess of 110 degrees Fahrenheit where such exposure is not practically eliminated by the mechanical equipment or protective devices being used.

EXAMPLES:* Working in fire, boiler or machinery spaces when temperatures in the area cannot be reduced by ventilation equipment; working in steam tunnels and manholes containing steam or hot water lines; working on or in vessels such as steam accumulators when preheated for welding repairs.

4% WELDING PREHEATED METALS (Pay Code 82)

Welding various metals or performing an integral part of the welding process when the employee must work in confined spaces in which large sections of metal have been preheated to 150 degrees Fahrenheit or more, and the discomfort is not alleviated by protective devices or other means, or discomforting protective equipment must be worn.

EXAMPLES:* Welding high-yield steel frames, bulkheads, and other ship parts under conditions specified above.

4% **MICRO-SOLDERING OR WIRE WELDING AND ASSEMBLY (Pay Code 84)**
Working with binocular-type microscopes under conditions which severely restrict the movement of the employee and impose a strain on the eyes, in the soldering or wire welding and assembly of miniature electronic components.

EXAMPLES:* When using microscope to do work on micro-miniature electronic circuit boards.

50% **WORK AT EXTREME HEIGHTS (Pay Code 74)**

Working at heights 100 feet or more above the ground, deck, floor, or roof or from the bottom of a tank or pit on such open structures as towers, girders, smokestacks and similar structures:

a. If the footing is unsure or the structure is unstable, or

b. If safe scaffolding, enclosed ladders or other similar protective facilities are not adequate (for example, working from a swinging stage, boatswain chair, or a similar support);

c. If adverse conditions such as darkness, steady rain, high wind, icing, lightning, or similar environmental factors render working at such heights hazardous.

EXAMPLES:* Installing and removing staging on ship masts or other high structures; working from a boatswain chair or swinging stage; working on masts and yardarms where staging is not provided; working from a suspended personnel box.

6% **FIBROUS GLASS WORK (Pay Code 33)**

Working with or in close proximity to fibrous glass material which results in exposure of the skin, eyes, or respiratory system to irritating fibrous glass particles or slivers where exposure is not practically eliminated by the mechanical equipment or protective devices being used.

EXAMPLES:* Operations involving employees grinding, cutting, sewing, installing, or removing fibrous glass materials such as insulation, false or acoustical ceilings, rock wool, etc., which create excessive dust of airborne fibers that is not practically eliminated by the use of safety devices or protective equipment.

6% **WELDING, CUTTING OR BURNING IN CONFINED SPACES (Pay Code 43)**

Welding, cutting, or burning within a confined space which necessitates working in a horizontal to nearly horizontal position, under conditions requiring egress of at least 14 feet over and through obstructions including:

a. Access openings and baffles having dimensions which greatly restrict movements, and

b. Irregular inner surfaces of the structure or structural components.

EXAMPLES:* Putting on hot patches in ships when employee is required to lie on back to do the work; working in confined potable water tanks.

***NOTE: Examples are illustrative and do not describe all possible work situations under which environmental differential is payable. For work situations not specifically described in the above examples to be payable under this instruction, the situation must be essentially similar.**

'art II. PAYMENT ON BASIS OF HOURS IN PAY STATUS

| DIFFERENTIAL RATE | CATEGORY FOR WHICH PAYABLE |
|---|---|
| 50% | DUTY ABOARD SUBMERGED VESSEL (Pay Code 78)<br><br>Duty aboard a submarine or other vessel, such as a deep-research vehicle while submerged |

EXAMPLES:* Duty aboard a submarine or other vessel while submerged.

| | |
|---|---|
| 4% | EXPLOSIVES AND INCENDIARY MATERIAL - LOW DEGREE HAZARD (Pay Code 59)<br><br>Working with or in close proximity to explosives and incendiary material which involves potential injury, such as laceration of hands, face or arms of the employee, minor irritation of the skin, minor burns, and the like; minimal damage to immediate or adjacent work area or equipment being used and wherein protective devices and/or safety measures have not practically eliminated the potential for such injury |

EXAMPLES:* Operations involved in loading, unloading and hauling ammunition other than small arms ammunition or other explosives or working in close proximity to such operations.

| | |
|---|---|
| 4% | POISONS (TOXIC CHEMICALS) - LOW DEGREE HAZARD (Pay Code 61)<br>Working with or in close proximity to poisons (toxic chemicals other than tear gas or similar irritating substances) in situations for which the nature of the work does not require the individual to be in as direct contact with, or exposure to, the more toxic agents as in the case with the work described under high hazard for this class of hazardous agents and wherein protective devices and/or safety measures have not practically eliminated the potential for personal injury. |

EXAMPLES:* Hazardous Waste Handlers handling, shipping, marking, labeling, hauling, and storing loaded containers of toxic chemicals that have been monitored.

Enclosure (2)

8% **PRESSURE CHAMBER AND CENTRIFUGAL STRESS (Pay Code 29)**

Exposure in pressure chamber which subjects employee to physical stress or where there is potential danger to participants by reason of equipment failure or reaction to the test conditions; or exposure which subjects an employee to a high degree of centrifugal force which causes an unusual degree of discomfort.

**EXAMPLES:*** Employees engaged in the installation, testing, maintenance and operation of a sonar dome rubber window and associated equipments while subjected to pressurized (15 psig) environment.

8% **ASBESTOS (Pay Code 27)**

Working in an area where airborne concentration of asbestos fibers may expose employees to potential illness or injury and protective devices or safety measures have not practically eliminated the potential for such personal illness or injury.

EXAMPLES:* Employees assigned to Asbestos Removal Teams; employees exposed to handling, cutting or sewing asbestos materials.

***NOTE: Examples are illustrative and do not describe all applicable situations under which environmental differential is payable. For work situations not specifically described in the above examples to be payable under this instruction, the situation must be essentially similar.**