# In the United States Court of Federal Claims

WALTER JAYNES, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 04-856C

Filed March 12, 2008

ORDER

In its Order of February 8, 2008, the Court ordered that the parties participate in a telephonic status conference on Friday, March 21, 2008 at 2 p.m. (docket entry 164).

After conferring with the parties, the Court hereby ORDERS that the March 21, 2008 telephonic status conference is CANCELLED and RESCHEDULED for **Friday, March 28, 2008, at 11 a.m. EDT (eastern daylight time)**. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge