# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WALTER JAYNES, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 04-856C<br>Filed March 28, 2008 |

## ORDER

On March 28, 2008, the parties and the Court participated in a telephonic status conference. The Court orally issued its rulings on a series of outstanding motions (docket entries 138, 144, 145, 141, and 143), and stated that a written opinion embodying those rulings will be forthcoming. In light of those rulings, the parties discussed a schedule for further proceedings. Based on that discussion, the Court does hereby ORDER that:

1) Plaintiffs shall file a statement no later than **Monday, April 28, 2008**, identifying each individual plaintiff and setting forth the claim period for each pursuant to the Court's rulings with respect to the statute of limitations and effect of the 1994 amendment to the Civil Service Reform Act, as set forth orally during the status conference.

2) The Court suggested that it would be useful for each plaintiff to prepare a declaration addressing when the plaintiff performed high work, describing the high work performed during that period, stating the rate of pay received for the work, and stating the amount of back pay to which the declarant believes he or she is entitled during the declarant's claim period in light of those circumstances. The parties agreed that having some such declarations executed and filed prior to the next status conference would assist in discussing further proceedings. Therefore, plaintiffs shall file no less than ten such individual declarations no later than **Monday, April 28, 2008**.

3) To the degree the parties can work cooperatively to accomplish additional discovery, they are encouraged to do so.

(4) The parties shall participate in a further telephonic status conference on **Wednesday, May 14, 2008, at 11:00 a.m.**, in order to discuss further proceedings in the case. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge