# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WALTER JAYNES, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-856C<br><br>Filed April 15, 2008 |

**ORDER**

On April 14, 2008, at the parties' request, the Court and the parties participated in a telephonic status conference. The parties stated that based on the rulings described orally by the Court during the March 28, 2008 status conference, the parties have decided to explore the possibility of settlement. In the interest of furthering that process, the parties requested that: 1) the Court defer issuing a written opinion and order deciding the motions identified in the Court's order of March 28, 2008 (docket entry 169); and 2) the Court relieve plaintiffs of the obligation to file the statement and individual declarations described in paragraphs 1 and 2 of the March 28 order. Based upon the representations of counsel, the Court does hereby **ORDER** that:

1) The requirement, referenced in paragraph 1 of the March 28 order, that plaintiffs file no later than April 28, 2008 a statement identifying each individual plaintiff and setting forth the claim period applicable to each is **CANCELLED**.

2) The requirement, referenced in paragraph 2 of the March 28 order, that plaintiffs file no later than April 28, 2008 no less than ten declarations of individual plaintiffs stating when they performed high work, describing the high work performed during that period, stating the rate of pay received for the work, and stating the amount of back pay to which the declarant believes he or she is entitled, is **CANCELLED.**

(3) The telephonic status conference scheduled for Wednesday, May 14, 2008, at 11:00 a.m. is **CANCELLED**. Instead, the parties shall participate in a telephonic status conference on **Friday, June 6, 2008, at 3:00 p.m.** to report on the status of their efforts to achieve a settlement.

If before that date, a party concludes that efforts to achieve a settlement are unlikely to be successful, the party should notify the Court, and it will schedule a telephonic status conference to discuss further proceedings looking toward a trial of plaintiffs' claims.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge