# In the United States Court of Federal Claims

| | |
|---|---|
| WALTER JAYNES, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-856C<br><br>Filed June 6, 2008 |

**ORDER**

On June 6, 2008, pursuant to the Court's order of April 15, 2008 (docket entry 170), the Court and the parties participated in a telephonic status conference. During the status conference, the parties stated that they are exchanging data and engaging in useful settlement discussions. Counsel proposed continuing the process.

Consistent with the parties' proposal, the Court will continue to defer filing a written opinion and order deciding the pending motions identified in the Court's order of March 28, 2008 (docket entry 169). Further, the Court will continue to relieve plaintiffs of the further filing requirements set forth in the March 28, 2008 order.

In light of the foregoing, and with a view toward ensuring that further negotiations do not unduly delay resolution of the case, the Court does hereby **ORDER** that the parties shall participate in a telephonic status conference on **Friday, July 18, 2008, at 2 p.m. Eastern Time** to report on the status of their efforts to achieve a settlement. Specifically, the parties should be prepared to discuss what has been accomplished to date, what the parties hope to accomplish in the future, and a time-table for accomplishing such future activities. If before that date, a party concludes that efforts to achieve a settlement are unlikely to be successful, the party should notify the Court, and it will schedule a telephonic status conference to discuss further proceedings looking toward a trial of plaintiffs' claims.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge