# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WALTER JAYNES, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-856C<br><br>Filed July 18, 2008 |

**ORDER**

On July 18, 2008, the Court and the parties participated in a telephonic status conference. The parties described the activities they have undertaken and expect to take in the next month or so in furtherance of the parties' efforts to achieve a settlement. The parties reported that they have scheduled meetings for July 24, 2008, and July 31, 2008, in Seattle, after which they expect to be in a position to more fully understand and evaluate each side's position with respect to the settlement amount.

In view of the foregoing, the Court will continue to defer filing a written opinion and order deciding the pending motions identified in the Court's order of March 28, 2008 (docket entry 169), and will continue to relieve plaintiffs of the further filing requirements set forth in the March 28, 2008 order.

After consultation with the parties, the Court **ORDERS** that the parties shall file a joint status report on or before **Friday, August 15, 2008,** reporting on the additional activities they havc completed and the further activities they plan to undertake looking toward a settlement, together with a timetable for accomplishing the same. The Court **FURTHER ORDERS** that the parties shall participate in a telephonic status conference on **Monday, August 18, 2008, at 2 p.m. Eastern Time** to discuss the matters described in the parties' joint status report and their views of the likelihood that the further efforts they contemplate will achieve a settlement and, if so, within what time frame.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge