# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WALTER JAYNES, et al., | ) | |
| Plaintiffs, | ) | No. 04-856C |
| v. | ) | |
| THE UNITED STATES, | ) | Filed August 4, 2008 |
| Defendant. | ) | |

ORDER

In its Order of July 18, 2008, the Court ordered that the parties submit a joint status report on or before Friday, August 15, 2008 and that they participate in a telephonic status conference on Monday, August 18, 2008 at 2 p.m. (docket entry 174). On Friday, August 1, 2008, the parties called the Court to request an extension of time because of a delay in their settlement discussions.

In light of the above, the Court hereby **ORDERS** that the joint status report, originally due on Friday, August 15, 2008, is now due **Wednesday, September 10, 2008**. The Court **FURTHER ORDERS** that the Monday, August 18, 2008 telephonic status conference is **CANCELLED** and **RESCHEDULED** for **Friday, September 12, 2008, at 2:00 p.m. eastern time**. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge