# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WALTER JAYNES; PAUL S. SCOTT; DAVID S. PETERSON; DONALD BAKER; GORDON D. HANBERG; et al., Plaintiffs, | No. 04-856C |
| vs. | (Judge Miller) |
| THE UNITED STATES, Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's order, dated August 4, 2008, the parties submit this Joint Status Report regarding the status of the parties' settlement discussions.

The parties have been exchanging information regarding proposed approaches for computing an appropriate settlement amount since the Court's last status conference on July 18, 2008. On July 21, 2008, the Government provided its initial proposed approach; on July 28, 2008, plaintiffs provided initial figures based on their proposed approach, which involved preparation of a relational database that compiled certain data produced by the Government from the Defense Finance and Accounting Service ("DFAS"). After additional discussions between the parties, plaintiffs presented a refined version of their approach on August 12, 2008.

On August 18, 2008, counsel for the parties and their respective consultants met in Seattle, Washington to exchange additional information, and to further refine and discuss their respective approaches and other issues pertaining to possible settlement. As a result of this meeting, on August 25, 2008, plaintiffs produced additional updated calculations from the database they had created, and on September 8, 2008, the Government submitted elements of its proposal for how to use information from that database to compute an appropriate settlement amount. On September 9, 2008, the parties discussed what steps were still needed to finalize a settlement agreement, identified conceptual areas on which they had not yet reached agreement, and agreed upon a schedule for completing the tasks that appear to remain.

Based upon the progress to date, counsel believe that they will be able to exchange recommended settlement figures by the end of September 2008. The Government has agreed to provide further information on September 17, 2008 regarding possible concerns that it may have regarding the calculations being discussed by the parties, and the parties have set a telephone conference for September 22, 2008 in which the parties anticipate that they will discuss an appropriate settlement amount based upon their respective approaches. The parties anticipate that a final recommended figure (i.e., a figure that counsel are willing to recommend to their respective clients and to which counsel has received no objections from their respective clients) will be exchanged on or before September 30, 2008.

Accordingly, the parties respectfully request that the Court set a further status conference for early October. Counsel have compared schedules and have confirmed that they are all available on October 9, 2008 if that date is otherwise acceptable to the Court.

Respectfully Submitted,

s/ Donald B. Scaramastra
DONALD B. SCARAMASTRA
JENNIFER A. KREBS
**Garvey Schubert Barer**
18th Floor
1191 Second Avenue
Seattle, WA 98101
Telephone: (206) 464-3939
Facsimile: (206) 464-0125

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 616-2377
Facsimile: (202) 305-7643
Steven.Mager@usdoj.gov

Attorneys for the Plaintiffs

September 10, 2008

Attorneys for the Defendant

September 10, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 10th day of September 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice