# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WALTER JAYNES, *et al.*, Plaintiffs, | ) | No. 04-856C |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | Filed September 11, 2008 |

## ORDER

The Court has reviewed the Joint Status Report filed by the parties on September 10, 2008, and has concluded that it sufficiently documents the parties' excellent progress toward settlement, making a status conference on September 12 unnecessary. The telephonic status conference previously scheduled for Friday, September 12, 2008 is therefore rescheduled for **Thursday, October 9, 2008 at 2:00 p.m. EDT**. The Court will initiate the call.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge